# EXHIBIT 1

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Telephone (504) 407-0005



Chelsey Richard Napoleon
Chief Deputy Clerk

Land Records Division

# Hon. Dale N. Atkins
### Clerk of Court and Ex-Officio Recorder
### Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2014-16865

Recording Date: 5/6/2014 11:43:04 AM

Document Type: JUDGMENT (MONEY)

Addtl Titles Doc Types:

Mortgage Instrument Number: 1157569

Filed by: PIEFFER ROSCA ABDULLAH & CARR
201 ST CHARLES AVE 46TH FL

NEW ORLEANS, LA 70170

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

**Civil District Court for the Parish of Orleans**
**STATE OF LOUISIANA**

No. 2014 - 04335　　　　　　　　　　　　　　　　　　Section: 06 - L

<u>ARROWHEAD CAPITAL FINANCE, LTD.</u>
versus
<u>SEVEN ARTS FILMED ENTERTAINMENT LIMITED ET AL</u>

Date Case Filed: 5/1/2014

NOTICE OF SIGNING OF JUDGMENT

TO:

Daniel J Carr Esq　　　31088
201 St. Charles Avenue, Suite 4600
New Orleans　　　LA 70170-4600

In accordance with Article 1913 C.C.P., you are hereby notified that Judgment in the above entitled and numbered cause was signed on May 2, 2014
New Orleans, Louisiana.
May 2, 2014

Deputy Clerk

MINUTE CLERK

ENTERED ON MINUTES
MAY 0 6 2014

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 14- 4335         DIVISION _____

ARROWHEAD CAPITAL FINANCE, LTD.

VERSUS

SEVEN ARTS FILMED ENTERTAINMENT LIMITED,
SEVEN ARTS PICTURES INC., DEAL INVESTMENTS, LLC, DEAL
PRODUCTIONS, LLC, RECTIFIER PRODUCTIONS LLC and POOL HALL
PRODUCTIONS, LLC

FILED: _____       _____
                                                                        DEPUTY CLERK

## JUDGMENT

This matter came before the Court on *ex parte* Petition, supporting Affidavit, and duly authenticated Judgment & Order of the Supreme Court of the State of New York for New York County, Index No. 601199/2010, all filed in accordance with the Louisiana Enforcement of Foreign Judgments Act, La. R. S. 13:4241 *et seq.* on behalf of Arrowhead Capital Finance, Ltd. ("Arrowhead"). Having considered the allegations in the Petition, the facts sworn in the Affidavit, and the Judgment & Order of the Supreme Court of the State of New York for New York County, Index No. 601199/2010, duly authenticated in accordance with applicable law, and having concluded that the requirements of La. R.S. 13:4241 et seq. have been satisfied,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Judgment & Order of the Supreme Court of the State of New York for New York County, Index No. 601199/2010 in favor of Arrowhead and against Seven Arts Filmed Entertainment Limited, Seven Arts Pictures, Inc., Deal Investments, LLC, Deal Productions, LLC, Rectifier Productions LLC, and Pool Hall Productions, LLC, jointly and severally, be and it hereby is made EXECUTORY IN THIS Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that defendants Seven Arts Filmed Entertainment Limited, Seven Arts Pictures, Inc., Deal Investments, LLC, Deal Productions, LLC, Rectifier Productions LLC, and Pool Hall Productions, LLC are jointly and severally liable to Arrowhead, in the amount of Two Million Four Hundred Ninety Six Thousand One Hundred Fifty Nine Dollars and Fifty Cents

Hon. Dale N. Atkins
CLERK OF CIVIL DISTRICT COURT
INST #: 2014-16865  05/06/2014  11:43:04 AM
TYPE: JDG M 3 PG(S)
MIN#: 1157569
COPY

($2,496,159.50 U.S.), plus interest from and after the date of October 10, 2012 at the rate of nine percent (9%) per annum until paid.

Judgment rendered and signed this 2nd day of _May_, 2014.

_____
JUDGE

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ARR40425.3JUD

ENTERED ON MINUTES
MAY 06 2014