# EXHIBIT 2A

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-05895

Recording Date: 2/13/2020 01:52:49 PM

Document Type: JUDGMENT
Addtl Titles Doc Types:

Mortgage Instrument Number: 1324265

Filed by: PIEFFER WOLF CARR & KANE
201 ST CHARLES AVE
STE 4610
NEW ORLEANS, LA 70170

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

Rachel Davis, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

DOCKET NO. _20 - 984_                    DIVISION _____

ARROWHEAD CAPITAL FINANCE, LTD.

VERSUS

SEVEN ARTS ENTERTAINMENT, INC.
and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA, LLC

FILED: _____ ___ ___                    _____
                                                        DEPUTY CLERK

## JUDGMENT

This matter came before the Court on *ex parte* Petition, supporting Affidavit, and duly authenticated Judgment of June 5, 2018 (the "Judgment") of the United States District Court for the Southern District of New York, Case Number 14-cv-06512, all filed in accordance with the Louisiana Enforcement of Foreign Judgments Act, La. R. S. 13:4241 *et seq.* on behalf of Arrowhead Capital Finance, Ltd. ("Arrowhead"). Having considered the allegations in the Petition, the facts sworn in the Affidavit, and the Judgment of the United States District Court for the Southern District of New York, Case Number 14-cv-06512, duly authenticated in accordance with applicable law, and having concluded that the requirements of La. R.S. 13:4241 *et seq.* have been satisfied,

IT IS ORDERED, ADJUDGED, AND DECREED that the Judgment of the United States District Court for the Southern District of New York, Case Number 14-cv-06512 in favor of Arrowhead and against Seven Arts Entertainment, Inc. and Seven Arts Filmed Entertainment Louisiana, LLC, jointly and severally, be and it hereby is, in its entirety made EXECUTORY IN THIS Court; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendants Seven Arts Entertainment, Inc. and Seven Arts Filmed Entertainment Louisiana, LLC,

VERIFIED

are jointly and severally liable to Arrowhead, in the amount of One Million Nine Hundred Thirty-Three Thousand Eight Hundred and Nine Dollars ($1,933,809 U.S.) as of January 3, 2020, plus interest from and after January 3, 2020 at the rate of nine percent (9%) per annum until paid.

JUDGMENT rendered and signed this ___ day of ____JAN 3 1 2020____, 2020.

JUDGE
ETHEL SIMMS JULIEN
JUDGE
Division "N"

APPROVED
DIVISION "D"

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ARR00121.3JUD

VERIFIED