# EXHIBIT 5



Regions Bank
Legal Processing Section
201 Milan Parkway
Birmingham, AL 35211

IN THE MATTER OF

**Arrowhead Capital Finance, LTD. v. Seven Arts Entertainment, Inc. and Seven Arts Filmed Entertainment
Louisiana, LLC
US District Court Southern District of New York
1:14-cv-06512-KPF**

## Certificate of Origin and Authenticity

The attached records are described as follows:

**checking account# ̶0̶1̶5̶9̶7̶0̶0̶803 - patriot act information provided in lieu of signature card, statements,
deposits/credits with offsets, checks/withdrawals/debits, wire transfers from 01/01/14 to include 01/31/17**

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those
statements are maintained and stored in computerized form. Checks, deposits and other items documenting specific
transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or
copied onto microfilm and maintained and stored in that format. Signature cards, account maintenance documents,
correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions'
records are maintained and stored in microfilm, original paper form, electronically or some combination thereof. Together,
each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions'
records constitute original entries into Regions' business records. Those entries are made by employees of Regions Bank in
the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect
thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences,
or events related to the business of Regions Bank. Such records are made by employees of Regions Bank in the regular and
usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto. Such
records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as
a part of Regions' business records. I am one of the persons designated to initiate and supervise searches of Regions' records
for the purpose of making responses to legal process. The search has been diligent and the records enclosed are believed to
be complete and to comply with the subpoena. They are true and accurate copies of the papers and records in the bank's
files.

Witness my hand and seal on March 1, 2017.

Jessica L. Sparks
Legal Processing Section

Sworn to and subscribed before me on March 1, 2017.

Notary Public

MY COMMISSION EXPIRES JUNE 21, 2018

TRACEY RAE CONBOY
NOTARY (SEAL)
PUBLIC
ALABAMA STATE AT LARGE

28-306652/1124666

 **REGIONS**

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

| | |
|---|---|
| ACCOUNT # | ▓▓▓▓▓803 |
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN CHECKING FOR BUSINESS
September 1, 2016 through September 30, 2016

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $3,769.11 | | Minimum Daily Balance | $1,987 |
| Deposits & Credits | $21,080.37 | + | Average Monthly Statement Balance | $6,343 |
| Withdrawals | $5,654.69 | − | | |
| Fees | $105.45 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $798.00 | − | | |
| **Ending Balance** | **$18,291.34** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/02 | SSA Treas 310 Xxsoc Sec Peter M Hoffma | 1,828.40 |
| 09/21 | Deposit - Thank You | 5,000.00 |
| 09/26 | Deposit - Thank You | 12,000.00 |
| 09/30 | Wire Transfer Nikkatsu Corpo | 2,251.97 |
| | Total Deposits & Credits | $21,080.37 |

### WITHDRAWALS

| | | |
|---|---|---|
| 09/01 | Wire Transfer Paul Cascamte | 400.00 |
| 09/01 | Card Purchase Balise Restaura 5812 New Orleans LA 70130 9498 | 323.55 |
| 09/01 | American Express Online Pmt Hoffman,Peter Ckf166637722POS | 40.80 |
| 09/06 | Card Purchase Quimbee.Com 5942 646-4709128 NC 28211 9498 | 15.00 |
| 09/06 | ATM Withdrawal Regions French Quarte New Orleans LA Rfc00914 9498 | 200.00 |
| 09/06 | Pin Purchase Peake Bmw 5511 Kenner LA 9498 | 173.68 |
| 09/09 | Card Purchase Pacer800-676-68 9399 800-676-6856 TX 78229 9498 | 76.40 |
| 09/09 | Recurring Card Transaction Imdb 5968 206-266-2425 WA 98109 9498 | 19.99 |
| 09/09 | T-Mobile Online Pmt Hoffman,Peter Ckf166637722POS | 290.93 |
| 09/12 | Card Purchase CBS All Access 5969 888-274-5343 CA 94105 9498 | 5.99 |
| 09/12 | Bank of America Online Pmt Hoffman,Peter Ckf166637722POS | 1,049.90 |
| 09/14 | American Express Online Pmt Hoffman,Peter Ckf166637722POS | 43.00 |
| 09/14 | Time Warner Online Pmt Hoffman,Peter Ckf166637722POS | 370.92 |
| 09/19 | Recurring Card Transaction Geico *auto 6300 800-841-3000 DC 20076 9498 | 97.64 |
| 09/22 | Recurring Card Transaction Geico *auto 6300 800-841-3000 DC 20076 9498 | 205.72 |
| 09/23 | Wire Transfer Ellen Vonderla | 200.00 |
| 09/26 | Card Purchase Msft * E03002P4 5045 800-642-7676 NV 89119 9498 | 20.00 |
| 09/29 | Wire Transfer Alice Tsai | 2,000.00 |
| 09/29 | Bank of America Online Pmt Hoffman,Peter Ckf166637722POS | 7.00 |
| 09/30 | New York Times Online Pmt Hoffman,Peter Ckf166637722POS | 114.17 |
| | Total Withdrawals | $5,654.69 |

