# EXHIBIT 7

## Seven Arts

| Date | Title | Reference | Payee | Description | Amount | Income | Recoupable | Legal Fees | TV Rev | NonRecoupable |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/14 | Back In The Day | | Hulu | Deposit | 1,843.74 | 1,843.74 | | | | |
| 06/02/14 | Boo! | | Hulu | Deposit | 2,224.72 | 2,224.72 | | | | |
| 08/31/14 | Back In The Day | | Hulu | Deposit | 4,291.06 | 4,291.06 | | | | |
| 08/31/14 | Boo! | | Hulu | Deposit | 8,058.56 | 8,058.56 | | | | |
| 08/31/14 | Cemetary Gates | | Hulu | Deposit | 2,307.08 | 2,307.08 | | | | |
| 08/31/14 | Deal | | Hulu | Deposit | 629.99 | 629.99 | | | | |
| 11/28/14 | Back In The Day | | Hulu | | 2,698.31 | 2,698.31 | | | | |
| 11/28/14 | Boo! | | Hulu | | 4,356.33 | 4,356.33 | | | | |
| 11/28/14 | Cemetary Gates | | Hulu | | 1,040.03 | 1,040.03 | | | | |
| 11/28/14 | Deal | | Hulu | | 161.97 | 161.97 | | | | |
| 12/31/14 | Boo! | | IDS - amazon | | (150.00) | | (150.00) | | | |
| 12/31/14 | Boo! | | Julie Amador - Artwork | Seven Arts:Boo! | (60.00) | | (60.00) | | | |
| 01/15/15 | Boo! | | IDS - iTunes | | (300.00) | | (300.00) | | | |
| 01/31/15 | Boo! | | IDS - Google | | (150.00) | | (150.00) | | | |
| 01/31/15 | Boo! | | IDS - Xbox | | (150.00) | | (150.00) | | | |
| 02/28/15 | Back In The Day | | Hulu | | 1,705.18 | 1,705.18 | | | | |
| 02/28/15 | Boo! | | iTunes | | 204.00 | 204.00 | | | | |
| 02/28/15 | Boo! | | Hulu | | 3,096.71 | 3,096.71 | | | | |
| 02/28/15 | Boo! | | IDS - CC Sync | | (75.00) | | (75.00) | | | |
| 02/28/15 | Cemetary Gates | | Hulu | | 533.51 | 533.51 | | | | |
| 02/28/15 | Deal | | Hulu | | 166.53 | 166.53 | | | | |
| 02/28/15 | Drunkboat | | Hulu | | 689.88 | 689.88 | | | | |
| 03/23/15 | Boo! | | Lantern Lane Entertainment | | 453.51 | 453.51 | | | | |
| 03/24/15 | Boo! | | iTunes | | 47.56 | 47.56 | | | | |
| 04/21/15 | Boo! | | iTunes | deposit | 37.05 | 37.05 | | | | |
| 05/08/15 | Boo! | | Lantern Lane | deposit | 771.75 | 771.75 | | | | |
| 05/26/15 | Boo! | | iTunes | deposit | 55.89 | 55.89 | | | | |
| 05/29/15 | Back In The Day | | Hulu | deposit | 1,612.72 | 1,612.72 | | | | |
| 05/29/15 | Boo! | | Hulu | deposit | 2,891.51 | 2,891.51 | | | | |
| 05/29/15 | Cemetary Gates | | Hulu | deposit | 406.11 | 406.11 | | | | |
| 05/29/15 | Deal | | Hulu | deposit | 135.43 | 135.43 | | | | |
| 06/11/15 | Boo! | | Xbox/Google | Seven Arts:Boo! | 4.50 | 4.50 | | | | |
| 06/11/15 | Boo! | | Xbox/Google | Seven Arts:Boo! | 49.50 | 49.50 | | | | |
| 06/23/15 | Boo! | | iTunes | Seven Arts:Boo! | 15.37 | 15.37 | | | | |
| 07/21/15 | Boo! | | iTunes | Seven Arts:Boo! | 8.37 | 8.37 | | | | |
