# EXHIBIT 8

January 1, 2019

**VIA EMAIL &**
**OVERNIGHT COURRIER**

Peter Hoffman
Seven Arts Entertainment Inc.
Seven Arts Filmed Entertainment Louisiana LLC
PicturePro, LLC
8721 Sunset Boulevard, Suite 209
Los Angeles, CA 90069
Telephone: (323) 372-3085
Facsimile: (323) 372-3790

Re: Indemnification Letter Agreement

Dear Peter:

On or about September 4, 2012, Seven Arts Entertainment Inc. ("**SAEI**") and Keith Leopard, individually, ("**Mr. Leopard**") entered into that certain Consulting Agreement whereby Mr. Leopard agreed to perform consulting work for SAEI in providing in connection with the development and management of theatrical, video, digital and television distribution of motion pictures owned or controlled by SAEI as acquired from third parties (capitalized terms will have the meanings as ascribed in the particular agreement) (the "**Consulting Agreement**"). SAEI has assigned all of its rights in and to the Consulting Agreement to Seven Arts Filmed Entertainment Louisiana LLC ("**SAFELA**").

On or about December 12, 2012, SAEI and Uncork'd Entertainment Services, LLC ("**Uncork'd**") entered into that certain distribution agreement whereby SAEI licensed to Uncork'd certain rights in and to certain Pictures (as defined therein) (the "**Distribution Agreement**"). Collectively, the Consulting Agreement and the Distribution Agreement may hereafter be referred to as the "**Service Agreements**".

With the limited exception of amounts payable by Uncork'd to SAEI and/or SAFELA (as applicable) in connection with the motion picture titled "Schism" aka "Fracture," you, Peter Hoffman, as the authorized representative of SAEI and SAFELA, have directed Mr. Leopard and Uncork'd to remit all amounts payable by Uncork'd to SAEI and/or SAFELA, as applicable, pursuant to the Service Agreements to the bank account of PicturePro, LLC. You have further represented that (i) you were the sole managing member of SAFELA (and that you always have been); (ii) sometime after January 1, 2016 but prior to December 31, 2017, SAEI transferred and/or contributed all of its rights and interests to PicturePro, LLC including, without limitation, any rights and/or interests in the Pictures and/or the Service Agreements; (iii) SAEI is a member of PicturePro, LLC and you are the managing member of PicturePro, LLC; (iv) SAFELA is no longer in operation; and (v) you have directed Mr. Leopard and/or Uncork'd to remit monies due to SAFELA pursuant to the Consulting Agreement (if any) to SAEI.

UE 0033

On or about December 7, 2018, Mr. Leopard was contacted by Gordon Scott Venters, President and CEO of The Movie Studio, Inc. ("**TMS**"). Mr. Venters claims that TMS acquired rights in the Pictures from SAEI and/or SAFELA in 2015 and that TMS was not aware of the Service Agreements and/or any distribution rights in and to the Pictures that had been previously granted to Mr. Leopard and/or Uncork'd by SAEI and/or SAFELA (collectively, "**TMS Allegation(s)**"). You have assured and represented to Mr. Leopard and Uncork'd that any affiliation with TMS and/or SAEI and/or SAFELA was terminated in 2016 and that TMS has no rights in and/or to any of the Pictures. You have further directed Mr. Leopard and/or Uncork'd to continue to remit all amounts payable by Uncork'd to SAEI and/or SAFELA, as applicable, pursuant to the Service Agreements to the bank account of PicturePro, LLC.

Therefore, without limiting any indemnification obligations of SAEI (and/or PicturePro, LLC as an assignee of any rights and/or interests of SAEI) and/or SAFELA as set forth in any Service Agreement, SAEI, SAFELA and PicturePro, LLC, jointly and severally, shall indemnify, defend and hold harmless Mr. Leopard, Uncork'd and its and their affiliates and each of their respective officers, directors, affiliates, members, employees, advisors, agents, representatives, successor and assigns (the "**Indemnitee**s") against any and all liability, loss, damage, cost, expense, and reasonable attorney's fees and court costs incurred by Indemnitees arising out of or based on (i) TMS Allegation(s), and/or (ii) any gross and/or net receipts received by SAEI and/or any of its affiliates and/or assignees (including, without limitation, SAFELA) in connection with the Service Agreements. If any claim, action, suit, or proceeding (a "**Claim**") is brought against any Indemnitee which is covered by this indemnification letter, Uncork'd shall promptly give written notice to SAEI, PicturePro, LLC or SAFELA by registered mail, at the address provided above. Uncork'd shall use reasonable commercial business efforts to notify SAEI, PicturePro, LLC or SAFELA within ten (10) days after Uncork'd has knowledge of any such Claim. Uncork'd shall have the right, at its sole discretion, to retain or resume control of the control thereof. Neither SAEI, PicturePro, LLC nor SAFELA (or any of their affiliates) shall settle, compromise or consent to the entry of any judgment in or otherwise seek to terminate any Claim in respect of which any Indemnitee is entitled to indemnification hereunder, without Uncork'd's prior written consent; provided that SAEI, PicturePro, LLC and SAFELA shall be entitled to settle any Claim without Uncork'd's written consent so long as such settlement (i) only involves the payment of money by SAEI, PicturePro, LLC and/or SAFELA, (ii) in no way affects any of Uncork'd's and/or any Indemnitee's rights, and (iii) includes as an unconditional term thereof the giving by the claimant or plaintiff to Uncork'd and the Indemnitees a release from all liability with respect to such claim or litigation.

