# EXHIBIT 9A

**MICHAEL REPSCH,** *PRESIDENT*
*\*\*PLEASE NOTE OUR TEMPORARY MAILING ADDRESS\*\**
P.O. Box 66515
Los Angeles, California 90066
215.459.2135 // mike@darkstarpics.com
darkstarpics.com

---

On Tue, Dec 31, 2019 at 11:37 AM Peter Hoffman <peter@7artsent.com> wrote:

> Yes, Mike. We dropped the ball over the holidays. But will get this done by Friday. Hope you have a great new year as well.

**From:** Michael Repsch <mike@darkstarpics.com>
**Date:** Tuesday, December 31, 2019 at 1:22 PM
**To:** Peter Hoffman <peter@7artsent.com>
**Cc:** Kate Hoffman <kate@7artsent.com>, Keith Leopard <keith@uncorked-ent.com>
**Subject:** Re: Paperwork Needed

Hey Guys,

Happy Holidays and I hope you have a great NYE.

I wanted to follow back up on this, as we are still in limbo on these titles with Tubi until we send them the paperwork. Also I have been getting calls from The Movie Studio again, I have been ignoring them as it is not my place to speak with them…that said would like to resolve this.

Let us know what we can do.

- Mike

Error! Filename not specified.

**MICHAEL REPSCH,** *PRESIDENT*
*\*\*PLEASE NOTE OUR TEMPORARY MAILING ADDRESS\*\**
P.O. Box 66515
Los Angeles, California 90066
215.459.2135 // mike@darkstarpics.com
darkstarpics.com

---

On Thu, Dec 19, 2019 at 1:07 PM Peter Hoffman <peter@7artsent.com> wrote:

> Sure. Will discuss with Kate and get back to you soonest.

**From:** Michael Repsch <mike@darkstarpics.com>
**Date:** Thursday, December 19, 2019 at 3:06 PM
**To:** Peter Hoffman <peter@7artsent.com>, Kate Hoffman <kate@7artsent.com>, Keith Leopard <keith@uncorked-ent.com>
**Subject:** Paperwork Needed

Hey Peter,

Hope you are well and happy holidays.

So we had Tubi come back to us again on three titles and asked if we could please send them paperwork. Seems your old friend Gordon is still making trouble.

The titles are:

- A Broken Life
- The Pool Boys
- Shooting Gallery

Error! Filename not specified.

**MICHAEL REPSCH,** PRESIDENT
**\*\*PLEASE NOTE OUR NEW MAILING ADDRESS\*\***
66515 Grand View Blvd.
Los Angeles, California 90066
215.459.2135 // mike@darkstarpics.com
darkstarpics.com