# EXHIBIT 9B

**Barry Goldin**

| | |
|---|---|
| From: | sethkittay <sethkittay@gmail.com> |
| Sent: | Wednesday, February 12, 2020 1:12 PM |
| To: | barrygoldin@earthlink.net |
| Subject: | Fwd: Seven Arts Titles |

Seth J. Kittay
All Channel Films, Inc.
kittay@allchannelfilms.net
2662 Carmar Dr
Los Angeles, Ca 90046
tel 323 654 5800
fax 323 654 5828

> Begin forwarded message:
>
> **From:** Peter Hoffman <peter@7artsent.com>
> **Subject: Seven Arts Titles**
> **Date:** January 10, 2020 at 2:59:54 PM PST
> **To:** "kittay@allchannelfilms.net" <kittay@allchannelfilms.net>
> **Cc:** Michael Repsch <mike@darkstarpics.com>, Keith Leopard <keith@uncorked-ent.com>
>
> Mr. Kittay, I am writing to you because Tubi has advised Mike Repsch who has advised me that The Movie Group continues to falsely assert it has any distribution or other rights of any kind to any Seven Arts films. I will send you next the chain of title to the Seven Arts films for which TMG is making these false claims so there is no doubt about it. Further, please forward to me the "documentation" Mr. Venters claims supports his rights to the titles (it doesn't).
> I hoped these fraudulent claims would stop once I had provided the proper documentation and fully responded to Venter's bogus claims but apparently not. If these claims are not promptly withdrawn Seven Arts will sue Venters, TMG and your company for infringement and interference with contractual relations and pursue that action to the maximum extent permitted by law.
> My patience is running out with these claims. I was ready to accept that Venters has converted some earned by Seven Arts titles because it was not worth the energy to chase him (and I expect he is judgment proof anyway).
> But if you, as a legitimate distributor, assert TMG's false claims on their behalf, then Seven Arts has no choice but to respond forcefully.
> All rights reserved.

1