# EXHIBIT 9C

## Barry Goldin

**From:** sethkittay <sethkittay@gmail.com>
**Sent:** Wednesday, February 12, 2020 1:13 PM
**To:** barrygoldin@earthlink.net
**Subject:** Fwd: Paperwork Needed

Seth J. Kittay
All Channel Films, Inc.
kittay@allchannelfilms.net
2662 Carmar Dr
Los Angeles, Ca 90046
tel 323 654 5800
fax 323 654 5828

Begin forwarded message:

**From:** Peter Hoffman <peter@7artsent.com>
**Subject: FW: Paperwork Needed**
**Date:** January 10, 2020 at 3:03:43 PM PST
**To:** "kittay@allchannelfilms.net" <kittay@allchannelfilms.net>
**Cc:** Michael Repsch <mike@darkstarpics.com>, Keith Leopard <keith@uncorked-ent.com>

Mr. Kittay see below for COT on all the three titles. In the terminated deal with TMG, SEVEN ARTS AT NO TIME GRANTED ANY DISTRIBUTION RIGHTS. TMG has no such grant. Please respond promptly so that we are not required to commence litigation.
All rights reserved.

---

**From:** Kate Hoffman <kate@7artsent.com>
**Date:** Tuesday, January 7, 2020 at 2:57 AM
**To:** Michael Repsch <mike@darkstarpics.com>, Peter Hoffman <peter@7artsent.com>
**Cc:** Keith Leopard <keith@uncorked-ent.com>
**Subject:** RE: Paperwork Needed

Dear All:

I hope you had a lovely Christmas and New Year. Apologies for the delay in responding. I have created a DropBox folder (link below) which contains the following:

1. A Broken Life Sales Agency Agreement
2. American Summer aka The Pool Boys Distribution Agreement
3. Poolhall Prophets aka Shooting Gallery Distribution Agreement
4. Since these three agreements are with Seven Arts Pictures Inc, I've also included the two Asset Transfer Agreements which assign all rights to Seven Arts Entertainment Inc

1

5. Folders containing the full Chain of Title for these three titles.

Please let me know if you need anything further.

https://www.dropbox.com/sh/44s6u73a94huutx/AAC07lpDQiucGEfGrU60PpF5a?dl=0

Kx

**From:** Michael Repsch <mike@darkstarpics.com>
**Sent:** 31 December 2019 19:39
**To:** Peter Hoffman <peter@7artsent.com>
**Cc:** Kate Hoffman <kate@7artsent.com>; Keith Leopard <keith@uncorked-ent.com>
**Subject:** Re: Paperwork Needed

Thanks Peter.

- Mike



**MICHAEL REPSCH,** *PRESIDENT*
*\*\*PLEASE NOTE OUR TEMPORARY MAILING ADDRESS\*\**
P.O. Box 66515
Los Angeles, California 90066
215.459.2135 // mike@darkstarpics.com
darkstarpics.com

On Tue, Dec 31, 2019 at 11:37 AM Peter Hoffman <peter@7artsent.com> wrote:
Yes, Mike. We dropped the ball over the holidays. But will get this done by Friday. Hope you have a great new year as well.

**From:** Michael Repsch <mike@darkstarpics.com>
**Date:** Tuesday, December 31, 2019 at 1:22 PM
**To:** Peter Hoffman <peter@7artsent.com>
**Cc:** Kate Hoffman <kate@7artsent.com>, Keith Leopard <keith@uncorked-ent.com>
**Subject:** Re: Paperwork Needed

Hey Guys,

Happy Holidays and I hope you have a great NYE.

I wanted to follow back up on this, as we are still in limbo on these titles with Tubi until we send them the paperwork. Also I have been getting calls from The Movie Studio again, I have been ignoring them as it is not my place to speak with them...that said would like to resolve this.

Let us know what we can do.

- Mike

Error! Filename not specified.    **MICHAEL REPSCH,** *PRESIDENT*
*\*\*PLEASE NOTE OUR TEMPORARY MAILING ADDRESS\*\**
P.O. Box 66515
Los Angeles, California 90066
215.459.2135 // mike@darkstarpics.com
darkstarpics.com

───────────────────────────

On Thu, Dec 19, 2019 at 1:07 PM Peter Hoffman <peter@7artsent.com> wrote:

Sure. Will discuss with Kate and get back to you soonest.

**From:** Michael Repsch <mike@darkstarpics.com>
**Date:** Thursday, December 19, 2019 at 3:06 PM
**To:** Peter Hoffman <peter@7artsent.com>, Kate Hoffman <kate@7artsent.com>, Keith Leopard <keith@uncorked-ent.com>
**Subject:** Paperwork Needed

Hey Peter,

Hope you are well and happy holidays.

So we had Tubi come back to us again on three titles and asked if we could please send them paperwork. Seems your old friend Gordon is still making trouble.

The titles are:

- **A Broken Life**
- **The Pool Boys**
- **Shooting Gallery**

Error! Filename not specified.    **MICHAEL REPSCH,** *PRESIDENT*
*\*\*PLEASE NOTE OUR NEW MAILING ADDRESS\*\**
66515 Grand View Blvd.
Los Angeles, California 90066
215.459.2135 // mike@darkstarpics.com
darkstarpics.com