# EXHIBIT 9D

# Barry Goldin

| | |
|---|---|
| From: | sethkittay <sethkittay@gmail.com> |
| Sent: | Wednesday, February 12, 2020 1:08 PM |
| To: | barrygoldin@earthlink.net |
| Subject: | Fwd: US Library Rights |

Begin forwarded message:

**From:** Peter Hoffman <peter@7artsent.com>
**Subject: FW: US Library Rights**
**Date:** January 14, 2020 at 6:21:49 AM PST
**To:** "kittay@allchannelfilms.net" <kittay@allchannelfilms.net>
**Cc:** Kate Hoffman <kate@7artsent.com>, Michael Repsch <mike@darkstarpics.com>, Keith Leopard <keith@uncorked-ent.com>

Mr. Kittay, apparently we had submitted all these titles to you in 2013 as Seven Arts titles. Please respond and desist from representing TMG bogus claims to our Seven Arts titles.

**From:** Kate Hoffman <kate@7artsent.com>
**Date:** Tuesday, January 14, 2020 at 6:19 AM
**To:** Peter Hoffman <peter@7artsent.com>
**Cc:** Keith Leopard <keith@uncorked-ent.com>, Michael Repsch <mike@darkstarpics.com>
**Subject:** FW: US Library Rights

I found an email for Seth Kittay... see below...

**From:** Peter Hoffman <PHOFFMAN@7ARTSPICTURES.COM>
**Sent:** 09 December 2013 22:59
**To:** Lydia Holford-Walker <LWALKER@7ARTSPICTURES.COM>
**Cc:** Kate Hoffman <KHOFFMAN@7ARTSPICTURES.COM>
**Subject:** US Library Rights

Please send the US avails and the one sheets on the library to Seth Kittay at kittay@allchannelfilms.com.

1