# EXHIBIT 10

Peter M. Hoffman
Monthly Cash Flow
2007



**EXHIBIT**

"39"

### Income

| | |
|---|---:|
| Seven Arts | 41,667 |
| New Orleans - Royal Street | 16,850 |
| New Orleans - Evangeline Rd | 1,000 |
| New York Speare Road | 2,500 |
| Cafe Amelie | 2,500 |
| **Total Income** | **64,517** |

### Expenses

| | |
|---|---:|
| Los Angeles | 15,504 |
| New York | 5,369 |
| New Orleans | 38,283 |
| Florida | 2,037 |
| **Total Expenses** | **61,193** |
| **Net Income** | **3,324** |