# EXHIBIT 11

JUN-03-2009  13:43

Louisiana  Monthly
Rental Income

EXHIBIT
tabbies®
"40"

| | apprs'd value | UNITS | current use | | mo. Income |
|---|---|---|---|---|---|
| 900-902 Royal St. | $2,595,000 | 1st FL. | Commercial Space- OCCUPIED/Gallery | clothing store | 54,500.00 |
| | | 2nd FL. Apt A | | apartment unit | |
| | | 3rd FL. Apt B | currently used as owner's residence | apartment unit | |
| | | 4th FL. Apt C | | apartment unit | |
| | | courtyard storage | owner's storage | storage | |
| 906-Royal St | $ 315,000 | condo unit D | OCCUPIED/Leased | residential condo units | $800.00 |
| | $ 163,000 | condo unit E | owners use as gym | | |
| 910 Royal St. | $ 410,000 | comc'l unit A | Commercial Space- OCCUPIED/Art Studio | art studio | $3,250.00 |
| | $ 208,000 | resident'l unit B | OCCUPIED/Leased | residential condo units | $650.00 |
| | $ 560,000 | residnt'l unit D | OCCUPIED /Leased | residential condo units | $3,300.00 |
| | $ 150,000 | resldnt'l unit E | | | |
| | $ 334,000 | resldnt'l unit H | OCCUPIED/Leased | residential condo units | $700.00 |
| 912 Royal St | $ 990,000 | comc'l unit C (carriage house) | Café Amelle | restaurant | $5,500.00 |
| 1222 Evangeline Rd., Montz, LA | | | OCCUPIED/Leased | residental rental | $950.00 |
| TOTAL MONTHLY INCOME | | | | | $   19,650 |