# EXHIBIT 12

## POWER OF ATTORNEY TO SELL REAL ESTATE, BORROW, AND GUARANTEE PAYMENT OF, FUNDS, AND MORTGAGE REAL ESTATE

BY: Peter M. Hoffman (Principal)

TO: Susan L. Hoffman (Agent)

EXHIBIT "37"

BE IT KNOWN, that on this 27 day of March, 2007,

BEFORE ME, OLA BOYKIN, a Notary Public, duly commissioned and qualified in and for the State of California, and in the presence of the witnesses hereinafter named and undersigned:

**PERSONALLY APPEARED:**

**PETER M. HOFFMAN,**

of the full age of majority and a resident of and domiciled in the State of California, who declared that he has been married but twice, the first time to                    , from whom he was divorced on June 6, 1980, by judgment of the Superior Court of California, County of Los Angeles, in proceeding No. D978-4196 and secondly, to Susan Lee Himmelstein Hoffman, from whom he has not been judicially separated nor divorced; his mailing address is 1643 N. Queens Road, Los Angeles, CA 90063 (hereinafter sometimes referred to as "Appearer"),

who declared that he does by these presents name, constitute and appoint **Susan L. Hoffman**, a person of the full age of majority and a resident of and domiciled in the Parish of Orleans, State of Louisiana, to be his lawful agent and attorney-in-fact, for and on his behalf, and in his name, place and stead, to list for sale with any realtor, to sign any listing agreement, to execute any contracts or agreements to sell, to appear before any Notary Public and execute an act of sale, conveying, selling and assigning, with full warranty, all of Appearer's undivided interest in and to the following described property, to-wit:

1 - ONE CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, in Square 48 thereof, which square is bounded by Royal, Dumaine, Charters and St. Philip Streets, designated as Lot 1 on a sketch of survey on a letter of Gandolfo, Kuhn & Associates, dated March 18, 1967, attached to an act passed before Arthur L. Ballin, N.P., dated March 28, 1967, and according thereto Lot 1 forms the corner of Royal and Dumaine Streets and measures 30 feet 2 inches 4 lines front on Royal Street, the same in width in the rear which abuts a common alley with a width of 4 feet 3 inches 4 lines opening on Dumaine Street, by a depth and front on Dumaine Street of 90 feet 1 inch 4 lines between equal and parallel lines.

According to a survey by Harris & Varisco, Consulting Engineers, dated October 3, 1978, a copy of which survey is attached to a mortgage, passed before Curtis Allen Hennesy, N.P., on December 12, 1983, recorded in MOB 2437, folio 555, the lot is as above described and the improvements thereon bear municipal numbers 900-02 Royal Street.

2 - Units "D", "E" and "G" of the Miltonberger House - A Condominium (the "Condominium"), created pursuant to a "Condominium Declaration, Creating and Establishing Miltonberger House - A Condominium," by act passed before Guy W. Smith, N.P., on May 9, 2001, filed in the Conveyance Office of Orleans Parish as CIN 220394 on July 12, 2001 (NA# 2001-30453), as amended by "Act of Amendment To Condominium Declaration," passed before Guy W. Smith, N.P., on August 9, 2001, filed as CIN 222071 on August 10, 2001 (NA# 2001-35723), together with undivided interests in the Common Elements of the Condominium of 17.86%, 8.93% and 3.59%, respectively; the Condominium relates to the following described property:

ONE CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, in Square 48 thereof, which square is bounded by Royal, St. Philip, Chartres and Dumaine Streets, designated as Lot 2 on a survey by Gilbert & Kelly, Surveyors, dated August 24, 1944, recertified as of July 21, 1961, a print of which is attached to and made part of an act passed before J. D. Dresner, Notary Public, on July 21, 1961, and according thereto Lot 2 commences 30 feet 2 inches 4 lines from the corner of Dumaine and Royal Streets, and measures 27 feet 7 inches 2 lines front on Royal Street, the same in width in the rear, by a depth of 90 feet 1 inch 4 lines; between equal and parallel lines; together with a common alley of 4 feet 3 inches 2 lines in width for the use of said Lot 2 and Lots 1 and 3, which adjoin the aforesaid Lot 2; Lot 2 is designated as Lot 23 on the assessment roll.

Said common alley also appears on a survey by J. A. D'Hemecourt, Surveyor, dated June 2, 1855, which is annexed to an act before Adolph Boudousquie, Notary Public, dated June 15, 1855.

The improvements thereon bear municipal number 906 Royal Street, New Orleans, Louisiana 70116.

