# EXHIBIT 13A

# ACORD COMMERCIAL INSURANCE APPLICATION — APPLICANT INFORMATION SECTION

DATE: 11/19/2009

**PRODUCER**
PHONE (A/C, No, Ext): (504)581-5353
FAX: (504)588-2954
J Everett Eaves Inc
650 Poydras Street
Suite 1500
New Orleans, LA 70130

CARRIER: 
NAIC CODE: 
UNDERWRITER: 

CODE:                    SUB CODE:
AGENCY CUSTOMER ID: 00001555

**POLICIES OR PROGRAM REQUESTED**

INDICATE SECTIONS ATTACHED:
- [X] PROPERTY
- [ ] GLASS AND SIGN
- [ ] ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- [ ] CRIME/MISCELLANEOUS CRIME
- [ ] TRANSPORTATION/MOTOR TRUCK CARGO
- [ ] EQUIPMENT FLOATER
- [ ] INSTALLATION/BUILDERS RISK
- [ ] ELECTRONIC DATA PROC
- [X] COMMERCIAL GENERAL LIABILITY
- [ ] BUSINESS AUTO
- [ ] TRUCKERS/MOTOR CARRIER
- [ ] GARAGE AND DEALERS
- [ ] VEHICLE SCHEDULE
- [ ] BOILER & MACHINERY
- [ ] WORKERS COMPENSATION
- [ ] UMBRELLA

**STATUS OF SUBMISSION**
- [X] QUOTE
- [ ] ISSUE POLICY
- [ ] BOUND (Give Date and/or Attach Copy):
DATE          TIME          AM / PM

**PACKAGE POLICY INFORMATION**
ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.
PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN (DIRECT BILL / [X] AGENCY BILL) | PAYMENT PLAN | AUDIT

## APPLICANT INFORMATION

NAME (First Named Insured & Other Named Insureds):
Peter M. Hoffman and Susan Hoffman

FEIN or SOC SEC #:
PHONE (A/C, No, Ext):

MAILING ADDRESS (incl. ZIP+4) of First Named Insured:
c/o Seven Arts Pictures, Inc
6121 West Sunset Blvd., Suite
Hollywood, CA 90028

- [X] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] CORPORATION
- [ ] JOINT VENTURE
- [ ] SUBCHAPTER "S" CORPORATION
- [ ] LIMITED CORPORATION
- [ ] NOT FOR PROFIT ORG
- CR BUREAU NAME: 
- ID NUMBER: 
- YEAR BUS STARTED:

INSPECTION CONTACT: Marcia Matthew   PHONE: (323)692-5010
ACCOUNTING RECORDS CONTACT: Marcia Matthew   PHONE: (323)692-5010

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| 00001 | 00001 | 900-902 Royal Street, New Orleans LA 70116 | [X] INSIDE / OUTSIDE | [X] OWNER / TENANT | 1800 | Entire |
| 00002 | 00001 | 904-906 Royal Street, New Orleans LA 70116 | [X] INSIDE / OUTSIDE | [X] OWNER / TENANT | 1850 | Entire |
| 00003 | 00001 | 910-912 Royal Street, New Orleans LA 70116 | [X] INSIDE / OUTSIDE | [X] OWNER / TENANT | 1850 | Entire |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

**See Attached**

## GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY OR DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X |
| 2. | IS A FORMAL SAFETY PROGRAM IN OPERATION? | X | |
| 3. | ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X |
| 4. | ANY CATASTROPHE EXPOSURE? | | X |
| 5. | ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. | ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? NOT APPLICABLE IN MO. | | X |
| 7. | ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 8. | DURING THE LAST TEN YEARS, HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In FL this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 9. | ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. | ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |

REMARKS:

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR; IN ME AND VA, INSURANCE BENEFITS MAY ALSO BE DENIED)

APPLICANT'S SIGNATURE: [signature]
PRODUCER'S SIGNATURE: Lena Lala / CK5   [signature: Lena A. Lala]

