# EXHIBIT 13B

# Burns & Wilcox
## 40 Years of Excellence

3850 N. Causeway Blvd., Suite 1800, Metairie, LA 70002
Phone: (504) 838-9941 OR (800) 442-8621 Fax: (504) 834-3615

**DATE:** 11/24/2009

## INSURANCE BINDER

Page 1 of 2

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN BELOW.

**INSURED:** Peter M. Hoffman and Susan Hoffman
c/o Seven Arts Pictures, Inc.
6121 West Sunset Blvd
Suite 512
Hollywood, CA 90028

**B&W PRODUCER:** Traci L Barker
**AGENT:** J. Everett Eaves Inc
650 Poydras St Ste 1500
New Orleans, LA 70130

EXHIBIT "42"

**LOCATION(S) OF RISK:**
- #1: 900-902 Royal Street, New Orleans, LA 70116
- #2: 904-908 Royal Street, New Orleans, LA 70116
- #3: 910-912 Royal Street, New Orleans, LA 70116
- #4: 910-912 Royal Street (REAR), New Orleans, LA 70116

**POLICY EFFECTIVE FROM:** 11/23/09 AT 12:01 AM TO 11/23/10 AT 12:01 AM STD TIME AT RISK LOCATION.

**FORM OF COVERAGE:** COMMERCIAL GENERAL LIABILITY    OCCURRENCE
Apartments

**POLICY NO:** 9CG55344

**INSURER(S):**

| Line Of Business | Supplier(s) | Participation |
|---|---|---|
| COMMERCIAL GENERAL LIABILITY | American Empire Surplus Lines Insurance Company | 100.00 % |

**LIMITS / DEDUCTIBLES:**

| Loc Sub Coverage | Limit(s) | Deductible(s) | | Co Ins |
|---|---|---|---|---|
| General Aggregate | $2,000,000 | $500 | Per Claim BI/PD | |
| Each Occurrence | $1,000,000 | $500 | Per Claim BI/PD | |
| Personal and Advertising Injury | $1,000,000 | $500 | Per Claim BI/PD | |
| Medical Expense / Any One Person | $5,000 | | | |
| Damage to Premises Rented to You / Each Occurrence | $100,000 | | | |
| Products and Completed Operations | $2,000,000 | $500 | Per Claim BI/PD | |

**TOTAL CHARGES:**    100% MINIMUM & DEPOSIT

Premium: $ 850.00 Commercial General Liability
Fee: $ 150.00 Policy Fee (Fully Earned)
Tax: $ 50.00 Surplus Lines Tax - GenLiab

**TOTAL:** $ 1,050.00

**TERM MINIMUM PREMIUM:**
25.00 % EARNED
MINIMUM PREMIUM = $212.50

**EXCLUSIONS:**
Signed application and terrorism form
*Quote based on Codes:
61218 area 5150
60010 each 6

**ENDORSEMENTS:**