# EXHIBIT 14A

EXHIBIT

tabbies®

"47"

Case 2:09-mc-04814-JTM-DEK   Document 211-2   Filed 04/12/13   Page 28 of 43

# ACORD® COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

DATE (MM/DD/YYYY) 05/24/2010

| AGENCY | CARRIER | NAIC CODE: | UNDERWRITER | UNDERWRITER OFF. |
|---|---|---|---|---|

**AGENCY:** J Everett Eaves Inc / 650 Poydras Street / Suite 1500 / New Orleans, LA 70130

**POLICIES OR PROGRAM REQUESTED**

**POLICY NUMBER:** 2010 PROPERTY

PHONE (A/C, No, Ext): 504.581.5353
FAX (A/C, No): 504.588.2954
E-MAIL ADDRESS:

CODE: _____ SUB CODE: _____
AGENCY CUSTOMER ID: 00001555

**INDICATE SECTIONS ATTACHED**

| | |
|---|---|
| | ACCOUNTS RECEIVABLE/VALUABLE PAPERS |
| | BOILER & MACHINERY |
| | BUSINESS AUTO |
| | COMMERCIAL GENERAL LIABILITY |
| | CRIME/MISCELLANEOUS CRIME |
| | DEALERS |
| | DRIVER INFO SCHEDULE |
| | ELECTRONIC DATA PROC |
| | EQUIPMENT FLOATER |
| | GARAGE AND DEALERS |
| | GLASS AND SIGN |
| | INSTALLATION/BUILDERS RISK |
| | OPEN CARGO |
| X | PROPERTY |
| | TRANSPORTATION/MOTOR TRUCK CARGO |
| | TRUCKERS/MOTOR CARRIER |
| | UMBRELLA |
| | VEHICLE SCHEDULE |
| | WORKERS COMPENSATION |
| | YACHT |

## STATUS OF TRANSACTION

| | | | | |
|---|---|---|---|---|
| X QUOTE | ISSUE POLICY | RENEW | | |
| BOUND (Give Date and/or Attach Copy): | | | | |
| CHANGE | DATE | TIME | X AM | PM |
| CANCEL | 05/28/2010 | 12:01 | | |

## PACKAGE POLICY INFORMATION

ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 6-4-2010 | 6-4-2011 | DIRECT BILL | | |
| | | AGENCY BILL | PACKAGE POLICY PREMIUM: $ | |

## APPLICANT INFORMATION

**NAME (First Named Insured & Other Named Insured/s):**
Peter M. Hoffman and Susan Hoffman

**MAILING ADDRESS INCL ZIP+4 (of First Named Insured):**
c/o Seven Arts Pictures, Inc
6121 West Sunset Blvd. Suite 51
Hollywood, CA 90028

| FEIN OR SOC SEC # (First Named Insured) | 29-0422258 | PHONE (A/C, No, Ext): |
|---|---|---|

E-MAIL ADDRESS:
WEBSITE ADDRESS(ES):

| X | INDIVIDUAL | CORPORATION | SUBCHAPTER "S" CORPORATION | LLC NO. OF MEMBERS AND MANAGERS | CR BUREAU NAME: | DATE BUS STARTED |
|---|---|---|---|---|---|---|
| | PARTNERSHIP | JOINT VENTURE | NOT FOR PROFIT ORG | | ID NUMBER: | |

INSPECTION CONTACT: Marcia Matthew
PHONE (A/C, No, Ext): 323.692.5010
E-MAIL ADDRESS:

ACCOUNTING RECORDS CONTACT: Marcia Matthew
PHONE (A/C, No, Ext): 323.692.5010
E-MAIL ADDRESS:

## PREMISES INFORMATION
ACORD 823 attached for additional premises

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| 00001 | 00001 | 900-902 Royal Street / New Orleans LA 70116 | X INSIDE / OUTSIDE | X OWNER / TENANT | 1800 | | | Entire |
| 00002 | 00001 | 904-906 Royal Street / New Orleans LA 70116 | X INSIDE / OUTSIDE | X OWNER / TENANT | 1850 | | | Entire |
| 00003 | 00001 | 910-912 Royal Street / New Orleans LA 70116 | X INSIDE / OUTSIDE | X OWNER / TENANT | 1850 | | | Entire |
| 00003 | 00002 | 910-912 REAR Royal Street / New Orleans LA 70116 | X INSIDE / OUTSIDE | X OWNER / TENANT | | | | Entire |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

SSN #s: Peter Hoffman is: ████████ /Susan Hoffman is: ████████ 900-902 Royal /1st floor Art Gallery/2,3 & 4th floor apartment/dwg(owner occupied by Mr.& Mrs.Susan Hoffman) )904-906 Royal-this is a condominium bldg that M/M Hoffman own (2)units within Unit D Apt-Unit D is currently occupied by a friend of M/M Hoffman /Unit E is occupied as exercise room/storage for Mr. & Mrs. Hoffman 910-912 Royal St.(Front)is a condominium bldg that M/M Hoffman own Units A,B,D,E,H A leased to art gallery/studio sq ft 15

