# EXHIBIT 14B

**EXHIBIT "48"**

# Burns & Wilcox
## 40 Years of Excellence

3850 N. Causeway Blvd., Suite 1800, Metairie, LA 70002
Phone: (504) 838-9941 OR (800) 442-8621 Fax: (504) 834-3615

DATE: 6/9/2010

## INSURANCE BINDER

Page 1 of 2

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN BELOW.

**INSURED:** Peter M. Hoffman and Susan Hoffman
c/o Seven Arts Pictures, Inc.
6121 West Sunset Blvd
Suite 512
Hollywood, CA 90028

**B&W PRODUCER:** Traci B Simmons
**AGENT:** J. Everett Eaves Inc
650 Poydras St Ste 1500
New Orleans, LA 70130

**LOCATION(S) OF RISK:**
#1: 900-902 Royal Street, New Orleans, LA 70116

**POLICY EFFECTIVE FROM:** 06/04/10 AT 12:01 AM TO 06/04/11 AT 12:01 AM STD TIME AT RISK LOCATION.

**FORM OF COVERAGE:** COMMERCIAL PROPERTY        OCCURRENCE
Apartments

**POLICY NO:** 405382

**INSURER(S):**

| Line Of Business | Supplier(s) | Participation |
|---|---|---|
| COMMERCIAL PROPERTY | Certain Underwriters at Lloyds | 100.00 % |

**LIMITS / DEDUCTIBLES:**

| Loc | Sub Coverage | Limit(s) | Deductible(s) | | Co Ins |
|---|---|---|---|---|---|
| 1 | Building-Special-RCC | $1,250,000 | $5,000 | Per Occurrence | 80% |
| 1 | Named Storms Deductible | Included w/Limits | 3 | % of Limit | |
| 1 | Wind and Hail | Included w/Limits | $25,000 | Per Occurrence | |

**TOTAL CHARGES:**
Premium: $ 12,500.00 Commercial Property
Fee:     $    350.00 Policy Fee (Fully Earned)
Tax:     $    642.50 Surplus Lines Tax - Property

**TOTAL:** $ 13,492.50

**100% MINIMUM & DEPOSIT**
TERM MINIMUM PREMIUM:
25.00 % EARNED
MINIMUM PREMIUM = $3,125.00

**EXCLUSIONS:**

B&W55 (03/05) Fungi, Spores, Bacteria or Viruses Excl, CP1032 (08/08) Endorsement to Policy Form Flood/Water Excl, IL0935 (07/02) Computer Related Losses Exclusion, BW2000 (04/03) Mandatory Exclusions and Explanations Incorporating: Vacancy or Unoccupancy Statement, Minimum Earned Premium, Flat Deductible, Cancellation Clause, Contaminants, Fungi, and Infestation Exclusion, Seepage and/or Pollution and/or Contamination Exclusion, Land, Water, and Air Exclusion, War and Civil Exclusion Clause, Terrorism Exclusion Endorsement, Biological or Chemical Materials Exclusion, Radioactive Contamination Exclusion Clause, Occurrence Definition, Fully Earned Premium, Actual Cash Value, Several Liability Notice.

**ENDORSEMENTS:**

SOFAE (02/05) Schedule of Forms, LPG1 (10/95) Lloyds Policy Jacket, LLOYDS1A (09/98), Certificate of Insurance, LLOYDS1B (10/93) Commercial Policy Cov Part, BW-1-PTY Commercial Property Coverage Part - Supplemental Declarations, CP0010 (04/02) Building & Personal Property Form (NOT BLANKET), CP0090 (07/88) Commercial Property Conditions, IL0017 (11/98) Common Policy Conditions, BW26 (04/07) Minimum Earned Premium, CP0299 (11/85) Cancellation Changes, LMA5021 (9/05) Applicable Law (U.S.A.)

**CONDITIONS:**

Signed Application; Acceptable Inspection; No Known Loss Letter [from 03/19/10 to date of binding]

**\*\*WIND DEDUCTIBLE IS 3% NAMED STORM WITH A $25,000 ALL OTHER WIND AND A $5,000 MINIMUM\*\***

**PLEASE REVIEW THIS BINDER CAREFULLY AS IT MAY DIFFER FROM COVERAGES AND LIMITS REQUESTED.**

THIS COMPANY BINDS THE KIND(S) OF INSURANCE STIPULATED HEREIN. THE ABOVE COVERAGES ARE THE ONLY COVERAGES BOUND. ANY COVERAGE REQUESTED IN THE APPLICATION THAT DIFFERS FROM THE ABOVE IS NOT INCLUDED. THE INSURANCE IS SUBJECT TO

Case 2:09-mc-04814-JTM-DEK   Document 211-2   Filed 04/12/13   Page 35 of 43



**Burns & Wilcox**
*40 Years of Excellence*

3850 N. Causeway Blvd., Suite 1800, Metairie, LA 70002
Phone: (504) 838-9941 OR (800) 442-8621   Fax: (504) 834-3615

DATE: 6/9/2010                    **INSURANCE BINDER**                    Page 2 of 2

ANY COVERAGE REQUESTED IN THE APPLICATION THAT DIFFERS FROM THE ABOVE IS NOT INCLUDED. THE INSURANCE IS SUBJECT TO THE TERMS, CONDITIONS, LIMITATIONS, AND FORMS OF THE POLICY(S) IN CURRENT USE BY THE COMPANY. THIS BINDER IS CANCELLED SIXTY (60) DAYS FROM THE EFFECTIVE DATE OR WHEN REPLACED BY A POLICY, WHICHEVER COMES FIRST.

THE AGENT MUST READ THIS CERTIFICATE AND IF NOT CORRECT RETURN IT IMMEDIATELY TO BURNS & WILCOX, LTD.

BY: A. GARY BATTEN, Authorized Representative