# EXHIBIT 15

**Shelton, Leslie M.**

| | |
|---|---|
| From: | Sherri Wright [swright@awsinc.com] |
| Sent: | Friday, May 25, 2012 11:13 AM |
| To: | Shelton, Leslie M. |
| Cc: | Sherri Wright; Frank "Buster" Seeling |
| Subject: | RE: CPS1520720 PETER M. HOFFMAN AND SUSAN HOFFMAN |

**EXHIBIT "59B"**

Leslie,

The inspection would benefit my insured as it would lower the exposure amounts, however the layout is below.
The inspection may be counted each building with each floor as an apartment vs. breaking it out how we did.

I am not sure who to talk to get down to the details but just let me know.

Peter M. Hoffman and Susan Hoffman

900-902 Royal Street – complete ownership by Peter & Susan no condo or homeowners association involvement. This is a 4 story building. The first floor is rented out LRO to Jack's Gallery 1900 sq ft. The 2nd, 3rd, & 4th floors are all Susan's apartments. The 2nd and 3rd floor are more for show and the 4th floor is her primary dwelling.

GL – LRO Area 1900 sq ft & 3 Residential units

904-906 Royal Street – 1st floor and 4th floor are owned by Peter & Susan. The 1st floor is occupied as Susan's personal gym 500 sq ft. The 4th floor is rented out as an apartment.

GL – 2 Residential units

910-912 Royal Street – 1st floor and 4th floor are owned by Peter & Susan. The 1st floor is occupied as Susan's laundry room & storage. The 4th floor is rented out as an apartment.

GL – 2 Residential units

**Sherri L. Wright**
Commercial Lines Customer Account Manager

*Insurance . Risk Management . Benefits*
*"MAKING A DIFFERENCE"*

Aparicio, Walker and Seeling, Inc.
OFF: 504-883-4111 ext. 2257
FAX: 504-883-4100

5/25/2012