# EXHIBIT 16



**WRIGHT** Flood

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL99.001 0519
3614018
8/02/19
2000 11523 FLD PREF

## FLOOD DECLARATIONS PAGE
### RENEWAL

| Policy Number | NFIP Policy Number | Product Type: Preferred Risk Policy | | |
|---|---|---|---|---|
| 65 06 | 2465 | Dwelling Form | | |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 8/02/19 To: 8/02/20 12:01 am Standard Time | 08/02/2019 | 0733093 | 65 05 |

Agent (504)581-3334
GILLIS ELLIS & BAKER INC
1615 POYDRAS ST STE 700
NEW ORLEANS LA 70112-1298

PETER HOFFMAN
SUSAN HOFFMAN
900 ROYAL ST
NEW ORLEANS LA 70116-2702

Property Location (if other than above):
900-902 ROYAL ST, NEW ORLEANS LA 70116

Address may have been changed in accordance with USPS standards.

### Rating Information

Original New Business Effective Date: 8/02/2013
Flood Risk/Rated Zone: X
Grandfathered: No

Building Occupancy: Single Family
Primary Residence: Y
Condo Type: Unit
Community #: 225203    Map Panel/Suffix: 0229 F
Community Rating:    Program Status: Regular
Community Name: NEW ORLEANS/ORLEANS PARISH

Number of Floors: 3 or more
Building Indicator: Non-Elevated
Basement/Enclosure/Crawlspace:
No Basement

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $250,000 | $1,250 | $370.00 |
| CONTENTS | $100,000 | $1,250 | $0.00 |
| | | ANNUAL SUBTOTAL: | $370.00 |
| | | DEDUCTIBLE DISCOUNT/SURCHARGE: | $0.00 |
| | | ICC PREMIUM: | $0.00 |
| | | COMMUNITY RATING DISCOUNT: | $0.00 |
| | | SUB-TOTAL: | $370.00 |
| | | RESERVE FUND ASSESSMENT: | $56.00 |
| | | PROBATION SURCHARGE: | $0.00 |
| | | FEDERAL POLICY SERVICE FEE: | $25.00 |
| | | HFIAA SURCHARGE: | $25.00 |
| | | TOTAL WRITTEN PREMIUM AND FEES: | $476.00 |

**THIS IS NOT A BILL**

**DEAR MORTGAGEE**
The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.

The above message applies only when there is a mortgagee on the insured location.

Premium Paid by: First Mortgagee

### Special Provisions

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Please refer to the policy for complete terms, conditions, and exclusions. A full, digital copy of your flood policy form is available at www.wrightflood.com/policyforms.html. The form which applies to your policy coverage is: Dwelling Form

Includes Addition and Extension

### Forms and Endorsements

WFL 99.414 1117 1117    FTL 99.310 1012 1010    WFL 99.116 0614 0614

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President

07330931711510524651921402    00000    03193

Insured

