# EXHIBIT 17

Case 2:10-cv-03872 Doc 13-23 Filed 04/8/2/20 Entered 04/8/2/20 14:39:13 Exhibit 17. Unanimous Written Consent Page 2 of 2

Case 2:09-mc-04814-JTM-DEK   Document 182-13   Filed 02/11/13   Page 31 of 39

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF LEEWAY PROPERTIES, INC.

The undersigned, constituting the entire board of directors of Leeway Properties, Inc, a Louisiana corporation, unanimously adopt the following resolution without the necessity of a meeting of the board, pursuant to LA. R.S. § 12:81C.(9), effective immediately:

"BE IT RESOLVED, that Susan H. Hoffman, president, is duly authorized in the name and on behalf of Leeway Properties, Inc. (the "corporation") to borrow such sums of money, from such lenders, and on such terms, as she deems advisable; to secure payment of such loans, by granting mortgages on any and all property owned by this corporation, for such amounts and on such terms and conditions as she in her sole discretion may determine; with full authority on her part to sign and execute any act, containing such clauses, stipulations and obligations as she may deem advisable; to receive and receipt the proceeds of any loan; to guarantee the payment of any loans made to its stockholders Susan and Peter Hoffman; with further authority to sign and execute any and all documents, promissory notes, guaranties, mortgage notes, building contracts, necessary or advisable to carry out fully the foregoing objects and purposes of this resolution.:

THUS DONE AND SIGNED, as of this 15th day of March, 2007.

_____
Susan H. Hoffman, Director

_____
Peter M. Hoffman, Director

_____
Guy W. Smith, Director.