# EXHIBIT 18

Case 19-01372 Doc 122-4 Filed 04/8/20 Entered 04/8/20 14:97:23 Exhibit 18 Badman Balance Sheet Page 1 of 4

Case 2:11-cv-01994-JTM-DEK  Document 20-19  Filed 11/15/11  Page 1 of 10

3:44 PM
03/24/10
Accrual Basis

# Peter Hoffman
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| CNB Checking | -181.14 |
| **Total Checking/Savings** | -181.14 |
| | |
| **Other Current Assets** | |
| Due to-from SFAE/INC/SAPLOU | 2,140.00 |
| Loans Receivable - Tony Hickox | 500.00 |
| Due from SAFE | -17,915.59 |
| Due to/from Miltonberger | 600.00 |
| Due to/from Princess of Monaco | 600.00 |
| **Total Other Current Assets** | -14,075.59 |
| | |
| **Total Current Assets** | -14,256.73 |
| | |
| **Fixed Assets** | |
| Fine Art & Jewelry | 100,000.00 |
| **Florida Property** | |
| 14708 Canalview Drive Del Ray | 124,000.00 |
| **Total Florida Property** | 124,000.00 |
| | |
| **Los Angeles Property** | |
| Furnishings/Antiques | 267,371.39 |
| Queensroad Residence | 2,300,000.00 |
| **Total Los Angeles Property** | 2,567,371.39 |
| | |
| **Total Fixed Assets** | 2,791,371.39 |
| | |
| **Other Assets** | |
| Pool Boy The Movie Investment | 70.00 |
| Leeway Investment | 2,880,383.48 |
| **Life Insurance Face Value** | |
| Policy 12402571 | 116,479.39 |
| Policy 15202084 | 22,511.00 |
| **Total Life Insurance Face Value** | 138,990.39 |
| | |
| **Loans Receivable** | |
| 7 Arts Pictures | 215,000.00 |
| Cassia Hoffman | 2,540.00 |
| Kate Hoffman | 9,735.85 |
| Loans Receivable - Other | 2,500.00 |
| **Total Loans Receivable** | 229,775.85 |
| | |
| **Retirement Accounts** | |

3:44 PM
03/24/10
Accrual Basis

# Peter Hoffman
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---|
| Florida Property Loans |  |
|   14708 Canalview Drive A | 185,523.63 |
| Total Florida Property Loans | 185,523.63 |
|  |  |
| Los Angeles Property Loans |  |
|   Queens Road First Mortgage | 1,039,007.90 |
|   Queensroad Equity Line | 500,000.00 |
| Total Los Angeles Property Loans | 1,539,007.90 |
|  |  |
| Total Long Term Liabilities | 1,763,823.12 |
|  |  |
| **Total Liabilities** | **4,512,039.98** |
|  |  |
| Equity |  |
|   Net Worth | 3,179,886.90 |
|   Net Income | -478,971.99 |
| Total Equity | 2,700,914.91 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | **7,212,954.89** |

3:44 PM
03/24/10
Accrual Basis

# Peter Hoffman
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **GHP 401K** | |
| CineVisions Retirement Plan Tru | 719,079.98 |
| Loan | -719,000.00 |
| **Total GHP 401K** | 79.98 |
| | |
| Peter WM IRA 22008201 | 16,132.53 |
| **Total Retirement Accounts** | 16,212.51 |
| | |
| **Stocks** | |
| 7 Arts | 1,170,408.00 |
| **Total Stocks** | 1,170,408.00 |
| | |
| **Total Other Assets** | 4,435,840.23 |
| | |
| **TOTAL ASSETS** | 7,212,954.89 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 178,674.92 |
| **Total Accounts Payable** | 178,674.92 |
| | |
| **Credit Cards** | |
| B of A Elite Rewards MC (-4246) | 3,290.01 |
| Citi Advantage Mastercard -0263 | 6,651.37 |
| City National Bank Visa -8044 | 8,314.24 |
| Neiman Marcus -28823 6 | 2,122.28 |
| American Express Platinum -4008 | 2,495.48 |
| **Total Credit Cards** | 22,873.38 |
| | |
| **Other Current Liabilities** | |
| Due to SAFE | 150,149.25 |
| Due to/from SAPLOU | 159,938.34 |
| Due to-from Leeway Properties | 689,002.30 |
| Due to/from 7 Arts | 1,507,654.25 |
| Due to-from Tatyana Kanavka | 39,924.42 |
| **Total Other Current Liabilities** | 2,546,668.56 |
| | |
| **Total Current Liabilities** | 2,748,216.86 |
| | |
| **Long Term Liabilities** | |
| **Education Loans** | |
| Consolidated Student Loans | 39,291.59 |
| **Total Education Loans** | 39,291.59 |