REGB000105

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

ACCOUNT #                    9803

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 2 |

## FEES

| | | |
|---|---|---|
| 09/01 | Wire Transfer | 25.00 |
| 09/23 | Wire Transfer | 25.00 |
| 09/29 | Wire Transfer | 25.00 |
| 09/30 | Overnite Chk Pmt Overntfee Hoffman,Peter  Ckf166637722POS | 14.95 |
| 09/30 | Wire Transfer | 15.50 |

| | |
|---|---|
| Total Fees | $105.45 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/06 | 995269 | 30.00 | 09/13 | 995274 | 240.00 |
| 09/16 | 995270 | 135.00 | 09/19 | 995277  * | 42.00 |
| 09/21 | 995272  * | 155.00 | 09/30 | 995285  * | 166.00 |
| 09/12 | 995273 | 30.00 | | | |

* Break In Check Number Sequence.

| | |
|---|---|
| Total Checks | $798.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 2,979.76 | 09/13 | 2,676.27 | 09/22 | 6,626.99 |
| 09/02 | 4,808.16 | 09/14 | 2,262.35 | 09/23 | 6,401.99 |
| 09/06 | 4,389.48 | 09/16 | 2,127.35 | 09/26 | 18,381.99 |
| 09/09 | 4,002.16 | 09/19 | 1,987.71 | 09/29 | 16,349.99 |
| 09/12 | 2,916.27 | 09/21 | 6,832.71 | 09/30 | 18,291.34 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791).

**Thank You For Banking With Regions!**

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|   |   | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | $ | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

 **REGIONS**

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

1

| | |
|---|---|
| ACCOUNT # | 9803 |

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN CHECKING FOR BUSINESS
October 1, 2016 through October 31, 2016

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $18,291.34 | | Minimum Daily Balance | $580 |
| Deposits & Credits | $50,699.13 | + | Average Monthly Statement Balance | $14,603 |
| Withdrawals | $47,315.98 | – | | |
| Fees | $265.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $1,895.92 | – | | |
| Ending Balance | $19,513.57 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/03 | SSA Treas 310 Xxsoc Sec Peter M Hoffma | 2,072.00 |
| 10/03 | Deposit - Thank You | 6,000.00 |
| 10/07 | Wire Transfer Entertainment | 9,012.42 |
| 10/18 | Wire Transfer Bank of Americ | 1,955.00 |
| 10/20 | Wire Transfer 1/Aurum Produc | 13,668.00 |
| 10/31 | Wire Transfer Uncork d Enter | 17,991.71 |
| | Total Deposits & Credits | $50,699.13 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/03 | Wire Transfer Paul Cascante | 700.00 |
| 10/04 | Card Purchase Quimbee.Com 5942 646-4709128 NC 28211 9498 | 15.00 |
| 10/05 | T-Mobile Online Pmt Hoffman,Peter Ckf166637722POS | 286.41 |
| 10/11 | Wire Transfer Ellen Vonderla | 125.00 |
| 10/11 | Wire Transfer Paul Cascante | 500.00 |
| 10/11 | Recurring Card Transaction Imdb 5968 206-266-2425 WA 98109 9498 | 19.99 |
| 10/12 | Card Purchase CBS All Access 5969 888-274-5343 CA 94105 9498 | 5.99 |
| 10/13 | Wire Transfer Ozma Productio | 26,400.00 |
| 10/13 | Card Purchase The Consumer Ad 8111 Vernon Rockvi CT 06066 9498 | 149.00 |
| 10/14 | Wire Transfer Alice Tsai | 1,769.00 |
| 10/14 | Southern Cal Gas Online Pmt Hoffman,Peter Ckf166637722POS | 130.50 |
| 10/17 | Recurring Card Transaction Dnh*godaddy.Com 4816 480-5058855 AZ 85260 9498 | 215.76 |
| 10/18 | Wire Transfer Seven Arts En | 2,000.00 |
| 10/18 | Wire Transfer Seven Arts Ent | 2,000.00 |
| 10/18 | Recurring Card Transaction Geico *auto 6300 800-841-3000 DC 20076 9498 | 97.64 |
| 10/19 | Southern Cal Gas Online Pmt Peter M Hoffm Ckf166637722POS | 89.81 |
| 10/19 | Time Warner Online Pmt Peter M Hoffm Ckf166637722POS | 169.42 |
| 10/20 | Card Purchase Coffee Bean Sto 5814 West Hollywoo CA 90069 9498 | 19.48 |
| 10/20 | Time Warner Online Pmt Peter M Hoffm Ckf166637722POS | 220.91 |
| 10/24 | Card Purchase Pacific Theatre 7832 Los Angeles CA 90036 9498 | 29.50 |
| 10/24 | Recurring Card Transaction Geico *auto 6300 800-841-3000 DC 20076 9498 | 205.72 |
| 10/24 | Card Purchase Lenny S Deli 5812 Westwood CA 90064 9498 | 42.39 |