| 07/21/15 | Boo! | | Xbox/Google | Seven Arts:Boo! | 63.99 | 63.99 | | | | |
| 08/10/15 | Boo! | | Xbox/Google | Seven Arts:Boo! | 25.02 | 25.02 | | | | |
| 08/25/15 | Boo! | | iTunes | Seven Arts:Boo! | 21.68 | 21.68 | | | | |
| 08/28/15 | Back In The Day | | Hulu | Seven Arts:Back In The Day | 1,502.51 | 1,502.51 | | | | |
| 08/28/15 | Boo! | | Hulu | Seven Arts:Boo! | 2,681.21 | 2,681.21 | | | | |
| 08/28/15 | Cemetary Gates | | Hulu | Seven Arts:Cemetary Gates | 415.95 | 415.95 | | | | |
| 08/28/15 | Deal | | Hulu | Seven Arts:Deal | (0.07) | (0.07) | | | | |
| 09/08/15 | Boo! | | Xbox and Google | Seven Arts:Boo! | 36.35 | 36.35 | | | | |
| 09/08/15 | Boo! | | Xbox and Google | Seven Arts:Boo! | 9.27 | 9.27 | | | | |
| 09/22/15 | Boo! | | iTunes | Seven Arts:Boo! | 44.73 | 44.73 | | | | |
| 10/05/15 | Boo! | | Lantern Lane | deposit | 18.55 | 18.55 | | | | |
| 10/05/15 | Boo! | | Lantern Lane | deposit | 14.04 | 14.04 | | | | |
| 10/20/15 | Boo! | | iTunes | deposit | 18.87 | 18.87 | | | | |
| 11/13/15 | Boo! | | Xbox/Google | Deposit | 13.62 | 13.62 | | | | |
| 11/13/15 | Boo! | | Xbox/Google | Deposit | 14.22 | 14.22 | | | | |
| 11/24/15 | Boo! | | iTunes | Deposit | 32.15 | 32.15 | | | | |
| 11/27/15 | Back In The Day | | Hulu | deposit | 1,565.92 | 1,565.92 | | | | |
| 11/27/15 | Boo! | | Hulu | deposit | 2,796.96 | 2,796.96 | | | | |
| 11/27/15 | Cemetary Gates | | Hulu | deposit | 367.43 | 367.43 | | | | |
| 11/27/15 | Deal | | Hulu | deposit | 0.04 | 0.04 | | | | |
| 12/15/15 | Boo! | | Xbox/Google | Deposit | 30.05 | 30.05 | | | | |
| 12/15/15 | Boo! | | Xbox/Google | Deposit | 48.33 | 48.33 | | | | |
| 12/22/15 | Boo! | | iTunes | Deposit | 20.98 | 20.98 | | | | |
| 12/30/15 | Back In The Day | | Hulu | Deposit | 22.50 | 22.50 | | | | |
| 12/30/15 | Boo! | | Hulu | Deposit | 52.48 | 52.48 | | | | |
| 12/30/15 | Cemetary Gates | | Hulu | Deposit | 5.48 | 5.48 | | | | |
| 01/19/2016 | Boo! | | Xbox/Google | Deposit | 14.22 | 14.22 | | | | |
| 01/20/2016 | Boo! | | iTunes | Deposit | 23.78 | 23.78 | | | | |
| 02/18/2016 | Boo! | | Lantern Lane | Deposit | 13.55 | 13.55 | | | | |

UE 0038

UE 0039

| Date | Title | Source | Type | Amount | Amount |
|---|---|---|---|---|---|
| 02/18/2016 | Boo! | Lantern Lane | Deposit | 7.65 | 7.65 |
| 02/23/2016 | Boo! | iTunes | Deposit | 6.28 | 6.28 |
| 02/29/2016 | Back In The Day | Hulu | Deposit | 2,248.07 | 2,248.07 |
| 02/29/2016 | Boo! | Hulu | Deposit | 2,365.54 | 2,365.54 |
| 02/29/2016 | Cemetary Gates | Hulu | Deposit | 363.43 | 363.43 |
| 03/22/2016 | Boo! | Xbox/Google | Deposit | 4.50 | 4.50 |