In connection herewith, Peter Hoffman, personally, guarantees the performance of SAEI's (and its affiliates and/or assignees (e.g. SAFELA and PicturePro, LLC), as applicable) indemnification obligations as provided in the Service Agreements and hereunder as memorialized in the Personal Guaranty and Undertaking attached hereto and made a part hereof.

The term of this letter agreement will be effective as of the Effective Date of the Consulting Agreement and continue for four (4) years after final payment of monies pertaining to any Picture to SAEI, PicturePro, LLC or SAFELA (as applicable) pursuant to the Service Agreements (the "**Term**"). This letter agreement is intended by the parties as a complete and final expression of their agreement and understanding with respect to the subject matter hereof. This letter agreement will be construed in all respects in accordance with the laws of the State

UE 0034

of Texas applicable to agreements entered into and to be wholly performed therein. This letter agreement may not be changed or modified, or any covenant or provision hereof waived, except by an agreement in writing, signed by both parties.

Your signature in the space provided below will indicate your agreement to the terms and conditions of this letter agreement.

Sincerely,

UNCORK'D ENTERTAINMENT SERVICES, LLC

Keith Leopard
President

Accepted & Agreed:

SEVEN ARTS ENTERTAINMENT INC.

By: _____
(Authorized Officer)

Print Name: Peter Hoffman

Title: CEO

Accepted & Agreed:

SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC

By: _____
(Sole Managing Member)

Print Name: Peter Hoffman

Accepted & Agreed:

PICTUREPRO, LLC

By: _____
(Managing Member and Authorized Representative)

Print Name: Peter Hoffman

3

UE 0035

## GUARANTY AND PERSONAL UNDERTAKING
## BY PETER HOFFMAN

For good and valuable consideration, the sufficiency of which is hereby acknowledged, Peter Hoffman, an adult individual, ("**Guarantor**") hereby confirms the following to Keith Leopard, an adult individual, and Uncork'd Entertainment Services, LLC and its and their affiliates and each of their successors and assigns, (collectively, the "**Uncork'd Parties**"), understanding that the Uncork'd Parties are materially relying on same in proceeding under the Agreements (as defined below):

1. I am currently the CEO of Seven Arts Entertainment Inc. ("**SAEI**") and the managing member of PicturePro, LLC ("**PicturePro**"). I was also the sole managing member of Seven Arts Filmed Entertainment Louisiana LLC ("**SAFELA**") when it was in existence and operation.

2. I declare and confirm having read (i) the Consulting Agreement dated September 4, 2012 between SAEI and Keith Leopard, individually, (ii) the distribution agreement dated December 12, 2012 between SAEI and Uncork'd Entertainment Services, LLC, (iii) the Assignment and Direction Agreement dated April 2, 2014, (iv) the Indemnification Letter Agreement for "Fractured" dated August 5, 2014, and (v) the Indemnification Letter Agreement dated as of January 1, 2019, (collectively, the "**Agreements**"), (i) agree to be bound by the obligations stipulated herein and to guarantee unconditionally in favor of the Uncork'd Parties, all of the obligations and undertakings of SAEI, PicturePro (as assignee of any and all rights of SAEI) and SAFELA (as applicable) under the Agreements, including, without limitation, all indemnification obligations thereunder.

3. I agree that the dispute resolution provisions contained in Agreements will apply to any dispute arising out of or relating to this Guaranty. If any Uncork'd Party brings any legal action to enforce its rights under this Guaranty, I will reimburse the Uncork'd Party(ies) its reasonable attorneys' fees and costs.

4. I hereby guarantee the prompt and full payment of all amounts owed by SAEI, PicturePro and/or SAFELA under any Agreement to any Uncork'd Party.

5. I will pay all amounts due under this Guaranty within fourteen (14) days after receiving notice from any Uncork'd Party that SAEI, PicturePro and/or SAFELA has failed to make the required payment. I understand and agree that such Uncork'd Party need not exhaust its remedies against SAEI, PicturePro and/or SAFELA before seeking recovery from me under this Guaranty.

6. No modification, change, impairment, or suspension of any Uncork'd Party's rights or remedies shall in any way affect any of my obligations under this Guaranty.

7. I hereby waive *(a)* all rights described in California Civil Code Section 2856(a)(1)-(2), inclusive, which includes, without limitation, any rights and defenses which are or may become available to the undersigned by reason of California Civil Code Sections 2787 to 2855, inclusive; and *(b)* California Civil Code Sections 2899 and 3433.

8. **I WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING, OR COUNTERCLAIM, WHETHER AT LAW OR IN EQUITY, INVOLVING ANY UNCORK'D PARTY, WHICH ARISES OUT OF OR IS RELATED IN ANY WAY TO ANY FRACTURED AGREEMENT, THE PERFORMANCE OF ANY PARTY UNDER ANY AGREEMENT, AND/OR THE PAYMENT OF ANY MONIES TO SAEI, SAFELA, PICTUREPRO AND/OR ANY OTHER PARTY PURSUANT TO ANY AGREEMENT.**

4

UE 0036

9. I understand that the Uncork'd Parties' rights under this Guaranty shall be in addition to, and not in lieu of, any other rights or remedies available to such Uncork'd Party under applicable law.

10. Intending to be legally bound, I have executed this Guaranty and Personal Undertaking on the date set forth below:

Dated: 1/8/2018

GUARANTOR

Name: Peter Hoffman
Address: 115 N. Orange Dr
LA, CA 90036
Fax: (323) 389-0664

5

UE 0037