3-Units "A", "B", "C", "D", "E" and "H" of The Princess of Monaco - A Condominium (the "Condominium"), created pursuant to a "Condominium Declaration, Creating and Establishing The Princess of Monaco - A Condominium," by an act passed before Guy W. Smith, N.P., on May 29, 2002, filed in the Conveyance Office of Orleans Parish as CIN 238695 on June 21, 2002 (NA# 2002-30820), together with undivided interests in and to the Common Elements of the Condominium of 10.33%, 6.44%, 23.84%, 18.73%, 3.4% and 14.95%, respectively; the Condominium relates to the following described property:

TWO CERTAIN LOTS OR PARCELS OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining,

situated in the Second District of the City of New Orleans, in Square 48 thereof, which square is bounded by Royal, St. Philip, Chartres and Dumaine Streets, designated as Lots 3 and 4 on a survey by Gilbert & Kelly dated June 23, 1953, redated July 13, 1968, and according thereto Lots 3 and 4 adjoin each other and are described as follows:

Lot 3 lies nearer to and commences 57 feet 9 inches 6 lines from the corner or Royal and Dumaine Streets and measures 27 feet 9 inches 4 lines front on Royal Street, a width in the rear of 27 feet 9 inches 0 lines, by a depth of 94 feet 5 inches 0 lines between equal lines;

Lot 4 adjoins Lot 3, commences 85 feet 7 inches 2 lines from the corner of Royal and Dumaine Streets and measurers 44 feet 9 inches 1 line front on Royal Street, the same in width in the rear, by a depth of 127 feet 10 inches 5 lines between equal and parallel lines;

together with the use of the alley fronting on Dumaine Street common to Lots 1, 2 and 3; the improvements thereon bear municipal numbers 910 Royal Street.

According to surveys by Gilbert Kelly & Couterié dated July 16, 1977, redated November 1, 1978, and S.Z.S. Consultants dated June 3, 1997, the lots are as above described except that the improvements bear municipal numbers 910 and 912 Royal Street.

The sale of the total interests in any and/or all of the Units is to be for such consideration and upon such terms and conditions as said agent and attorney-in-fact shall in her uncontrolled discretion, deem proper.

Said Appearer does further declare that he does hereby give and grant unto Appearer's agent and attorney-in-fact, full and complete power to borrow any sum of money on Appearer's behalf from any person, firm or corporation willing to lend same, and/or arrange for the extension or renewal of any indebtedness by Appearer.

Also Appearer does further declare that he does hereby give and grant unto Appearer's agent and attorney-in-fact, full and complete power to guarantee, on Appearer's behalf, the payment of any loan and/or endorse any promissory note of Appearer agent or Leeway Properties, Inc. given in connection with the above described property, or in connection with any loan or promissory note which his agent, in her absolute discretion, deems proper or advisable.

And in order to accomplish such purposes, or for any other purpose that said agent, in her absolute discretion, deems necessary and advisable, said agent is hereby authorized and empowered to execute and endorse, on behalf of Appearer, notes, in any amount(s), payable at such time, bearing such interest, and containing such terms, conditions and provisions, or give such guaranties as the agent in her absolute discretion, may deem necessary and advisable.

Appearer further declared that in order to secure the payment of said note or notes to be executed by said agent, she is hereby further authorized and empowered to appear before any Notary Public and execute an act of mortgage, act of collateral mortgage or other financial security agreement, in such form, and containing such terms and conditions as said agent in her discretion may deem necessary and advisable, including, but not limited to, a waiver of appraisement, the *pact de non alienando*, confession of judgment and the usual Louisiana security clauses, in favor of any person, firm or corporation, bearing upon and affecting the above described property.

3

Appearer further declares that he does hereby authorize said agent and attorney-in-fact to receive and receipt for the proceeds of any sale(s) or loan(s), to pay any and all fees, expenses and charges in connection therewith, to incorporate in said sale or mortgage such terms, conditions and agreement as said agent and attorney-in-fact shall deem necessary and proper in said agent and attorney-in-fact's sole and uncontrolled discretion, to sign all papers, documents and acts necessary in order to convey or mortgage Appearer's interest in the hereinabove described property, to receive and receipt for the proceeds from the sale(s) and/or loan(s), to authorize the Notary Public passing said act of sale to pay off, out of the proceeds to be received, any mortgage or other lien encumbering said property, to do any and all things said agent, in said agent's sole and uncontrolled discretion, deems necessary or proper in connection therewith.

Said Appearer does further declare that he does hereby give and grant unto Appearer's agent and attorney-in-fact full and complete power to perform any and all acts necessary and proper, in said agent's discretion, in order to complete said transactions, said Appearer hereby ratifying and approving each and every act of said agent, to the same extent and as fully and completely as if Appearer had been personally present.

THUS DONE AND PASSED in multiple originals in Los Angeles, California, on the day, month, and year herein first above written, in the presence of the undersigned witnesses, who hereunto sign their names with said Appearer and me, Notary, after reading of the whole.

WITNESSES:

_____

_____

PETER M. HOFFMAN
S.S. #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

_____
NOTARY PUBLIC
My commission expires on __11-21-07__

N:\DATA\M\23356014\Peter POA.wpd

State of California County of
__Los Angeles__
Subscribed and sworn to (or affirmed)
Before me on this __27__ day of __May__, 20__02__ by
__Peter M. Hoffman__
personally known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.
Signature __Ola Boykin__
(Seal)

OLA BOYKIN
Commission # 1446942
Notary Public - California
Los Angeles County
My Comm. Expires Nov 21, 2007

4