ACORD 125 (7/90)   PLEASE COMPLETE REVERSE SIDE   © ACORD

**EXHIBIT "41"**

**PRIOR CARRIER INFORMATION**

| LINE | CATEGORY | 07/2008-07/2009 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMERCIAL GENERAL LIABILITY | CARRIER | Western World | | | | | | | | | |
| | POLICY NUMBER | NPP1168796 | | | | | | | | | |
| | POLICY TYPE | CLAIMS MADE | X OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE |
| | RETRO DATE | | | | | | | | | | |
| | EFF-EXP DATE | 07/2008-07/2009 | | | | | | | | | |
| | GENERAL AGGREGATE | 2,000,000 | | | | | | | | | |
| | PRODUCTS COMP/OP AGGREGATE | 1,000,000 | | | | | | | | | |
| | PERSONAL & ADV INJ | 1,000,000 | | | | | | | | | |
| | EACH OCCURRENCE | 1,000,000 | | | | | | | | | |
| | FIRE DAMAGE | 50,000 | | | | | | | | | |
| | MEDICAL EXPENSE | 5,000 | | | | | | | | | |
| | BODILY INJURY OCCURRENCE / AGGREGATE | | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE / AGGREGATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | 1,599.00 | | | | | | | | | |
| AUTOMOBILE LIABILITY | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | BODILY INJURY EA PERSON / EA ACCIDENT | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| PROPERTY | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | SPC | | | | | | | | | |
| | EFF-EXP DATE | 07/2008-07/2009 | | | | | | | | | |
| | BUILDING AMT | 1,250,000 | | | | | | | | | |
| | PERS PROP AMT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | 13,150.00 | | | | | | | | | |
| | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |

**LOSS HISTORY**

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5Y. CHK HERE IF NONE ☐  SEE ATTACHED LOSS ☐

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | No known or reported loss | | | | RTN |
| | | Insured is attempting to secure loss | | | | OPEN |
| | | | | | | CLOSED |

REMARKS: NOTE FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

NOTICE OF INSURANCE INFORMATION PRACTICES
PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTION ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (7/98)

## ACORD PROPERTY SECTION

**DATE:** 11/19/2009

**PRODUCER**
PHONE (A/C, No, Ext): (504)581-5353
FAX: (504)588-2954
J Everett Eaves Inc
650 Poydras Street
Suite 1500
New Orleans, LA 70130

CODE: _____ SUB CODE: _____
AGENCY CUSTOMER ID:

**APPLICANT** (First Named Insured): Peter M. Hoffman and Susan Hoffman

EFFECTIVE DATE: _____ EXPIRATION DATE: _____
DIRECT BILL: _____ [X] AGENCY BILL
PAYMENT PLAN: _____ AUDIT: _____
FOR COMPANY USE ONLY

### PREMISES INFORMATION
PREMISES #: 00001  BUILDING #: 00001  STREET ADDRESS: 900-902 Royal Street

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|
| Building | 1,250,000 | 80RC | | SPECL | | 5,000 | 3% Wind/Hail Deductible |

### ADDITIONAL INFORMATION - BUSINESS INCOME/EXTRA EXPENSE

TYPE OF BUSINESS: NON MFG / MFG / MERC / % COINS
ORDINARY PAYROLL: EXCL / INCL / 90 DAYS / 180 DAYS / $____
POWER/HEAT: $____ / ELEC MEDIA / ORD OR LAW / DAYS
EXT PERIOD: ____ DAYS / NO PERIOD / DAYS / MAX PERIOD

**BUSINESS INCOME W/O EXTRA EXPENSE**
TUITION FEES: $____ / STUDENTS / OTHER ED SERVICES / COMM (DESCR BELOW)
OFF PREM POWER: POWER / WATER / COMM (DESCR BELOW)

**EXTRA EXPENSE**
DEPEND PROP: % COINS / CONT LOC / REC LOC / MFG LOC / LDR LOC (DESC BELOW)
EXTRA EXPENSE: ____ DAYS PERIOD RST
LMT LOSS PAY: ___ % ___ % ___ % ___ %

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT / FIRE STAT | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BSMTS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|
| Joisted masonry | FT ___ / ___ | | | 4 | 0 | 1800 | 6,800 |