© ACORD CORPORATION 1993-2007. All rights reserved.
The ACORD name and logo are registered marks of ACORD

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | Y/N |
|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY ? | N |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | N |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | N |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | N |
| 4. ANY CATASTROPHIC EXPOSURE? | N |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | N |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR THREE (3) YEARS? (Not applicable in MO) | N |
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | N |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | N |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | N |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST FIVE (5) YEARS? | N |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF "YES", NAME OF TRUST: | N |
| 12. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA, OR US PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES? (If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 816 for Property Exposure) | N |

REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES - PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING AN FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, FL, HI, MA, NE, OH, OK, OR, or VT; In DC, LA, ME, TN, VA and WA, insurance benefits may also be denied) IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND REPRESENTS THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE REPRESENTS THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| PRODUCER'S SIGNATURE Everett AVES, INC | PRODUCER'S NAME (Please Print) Lena LaTa | NATIONAL PRODUCER NUMBER |
|---|---|---|
| Lena LaLa 6/4/10 | | |
| APPLICANT'S SIGNATURE Marcia Matthews on behalf of Peter & Susan Hoffman | | DATE 6/3/2010 |

ACORD 125 (2007/05)                     Page 2 of 3

Case 2:09-mc-04814-JTM-DEK Document 211-9 Filed 04/8/22 Entered 04/8/22 43:97:23 Exhibit 14A Insurance
Application Page 4 of 7

Case 2:09-mc-04814-JTM-DEK Document 211-2 Filed 04/12/13 Page 30 of 43

PRIOR CARRIER INFORMATION

| LINE | | CATEGORY | 2009 | | | 2008 | | | | | | | | | | |
|------|--|----------|------|--|--|------|--|--|--|--|--|--|--|--|--|--|
| | | CARRIER | American Empire | | | Western World | | | | | | | | | | |
| | | POLICY NUMBER | 9CG55344 | | | NPP1168796 | | | | | | | | | | |
| | | POLICY TYPE | CLAIM MADE | X | OCCURRENCE | CLAIM MADE | X | OCCURRENCE | CLAIM MADE | | OCCURRENCE | CLAIM MADE | | OCCURRENCE | CLAIM MADE | | OCCURRENCE |
| | | RETRO DATE | | | | | | | | | | | | | | |
| GENERAL LIABILITY | | EFF-EXP DATE | 11/23/09-3/19/10 | | | 07/2008-07/2009 | | | | | | | | | | |
| | GENERAL AGGREGATE | | 2,000,000 | | | 2,000,000 | | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | 1,000,000 | | | 1,000,000 | | | | | | | | | | |
| | PERSONAL & ADV INJ | | 1,000,000 | | | 1,000,000 | | | | | | | | | | |
| | EACH OCCURRENCE | | 1,000,000 | | | 1,000,000 | | | | | | | | | | |
| | FIRE DAMAGE | | 50,000 | | | 50,000 | | | | | | | | | | |
| | MEDICAL EXPENSE | | 5,000 | | | 5,000 | | | | | | | | | | |
| | BODILY INJURY | OCCURRENCE | | | | | | | | | | | | | | |
| | | AGGREGATE | | | | | | | | | | | | | | |
| | PROPERTY DAMAGE | OCCURRENCE | | | | | | | | | | | | | | |
| | | AGGREGATE | | | | | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | | | | | |
| | TOTAL PREMIUM | | $501.90 | | | $1,599.00 | | | | | | | | | | |
| AUTOMOBILE LIABILITY | | CARRIER | | | | | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | | | | | |
| | | EFF-EXP DATE | | | | | | | | | | | | | | |
| | | COMBINED SINGLE LIMIT | | | | | | | | | | | | | | |
| | BODILY INJURY | EA PERSON | | | | | | | | | | | | | | |
| | | EA ACCIDENT | | | | | | | | | | | | | | |
| | | PROPERTY DAMAGE | | | | | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | | | | | |
| PROPERTY | | CARRIER | Lloyds of London | | | | | | | | | | | | |
| | | POLICY NUMBER | 355040 | | | | | | | | | | | | |
| | | POLICY TYPE | Special | | | Special | | | | | | | | | | |
| | | EFF-EXP DATE | 11/23/09-3/19/10 | | | 07/2008-07/2009 | | | | | | | | | | |
| | BUILDING | AMT | 1,250,000 | | | 1,250,000 | | | | | | | | | | |
| | PERS PROP | AMT | | | | | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | | | | | |
| | | TOTAL PREMIUM | | $5,381.25 | | | $13,150.00 | | | | | | | | | | |
| | | CARRIER | | | | | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | | | | | |
| | | EFF-EXP DATE | | | | | | | | | | | | | | |
| | | LIMIT | | | | | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | | | | | |

LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN CA). [CHECK HERE IF NONE] [SEE ATTACHED LOSS SUMMARY]

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS OPEN/CLSD |
|--|--|--|--|--|--|--|
| | | No known or reported loss | | | | |
| | | Insured is attempting to secure loss | | | | |
| | | runs /To the best of insured's | | | | |
| | | knowledge no known or reported loss | | | | |

REMARKS    NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS
STATE SUPPLEMENT(S) (if applicable)

Case 2:09-mc-04814-JTM-DEK   Document 211-2   Filed 04/12/13   Exhibit 14-A Insurance
Application Page 5 of 7

Peter M. Hoffman and Susan Hoffman

**Applicant Information Supplemental Schedules**                    05/24/2010
**J Everett Eaves Inc**

## Named Insureds

**Named Insured**                   **Entity Type**            **Insured Type**
Peter M. Hoffman and Susan Hoffman   Individual                 First Named Insured

## Contact Names

**Contact Name**                    **Responsibility**         **Phone number ext**
Marcia Matthew                      Inspection                 323.692.5010

Marcia Matthew                      Accounting Records         323.692.5010

**ACORD** **PROPERTY SECTION**

DATE (MM/DD/YYYY)
05/24/2010

| AGENCY | | APPLICANT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PHONE** (A/C, No, Ext): 504.581.5353 | | (First Named Insured) | Peter M. Hoffman and Susan Hoffman | | | | | |
| **FAX** (A/C, No): 504.588.2954 | | | | | | | | |
| J Everett Eaves Inc | | EFFECTIVE DATE | EXPIRATION DATE | DIRECT BILL | | PAYMENT PLAN | | AUDIT |
| 650 Poydras Street | | 6-4-2010 | 6-4-2011 | AGENCY BILL | | | | |
| Suite 1500 | | FOR COMPANY USE ONLY | | | | | | |
| New Orleans, LA 70130 | | | | | | | | |
| CODE: | SUB CODE: | | | | | | | |
| AGENCY CUSTOMER ID: 0000I555 | | | | | | | | |

| | | PREMISES #: 00001 STREET ADDRESS: 900-902 Royal Street | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **PREMISES INFORMATION** | | BUILDING #: 00001 BLDG DESCRIPTION: Art Gallery /residential | | | | | | | | |
| **SUBJECT OF INSURANCE** | AMOUNT | COINS % | VALUATION / RATION | CAUSES OF LOSS | INFLATION GUARD % | DED | BLK/Y | FORMS AND CONDITIONS TO APPLY | | |
| Building | 1,250,000 | 80 | RC | SPECL | | 5,000 | | 3% Wind/Hail Ded s/t $5,000 min, $25,000 all other wind | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| ADDITIONAL INFORMATION | | BUSINESS INCOME / EXTRA EXPENSE - Attach ACORD 810 | | | | VALUE REPORTING INFORMATION - Attach ACORD 811 | | | | |

**ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION**

| SPOILAGE COVERAGE (Y/N) [N] | DESCRIPTION OF PROPERTY COVERED | | LIMIT $ | | DEDUCTIBLE $ | | REFRIG MAINT AGREEMENT (Y/N) | OPTIONS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

# OF OPEN SIDES ON STRUCTURE:

| CONSTRUCTION TYPE | | DISTANCE TO | | FIRE DISTRICT/CODE NUMBER | | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | HYDRANT FT | FIRE STAT MI | | | | | | | |
| Joisted masonry | | | | | | 4 | 0 | 1800 | | 6,800 |
| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | | OTHER OCCUPANCIES | | | | |
| [X] WIRING, YR: 2004 | [X] PLUMBING, YR: 2004 | | | | | | | | | |
| [X] ROOFING, YR: 2004 | [X] HEATING, YR: 2004 | WIND CLASS | | SEMI-RESISTIVE | | HEATING BOILER ON PREMISES? (Y/N) | | | | |
| OTHER: | Y/R: | RESISTIVE | | | | IF YES, IS INSURANCE PLACED ELSEWHERE? (Y/N) | | | | |
| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | | | FRONT EXPOSURE & DISTANCE | | REAR EXPOSURE & DISTANCE | | | | |
| | | | | | | | | | | |
| BURGLAR ALARM TYPE | | | CERTIFICATE # | | | | EXPIRATION DATE | | CENTRAL STATION WITH KEYS | |
| BURGLAR ALARM INSTALLED AND SERVICED BY | | | | EXTENT | | GRADE | # GUARDS/WATCHMEN | | CLOCK HOURLY | |
| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2/Chemical Systems) | | | | % SPRNK | FIRE ALARM MANUFACTURER | | | | CENTRAL STATION LOCAL GONG | |