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

1

ACCOUNT #                    ████████803

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 10/24 | Pin Purchase Bristol Farms   5411 Los Angeles  CA      9498 | 11.16 |
| 10/24 | Card Purchase Chevron 0093100  5542 Los Angeles  CA 90024     9498 | 64.25 |
| 10/24 | Card Purchase Santa Palm Car  7542 West Hollywoo CA 90069     9498 | 26.99 |
| 10/24 | Pin Purchase Pavilions Stor  5411 West Hollywooca      9498 | 28.77 |
| 10/24 | Card Purchase Msft * E03002TV  5045 800-642-7676  WA 98052     9498 | 20.00 |
| 10/25 | Wire Transfer Seven Arts Ent | 3,000.00 |
| 10/25 | Wire Transfer Seven Arts Ent | 8,000.00 |
| 10/25 | Card Purchase Le Petit Four   5812 West Hollywoo CA 90069     9498 | 269.45 |
| 10/26 | Card Purchase Techsupport 800  7379 800-9655902  CA 90292     9498 | 249.99 |
| 10/27 | ATM Withdrawal Regions       French Quarte New Orleans  LA Rfc00914 9498 | 300.00 |
| 10/27 | Pin Purchase Walgreens Stor  5912 New Orleans  LA      9498 | 12.67 |
| 10/28 | Card Purchase Bollywood Bites  5812 310-8241046  CA 90024     9498 | 45.12 |
| 10/31 | Pin Purchase Barnesnoble 37  5814 Metairie    LA      9498 | 6.80 |
| 10/31 | Pin Purchase Barnesnoble 37  5942 Metairie    LA      9498 | 48.70 |
| 10/31 | Pin Purchase Wholefds Vet 1  5411 Metarie     LA      9498 | 40.56 |
|  | Total Withdrawals | $47,315.98 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 10/03 | Wire Transfer | 25.00 |
| 10/07 | Wire Transfer | 15.50 |
| 10/11 | Wire Transfer | 25.00 |
| 10/11 | Wire Transfer | 25.00 |
| 10/13 | Wire Transfer | 25.00 |
| 10/14 | Wire Transfer | 25.00 |
| 10/18 | Wire Transfer | 15.50 |
| 10/18 | Wire Transfer | 25.00 |
| 10/20 | Wire Transfer Intl Wire Fee | 18.50 |
| 10/25 | Wire Transfer | 25.00 |
| 10/25 | Wire Transfer | 25.00 |
| 10/31 | Wire Transfer | 15.50 |
|  | Total Fees | $265.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 10/14 | 995280 | 149.16 | 10/14 | 995286  * | 147.16 |
| 10/05 | 995283  * | 135.00 | 10/07 | 995287 | 1,464.60 |
|  |  |  |  | Total Checks | $1,895.92 |

* Break In Check Number Sequence.