| 03/22/2016 | Boo! | Xbox/Google | Deposit | 4.95 | 4.95 |
| 04/01/2016 | Boo! | iTunes | Deposit | 23.76 | 23.76 |
| 04/01/2016 | Boo! | Lantern Lane | Deposit | 7.81 | 7.81 |
| 04/01/2016 | Boo! | Lantern Lane | Deposit | 22.32 | 22.32 |
| 05/24/2016 | Boo! | iTunes | Deposit | 11.88 | 11.88 |
| 05/26/2016 | Back In The Day | Hulu | Deposit | 32.85 | 32.85 |
| 05/26/2016 | Boo! | Hulu | Deposit | 1,761.57 | 1,761.57 |
| 05/26/2016 | Cemetary Gates | Hulu | Deposit | 3,925.64 | 3,925.64 |
| 05/26/2016 | Deal | Hulu | Deposit | 312.27 | 312.27 |
| 06/10/2016 | Boo! | Xbox/Google | deposit | 0.02 | 0.02 |
| 06/10/2016 | Boo! | Xbox/Google | deposit | 17.91 | 17.91 |
| 06/21/2016 | Boo! | iTunes | deposit | 19.01 | 19.01 |
| 07/19/2016 | Boo! | iTunes | deposit | 25.17 | 25.17 |
| 07/31/2016 | Boo! | Xbox/Google | deposit | 18.89 | 18.89 |
| 07/31/2016 | Boo! | Xbox/Google | deposit | 9.00 | 9.00 |
| 07/31/2016 | Boo! | iTunes | deposit | 92.79 | 92.79 |
| 08/23/2016 | Back In The Day | Hulu | Deposit | 22.38 | 22.38 |
| 08/31/2016 | Boo! | Hulu | Deposit | 2,381.79 | 2,381.79 |
| 08/31/2016 | Boo! | Xbox\Google | deposit | 13,074.34 | 13,074.34 |
| 09/16/2016 | Boo! | Xbox\Google | deposit | 1.35 | 1.35 |
| 09/16/2016 | Boo! | Xbox\Google | deposit | 29.25 | 29.25 |
| 09/29/2016 | Boo! | iTunes | deposit | 14.67 | 14.67 |
| 09/29/2016 | Boo! | Amazon | deposit | 434.20 | 434.20 |
| 10/31/2016 | Back In The Day | Hulu | deposit | 1,436.23 | 1,436.23 |
| 10/31/2016 | Boo! | iTunes | deposit | 24.44 | 24.44 |
| 10/31/2016 | Boo! | Amazon | deposit | 3,532.93 | 3,532.93 |
| 10/31/2016 | Boo! | Hulu | deposit | 6,701.23 | 6,701.23 |
| 10/31/2016 | Boo! | Xbox/Google | Deposit | 1.80 | 1.80 |
| 10/31/2016 | Cemetary Gates | Hulu | deposit | (0.02) | (0.02) |
| 11/30/2016 | Boo! | iTunes | Deposit | 46.17 | 46.17 |
| 11/30/2016 | Boo! | Amazon | Deposit | 1,334.68 | 1,334.68 |
| 11/30/2016 | Boo! | Xbox | Sept Xbox | 1.80 | 1.80 |
| 11/30/2016 | Boo! | Xbox/Google | Sept Xbox | 55.89 | 55.89 |
| 12/31/2016 | Boo! | Amazon | Deposit | 629.77 | 629.77 |
| 12/31/2016 | Boo! | iTunes | Deposit | 23.77 | 23.77 |
| 12/31/2016 | Boo! | Xbox/Google | Deposit | 1.80 | 1.80 |
| 12/31/2016 | Boo! | Xbox/Google | Deposit | 76.50 | 76.50 |
| 01/31/2017 | Boo! | iTunes | deposit | 9.07 | 9.07 |
| 01/31/2017 | Boo! | Lantern Lane | 1/4 deposit | 71.19 | 71.19 |
| 01/31/2017 | Boo! | Amazon | deposit | 543.21 | 543.21 |
| 02/28/2017 | Back In The Day | Hulu | deposit | 747.76 | 747.76 |
| 02/28/2017 | Boo! | iTunes | deposit | 16.09 | 16.09 |
| 02/28/2017 | Boo! | Hulu | deposit | 2088.51 | 2,088.51 |