**BUILDING IMPROVEMENTS**
WIRING, YR: ___ PLUMBING, YR: ___
ROOFING, YR: ___ HEATING, YR: ___
OTHER: ___

BLDG CODE GRADE: ___  TAX CODE: ___  ROOF TYPE: ___
WIND CLASS: RESISTIVE / SEMI-RESISTIVE / OTHER

OTHER OCCUPANCIES: ___
HEATING BOILER ON PREMISES? YES / NO
IF YES, IS INSURANCE PLACED ELSEWHERE? YES / NO

RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | CENTRAL STATION WITH KEYS |
|---|---|---|---|---|---|

BURGLAR ALARM INSTALLED AND SERVICED BY: ___
# GUARDS/WATCHMEN: ___  CLOCK HOURLY

PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO₂/Chemical Systems): ___
% SPRNK: ___  FIRE ALARM MANUFACTURER: ___
CENTRAL STATION / LOCAL GONG

### ADDITIONAL INTERESTS
RANK: ___ NAME AND ADDRESS: ___
INTEREST: LOSS PAYEE / MORTGAGEE
EVIDENCE: CERTIFICATE / POLICY
RANK: ___ NAME AND ADDRESS: ___
INTEREST: LOSS PAYEE / MORTGAGEE
EVIDENCE: CERTIFICATE / POLICY

### VALUE REPORTING INFORMATION
REPORTING FORM: PROVIDE AVERAGE VALUES FOR PAST 12 MONTHS
SUBJECT OF INSURANCE | PREMISES/BUILDING | ANY OTHER LOCATION DECLARED AT INCEPTION | ANY OTHER LOCATION ACQUIRED AFTER INCEPTION | PREMISES NOT OWNED OR ACQUIRED LMT

ACORD 140 (1/00)  ATTACH TO APPLICANT INFORMATION SECTION  © ACORD CORPORATION 1990

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | |

REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUBCONTRACTORS | % OF WORK SUBCONTRACTED | # FULL TIME STAFF | # PART TIME STAFF

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED ON NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | X | | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT | ACORD 45 attached for additional names

| INTEREST | RANK | NAME AND ADDRESS | REFERENCE # | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | LOCATION: BUILDING: |
| LOSS PAYEE | | | | | VEHICLE: BOAT: |
| MORTGAGEE | | | | | SCHEDULED ITEM NUMBER: |
| LIENHOLDER | | | | | OTHER |
| EMPLOYEE AS LESSOR | | | | | |
| | | ITEM DESCRIPTION: | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ACORD 126-S (1/97)    ATTACH TO APPLICANT INFORMATION SECTION

Peter M. Hoffman and Susan Hoffman
Applicant Information Supplemental Schedules                              11/19/2009
J Everett Eaves Inc

## Named Insureds

| Named Insured | Entity Type | Insured Type |
|---|---|---|
| Peter M. Hoffman and Susan Hoffman | Individual | First Named Insured |

## Contact Names

| Contact Name | Responsibility | Phone number ext |
|---|---|---|
| Marcia Matthew | Inspection | (323)692-5010 |
| Marcia Matthew | Accounting Records | (323)692-5010 |

## Premises Information

| Loc# | Bldg# | Address, County, City, State, Zip | City Limits | Interest | Year Built |
|---|---|---|---|---|---|
| 00003 | 00002 | 910-912 REAR Royal Street<br>New Orleans LA 70116 | Inside<br>Part Occupied/Description<br>Entire | Owner | |

## Nature of Business/Description of Operations

SSN #s: Peter Hoffman is:            /Susan Hoffman is:            900-902 Royal /1st floor Art Gallery/2,3 & 4th floor apartment/dwg(owner occupied by Mr.& Mrs.Susan Hoffman) )904-906 Royal-this is a condominium bldg that M/M Hoffman own (2)units within Unit D Apt-Unit D is currently occupied by a friend of M/M Hoffman /Unit E is occupied as exercise room/storage for Mr. & Mrs. Hoffman 910-912 Royal St.(Front)is a condominium bldg that M/M Hoffman own Units A,B,D,E,H A leased to art gallery/studio sq ft 15

## Loss History

| Date of Occurrence | Line | Type/Description of Occ/Claim runs /To the best of insured's knowledge no known or reported losses | Date of Claim | Amount Paid | Amount Reserved | Open/Closed |
|---|---|---|---|---|---|---|
| | | | | | | |