**ADDITIONAL INTERESTS**

| RANK: | NAME AND ADDRESS: | | REFERENCE #: | | | CERTIFICATE REQUIRED | | INTEREST IN ITEM NUMBER: | |
|---|---|---|---|---|---|---|---|---|---|
| INTEREST | | | | | | | LOCATION: | BUILDING: | |
| LOSS PAYEE MORT- GAGEE | | | | | | | SCHEDULED ITEM NUMBER: | | |
| | | | | | | | OTHER: | | |
| | ITEM DESCRIPTION: | | | | | | | | |

ACORD 140 (2007/06) ATTACH TO ACORD 125 © ACORD CORPORATION 1986-2007. All rights reserved.
The ACORD name and logo are registered marks of ACORD

| ACORD® ADDITIONAL INTEREST | | | | | | DATE (MM/DD/YY)<br>05/24/2010 |
|---|---|---|---|---|---|---|
| PRODUCER PHONE,EXT: 504.581.5353<br>FAX 504.588.2954 | | | APPLICANT (First Named Insured)<br>Peter M. Hoffman and Susan Hoffman | | PHONE<br>(A/C, No, Ext: | |
| J Everett Eaves Inc<br>650 Poydras Street<br>Suite 1500<br>New Orleans, LA 70130 | | | | | | |
| | | | EFFECTIVE DATE | EXPIRATION DATE | CO/PLAN | |
| CODE: | SUB CODE: | | 05/28/2010 | 05/28/2011 | Property Section | |
| AGENCY CUSTOMER ID<br>00001555 | | | POLICY NUMBER: 2010 PROPERTY<br>ACCOUNT NUMBER: | | | |
| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
| ADDITIONAL INSURED<br>LOSS PAYEE<br>MORTGAGEE<br>LIENHOLDER<br>EMPLOYEE AS LESSOR | | Hancock Bank<br>P O Box 4020<br>Gulfport, MS 39502 | | | | LOCATION: BLNKT BUILDING:<br>VEHICLE: BOAT:<br>SCHEDULED ITEM NUMBER:<br>OTHER |
| | | ITEM DESCRIPTION: | | | | |
| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
| ADDITIONAL INSURED<br>LOSS PAYEE<br>MORTGAGEE<br>LIENHOLDER<br>EMPLOYEE AS LESSOR | | | | | | LOCATION: BUILDING:<br>VEHICLE: BOAT:<br>SCHEDULED ITEM NUMBER:<br>OTHER |
| | | ITEM DESCRIPTION: | | | | |
| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
| ADDITIONAL INSURED<br>LOSS PAYEE<br>MORTGAGEE<br>LIENHOLDER<br>EMPLOYEE AS LESSOR | | | | | | LOCATION: BUILDING:<br>VEHICLE: BOAT:<br>SCHEDULED ITEM NUMBER:<br>OTHER |
| | | ITEM DESCRIPTION: | | | | |
| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
| ADDITIONAL INSURED<br>LOSS PAYEE<br>MORTGAGEE<br>LIENHOLDER<br>EMPLOYEE AS LESSOR | | | | | | LOCATION: BUILDING:<br>VEHICLE: BOAT:<br>SCHEDULED ITEM NUMBER:<br>OTHER |
| | | ITEM DESCRIPTION: | | | | |
| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
| ADDITIONAL INSURED<br>LOSS PAYEE<br>MORTGAGEE<br>LIENHOLDER<br>EMPLOYEE AS LESSOR | | | | | | LOCATION: BUILDING:<br>VEHICLE: BOAT:<br>SCHEDULED ITEM NUMBER:<br>OTHER |
| | | ITEM DESCRIPTION: | | | | |
| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
| ADDITIONAL INSURED<br>LOSS PAYEE<br>MORTGAGEE<br>LIENHOLDER<br>EMPLOYEE AS LESSOR | | | | | | LOCATION: BUILDING:<br>VEHICLE: BOAT:<br>SCHEDULED ITEM NUMBER:<br>OTHER |
| | | ITEM DESCRIPTION: | | | | |
| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
| ADDITIONAL INSURED<br>LOSS PAYEE<br>MORTGAGEE<br>LIENHOLDER<br>EMPLOYEE AS LESSOR | | | | | | LOCATION: BUILDING:<br>VEHICLE: BOAT:<br>SCHEDULED ITEM NUMBER:<br>OTHER |
| | | ITEM DESCRIPTION: | | | | |

ACORD 45 (2010/01) © ACORD CORPORATION 2010