REGB000118

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

1

ACCOUNT #          603

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/03 | 25,638.34 | 10/13 | 5,459.27 | 10/24 | 13,560.65 |
| 10/04 | 25,623.34 | 10/14 | 3,238.45 | 10/25 | 2,241.20 |
| 10/05 | 25,201.93 | 10/17 | 3,022.69 | 10/26 | 1,991.21 |
| 10/07 | 32,734.25 | 10/18 | 839.55 | 10/27 | 1,678.54 |
| 10/11 | 32,039.26 | 10/19 | 580.32 | 10/28 | 1,633.42 |
| 10/12 | 32,033.27 | 10/20 | 13,989.43 | 10/31 | 19,513.57 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791).**

**Thank You For Banking With Regions!**

## Easy Steps to Balance Your Account

|   |   | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Enter in Line 4 at Left | $ |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

 **REGIONS**

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

| | |
|---|---|
| ACCOUNT # | 803 |
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN CHECKING FOR BUSINESS
November 1, 2016 through November 30, 2016

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $19,513.57 | | Minimum Daily Balance | $898 |
| Deposits & Credits | $4,082.94 | + | Average Monthly Statement Balance | $5,479 |
| Withdrawals | $22,269.25 | − | | |
| Fees | $90.50 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $337.84 | − | | |
| Ending Balance | $898.92 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 11/03 | SSA Treas 310 Xxsoc Sec Peter M Hoffma | 2,072.00 |
| 11/14 | Wire Transfer Compact Collec | 2,010.94 |
| | Total Deposits & Credits | $4,082.94 |

### WITHDRAWALS

| | | |
|---|---|---|
| 11/01 | American Express Online Pmt Peter M Hoffm Ckf166637722POS | 263.59 |
| 11/02 | Wire Transfer Paul Cascante | 500.00 |
| 11/02 | Card Purchase Jetgo     5542 New Orleans  LA 70115  9498 | 28.50 |
| 11/02 | Card Purchase Uptown Carwash  7542 New Orleans  LA 70115   9498 | 18.00 |
| 11/02 | American Express Online Pmt Peter M Hoffm Ckf166637722POS | 263.59 |
| 11/03 | Card Purchase Pam New Orleans 9222 504-5250088  WI 53203   9498 | 396.00 |
| 11/03 | Card Purchase Peche Seafood G  5812 New Orleans  LA 70130   9498 | 19.62 |
| 11/04 | Card Purchase Quimbee.Com    5942 646-4709128  NC 28211   9498 | 15.00 |
| 11/04 | Pin Purchase Staples 0243    5943 Hollywood  CA        9498 | 117.14 |
| 11/07 | Wire Transfer Picture Pro Ll | 15,000.00 |
| 11/07 | Card Purchase Www.Nexion.Com/  4722 800-949-6410  TX 75038   9498 | 100.00 |
| 11/07 | Card Purchase Ronnie S Auto R  7538 West Hollywoo CA 90046   9498 | 1,700.00 |
| 11/07 | Card Purchase Le Petit Four   5812 West Hollywoo CA 90069   9498 | 67.86 |
| 11/07 | Pin Purchase Greenblatt S D  5812 Los Angeles  CA        9498 | 44.67 |
| 11/07 | Card Purchase Delta Air  006  3058 Delta.Com   CA 30354   9498 | 252.36 |
| 11/08 | Card Purchase Pacer800-676-68  9399 800-676-6856  TX 78229   9498 | 35.20 |
| 11/09 | Recurring Card Transaction Imdb      5968 206-266-2425  WA 98109   9498 | 19.99 |
| 11/09 | Auto Club So Cal Online Pmt Peter M Hoffm Ckf166637722POS | 161.00 |
| 11/09 | T-Mobile     Online Pmt Peter M Hoffm Ckf166637722POS | 315.67 |
| 11/09 | Santander Consum Online Pmt Peter M Hoffm Ckf166637722POS | 614.98 |
| 11/14 | Card Purchase CBS All Access  5969 888-274-5343  CA 94105   9498 | 5.99 |
| 11/16 | American Express Online Pmt Peter M Hoffm Ckf166637722POS | 10.27 |
| 11/16 | Time Warner    Online Pmt Peter M Hoffm Ckf166637722POS | 361.53 |
| 11/18 | Recurring Card Transaction Geico *auto   6300 800-841-3000  DC 20076   9498 | 97.64 |
| 11/18 | Pin Purchase Sunset E & S   5542 Los Angeles  CA        9498 | 44.01 |
| 11/18 | Pin Purchase Bristol Farms  5411 Los Angeles  CA        9498 | 86.47 |