| 02/28/2017 | Boo! | Amazon | deposit | 142.55 | 142.55 |
| 02/28/2017 | Boo! | Xbox/Google | deposit | 1.8 | 1.80 |
| 03/31/2017 | Boo! | Xbox/Google | deposit | 30.24 | 30.24 |
| 03/31/2017 | Boo! | iTunes | deposit | 6.28 | 6.28 |
| 03/31/2017 | Boo! | Amazon | deposit | 96.53 | 96.53 |
| 04/30/2017 | Boo! | Xbox/Google | deposit | 55.08 | 55.08 |
| 04/30/2017 | Boo! | iTunes | deposit | 5.6 | 5.60 |
| 04/30/2017 | Boo! | Xbox/Google | deposit | 15.35 | 15.35 |
| 05/31/2017 | Boo! | Xbox/Google | deposit | 13.59 | 13.59 |
| 05/31/2017 | Boo! | iTunes | deposit | 1.5 | 1.50 |
| 05/31/2017 | Boo! | Amazon | deposit | 58.98 | 58.98 |
| 05/31/2017 | Boo! | Amazon | deposit | 59.44 | 59.44 |
| 05/31/2017 | Boo! | Hulu | deposit | 466.67 | 466.67 |
| 05/31/2017 | Boo! | Xbox/Google | OnDemand | 42.48 | 42.48 |
| 06/30/2017 | Boo! | iTunes | deposit | 11.20 | 11.20 |
| 06/30/2017 | Boo! | Hulu | Hulu Feb 2017 | 466.67 | 466.67 |

| Date | Title | Platform | Description | Amount | Amount | Adjustment |
|---|---|---|---|---|---|---|
| 07/31/2017 | Bool | Amazon | deposit | 75.91 | 75.91 | |
| 07/31/2017 | Bool | Xbox/Google | deposit | 22.86 | 22.86 | |
| 08/31/2017 | Bool | Xbox/YouTub | deposit | 15.12 | 15.12 | |
| 08/31/2017 | Bool | iTunes | July Statement | 13.20 | 13.20 | |
| 08/31/2017 | Bool | Amazon | deposit | 72.30 | 72.30 | |
| 09/30/2017 | Bool | iTunes | DVD Revenue | 19.40 | 19.40 | |
| 09/30/2017 | Bool | Amazon | deposit | 78.34 | 78.34 | |
| 09/30/2017 | Bool | Xbox/Google | deposit | 1.80 | 1.80 | |
| 09/30/2017 | Bool | Xbox/Google | deposit | 8.64 | 8.64 | |
| 09/30/2017 | Bool | Hulu | deposit | 1,011.11 | 1,011.11 | |
| 09/30/2017 | Cemetary Gates | Arrow Media | recoupable | (20.00) | | (20.00) |
| 09/30/2017 | Deal | Arrow Media | recoupable | (20.00) | | (20.00) |
| 09/30/2017 | Seven Arts:Back In The Day | Arrow Media | recoupable | (15.00) | | (15.00) |
| 09/30/2017 | Seven Arts:Back In The Day | Arrow Media | recoupable | | | |
| 10/31/2017 | Bool | iTunes | deposit | 7.60 | 7.60 | |
| 10/31/2017 | Bool | Amazon | deposit | 249.20 | 249.20 | |
| 10/31/2017 | Bool | Xbox | deposit | 10.40 | 10.40 | |
| 10/31/2017 | Bool | YouTube | deposit | 14.58 | 14.58 | |
| 11/30/2017 | Bool | Amazon | deposit | 3,667.25 | 3,667.25 | |
| 11/30/2017 | Bool | iTunes | deposit | 4.00 | 4.00 | |
| 11/30/2017 | Bool | Xbox/Google | deposit | 25.47 | 25.47 | |
| 11/30/2017 | Bool | Hulu | deposit | 1,011.11 | 1,011.11 | |
| 12/29/2017 | Bool | iTunes | deposit | 19.40 | 19.40 | |
| 12/29/2017 | Bool | Amazon | deposit | 3,669.48 | 3,669.48 | |
| 12/29/2017 | Bool | Amazon | deposit | 113.03 | 113.03 | |