REGB000129

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

ACCOUNT #                  803

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 11/21 | Card Purchase Book Soup    5942 Pasadena    CA 91101   9498 | 47.94 |
| 11/21 | Card Purchase The Back Room   5812 West Hollywoo CA 90069   9498 | 31.61 |
| 11/21 | Card Purchase Greenblattes DE 5812 Los Angeles   CA 90046   9498 | 39.78 |
| 11/21 | Pin Purchase Wholefds Hol 1  5411 West Hollywooca       9498 | 126.94 |
| 11/21 | Pin Purchase USA 63020       5542 Los Angeles CA        9498 | 50.00 |
| 11/22 | Card Purchase Connie & Teds  5812 West Hollywoo CA 90046   9498 | 95.12 |
| 11/22 | Recurring Card Transaction Geico *auto   6300 800-841-3000 DC 20076    9498 | 205.72 |
| 11/25 | Wire Transfer Seven Arts Ent | 1,000.00 |
| 11/25 | Card Purchase Msft * E03002Yn 5045 800-642-7676  WA 98052   9498 | 20.00 |
| 11/29 | Card Purchase California Pizz 5812 Westwood    CA 90024   9498 | 58.10 |
| 11/30 | Card Purchase Le Petit Four  5812 West Hollywoo CA 90069   9498 | 54.96 |
| | Total Withdrawals | $22,269.25 |

## FEES

| | | |
|---|---|---:|
| 11/02 | Wire Transfer | 25.00 |
| 11/07 | Wire Transfer | 25.00 |
| 11/14 | Wire Transfer | 15.50 |
| 11/25 | Wire Transfer | 25.00 |
| | Total Fees | $90.50 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 11/01 | 995289 | 199.00 | 11/29 | 995297  * | 3.84 |
| 11/23 | 995295  * | 135.00 | | | |
| | | | | Total Checks | $337.84 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 11/01 | 19,050.98 | 11/09 | 1,403.40 | 11/23 | 2,060.82 |
| 11/02 | 18,215.89 | 11/14 | 3,392.85 | 11/25 | 1,015.82 |
| 11/03 | 19,872.27 | 11/16 | 3,021.05 | 11/29 | 953.88 |
| 11/04 | 19,740.13 | 11/18 | 2,792.93 | 11/30 | 898.92 |
| 11/07 | 2,550.24 | 11/21 | 2,496.66 | | |
| 11/08 | 2,515.04 | 11/22 | 2,195.82 | | |

REGB000130

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

| | | |
|---|---|---|
| ACCOUNT # | | 803 |
| | | 001 |
| | Cycle | 26 |
| | Enclosures | 0 |
| | Page | 3 of 3 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791).

**Thank You For Banking With Regions!**

## Easy Steps to Balance Your Account

|     |                                                                          | Checking Account |
| --- | ------------------------------------------------------------------------ | ---------------- |
| 1.  | Write here the amount shown on statement for **ENDING BALANCE**          | $                |
| 2.  | Enter any deposits which have not been credited on this statement.       | $ +              |
| 3.  | Total lines 1 & 2                                                        | $ =              |
| 4.  | Enter total from 4a (column on right side of page)                       | $ -              |
| 5.  | Subtract line 4 from line 3. This should be your checkbook balance.      | $ =              |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount |   |
| --------- | ------ | - |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
| Total Enter in Line 4 at Left | $ | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

| | ACCOUNT # | | ...803 |
|---|---|---|---|
| | | | 001 |
| | Cycle | | 26 |
| | Enclosures | | 0 |
| | Page | | 1 of 3 |

## LIFEGREEN CHECKING FOR BUSINESS
December 1, 2016 through December 30, 2016

### SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance | $898.92 | | Minimum Daily Balance | $1,700 | – |
| Deposits & Credits | $2,072.00 | + | Average Monthly Statement Balance | $521 | |
| Withdrawals | $3,086.32 | – | | | |
| Fees | $222.50 | – | | | |
| Automatic Transfers | $0.00 | + | | | |
| Returned Checks | $2,922.00 | + | | | |
| Checks | $2,947.00 | – | | | |
| Ending Balance | $362.90 | – | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/02 | SSA  Treas 310  Xxsoc Sec Peter M Hoffma | 2,072.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 12/01 | Card Purchase Cost Plus Wld # 5399 Los Angeles  CA 90036  9498 | 72.90 |
| 12/01 | Card Purchase Wood Ranch Farm 5812 Los Angeles  CA 90036  9498 | 77.22 |
| 12/02 | Card Purchase Bollywood Bites 5812 310-8241046  CA 90024  9498 | 45.12 |
| 12/05 | Card Purchase Quimbee.Com    5942 646-4709128  NC 28211  9498 | 15.00 |
| 12/05 | Card Purchase Napa Valley Gri  5814 Los Angeles  CA 90024  9498 | 101.11 |
| 12/05 | Santander Consum Online Pmt Peter M  Hoffm Ckf166637722POS | 614.98 |
| 12/06 | Wire Transfer Ellen Vonderla | 200.00 |
| 12/06 | Card Purchase Napa Valley Gri  5814 Los Angeles  CA 90024  9498 | 50.33 |
| 12/07 | National Credit  Online Pmt Peter M  Hoffm Ckf166637722POS | 199.00 |
| 12/07 | T-Mobile     Online Pmt Peter M  Hoffm Ckf166637722POS | 322.67 |
| 12/09 | Recurring Card Transaction Imdb     5968 206-266-2425  WA 98109   9498 | 19.99 |
| 12/09 | Blue Shield of C Online Pmt Peter M  Hoffm Ckf166637722POS | 153.00 |
| 12/12 | Card Purchase CBS All Access  5969 888-274-5343  CA 94105    9498 | 5.99 |
| 12/14 | Card Purchase Laz Parking 670  7523 Los Angeles  CA 90017   9498 | 22.00 |
| 12/14 | Southern Cal Gas Online Pmt Peter M  Hoffm Ckf166637722POS | 229.03 |
| 12/15 | Card Purchase Exxonmobil  9 5542 Los Angeles  CA 90004   9498 | 39.62 |
| 12/16 | Pin Purchase Bristol Farms  5411 Los Angeles  CA         9498 | 26.23 |
| 12/19 | Card Purchase 3250 Wilshire B  7523 213-4874444  CA 90010   9498 | 12.50 |
| 12/19 | Card Purchase Thibiant Beverl  8099 Beverly Hills CA 90210   9498 | 500.00 |
| 12/19 | Card Purchase Mr Jingles Chri  4225 844-4546453  CA 91367   9498 | 76.29 |
| 12/22 | Recurring Card Transaction Geico *auto   6300 800-841-3000  DC 20076   9498 | 205.70 |
| 12/22 | Recurring Card Transaction Geico *auto   6300 800-841-3000  DC 20076   9498 | 97.64 |
| | Total Withdrawals | $3,086.32 |

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

ACCOUNT #                                           803

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2  of 3 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 12/06 | Wire Transfer | 25.00 |
| 12/16 | Other Bank ATM Balance Inquiry Fee | 2.50 |
| 12/19 | Returned Item Fee | 36.00 |
| 12/19 | Paid Overdraft Item Fee | 36.00 |
| 12/23 | Returned Item Fee | 36.00 |
| 12/23 | Paid Overdraft Item Fee | 72.00 |
| 12/30 | Monthly Fee | 15.00 |
|  | Total Fees | $222.50 |

## RETURNED CHECKS

| Date | Description |  | Amount |
|---|---|---|---|
| 12/19 | Credit-Returned Ck# | 80 | 1,461.00 |
| 12/23 | Credit-Returned Ck# | 80 | 1,461.00 |
|  | Total Returned Checks |  | $2,922.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 12/08 | 995303 | 25.00 | 12/22 | 995308  * | 1,461.00 |
| 12/16 | 995308  * | 1,461.00 |  |  |  |
|  |  |  |  | Total Checks | $2,947.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 748.80 | 12/08 | 1,222.59 | 12/16 | 736.77 - |
| 12/02 | 2,775.68 | 12/09 | 1,049.60 | 12/19 | 63.44 |
| 12/05 | 2,044.59 | 12/12 | 1,043.61 | 12/22 | 1,700.90 - |
| 12/06 | 1,769.26 | 12/14 | 792.58 | 12/23 | 347.90 - |
| 12/07 | 1,247.59 | 12/15 | 752.96 | 12/30 | 362.90 - |

REGB000134

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

ACCOUNT #          803

| | 001 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 3 |

**THE REGIONS DEPOSIT AGREEMENT IS REVISED
12-1-16 REGARDING EFFECTIVE SIGNATURES;
AUTHORIZED SIGNERS; MULTI-PARTY
ACCOUNTS; AUTHORIZED REPRESENTATIVES FOR
BUSINESS/ORGANIZATIONAL ACCOUNTS; STATE
DISCLOSURES; ACCOUNT CLOSING; AND
BILLING ERRORS OR QUESTIONS FOR
ELECTRONIC TRANSFERS. FOR A COPY OF THE
CHANGES, PLEASE VISIT ANY BRANCH
OR GO TO REGIONS.COM/AGREEMENTS.**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791).

Thank You For Banking With Regions!

REGB000135

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Enter in Line 4 at Left | $ |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in  error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

 **Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

ACCOUNT #                     803

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN CHECKING FOR BUSINESS
December 31, 2016 through January 31, 2017

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $362.90 | – | Minimum Daily Balance | $362 – |
| Deposits & Credits | $2,000.00 | + | Average Monthly Statement Balance | $93 |
| Withdrawals | $965.08 | – | | |
| Fees | $132.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | – | | |
| **Ending Balance** | **$540.02** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/11 | Wire Transfer Seven Arts Ent | 1,000.00 |
| 01/26 | Wire Transfer Picturepro LLC | 1,000.00 |
| | Total Deposits & Credits | $2,000.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/11 | Wire Transfer Ellen Vanderla | 200.00 |
| 01/17 | Recurring Card Transaction Imdb     5968 206-266-2425 WA 98109   9498 | 19.99 |
| 01/17 | Card Purchase Quimbee.Com   5942 646-4709128 NC 28211   9498 | 15.00 |
| 01/18 | Card Purchase Napa Valley Gri 5814 Los Angeles CA 90024   9498 | 58.03 |
| 01/18 | Recurring Card Transaction Geico *auto  6300 800-841-3000 DC 20076   9498 | 97.60 |
| 01/19 | Card Purchase CBS All Access 5969 888-274-5343 CA 94105   9498 | 5.99 |
| 01/20 | Wire Transfer Ellen Vonderla | 150.00 |
| 01/20 | Card Purchase 3250 Wilshire B 7523 213-4874444 CA 90010   9498 | 12.50 |
| 01/23 | Recurring Card Transaction Geico *auto  6300 800-841-3000 DC 20076   9498 | 155.98 |
| 01/30 | Card Purchase Logmeininc.Com 4816 Logmein.Com MA 02210   9498 | 249.99 |
| | Total Withdrawals | $965.08 |

### FEES

| | | |
|---|---|---|
| 01/11 | Wire Transfer | 15.50 |
| 01/11 | Wire Transfer | 25.00 |
| 01/20 | Wire Transfer | 25.00 |
| 01/23 | Paid Overdraft Item Fee | 36.00 |
| 01/26 | Wire Transfer | 15.50 |
| 01/31 | Monthly Fee | 15.00 |
| | Total Fees | $132.00 |

**Regions Bank**
Uptown
1820 ST Charles Avenue
New Orleans, LA 70130-5268

SEVEN ARTS FILMED ENTERTAINMENT
LOUISIANA LLC
1643 QUEENS RD
LOS ANGELES CA 90069-1429

ACCOUNT #   803

001
Cycle   26
Enclosures   0
Page   2  of 2

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/11 | 396.60 | 01/19 | 199.99 | 01/26 | 805.01 |
| 01/17 | 361.61 | 01/20 | 12.49 | 01/30 | 555.02 |
| 01/18 | 205.98 | 01/23 | 179.49 – | 01/31 | 540.02 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791).**

**Thank You For Banking With Regions!**

REGB000395

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Enter in Line 4 at Left | $ |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |