# EXHIBIT 19A

LPI04 11/03/2009 12:15 PM
CIFT-620SD (1/09) 7322
**Louisiana Department of Revenue**
Post Office Box 91011
Baton Rouge, LA 70821-9011

You MUST print your LA Revenue Account Number here (Not FEIN): ▶ ____97

| | |
|---|---|
| Louisiana Corporation Income Tax Return for 2008 or Fiscal Year | Louisiana Corporation Franchise Tax Return for 2009 or Fiscal Year |
| Begun _____ | Begun _____ |
| Ended _____ | Ended _____ |

Calendar year returns are due April 15. See instructions for fiscal years.

○ Final return
○ Short period return
Mark the appropriate circle for Short period or Final return.

○ For name change, mark circle.
○ For address change, mark circle.
○ For amended return, mark circle.
○ Extension
⊗ Entity is not required to file franchise tax

Legal Name: LEEWAY PROPERTIES, INC.
Trade Name:
Address: 900 ROYAL ST. 4th FLOOR
City: NEW ORLEANS    State: LA    ZIP: 70116

Please print corporation name and complete mailing address above.

| | | | |
|---|---|---|---|
| A. | Federal Employer Identification Number | A. ▶ | |
| B. | Federal taxable income | B. ▶ | -331,720 00 |
| C. | Federal income tax | C. ▶ | 0 00 |
| D. | Income tax apportionment percentage (two decimal places) | D. ▶ | 100.00 % |
| E. | Gross revenues | E. ▶ | 3,135 00 |
| F. | Total assets | F. ▶ | 1,690,651 00 |
| G. | NAICS code | G. ▶ | 531190 |
| H. | Was the income of this corporation included in a consolidated federal income tax return? | H. ▶ | ☐ Yes ☒ No |
| I. | Is an Apportionment and Allocation Schedule (CIFT-620A) included with this return? | I. ▶ | ☐ Yes ☒ No |
| J. | Do the books of the corporation contain intercompany debt? | J. ▶ | ☐ Yes ☒ No |
| K. | Is borrowed capital computed on a calendar or fiscal year closing immediately prior to August 28, 2005? | K. ▶ | ☐ Yes ☒ No |

**Computation of Income Tax**

| | | | |
|---|---|---|---|
| 1A. | Louisiana net income before loss adjustments and federal income tax deduction (Schedule D, Line 13 of CIFT-620 or Schedule P, Line 31 of CIFT-620-A) | 1A. ▶ | -331,720 00 |
| 1B. | Subchapter S corporation exclusion (See instructions, page 18.) Attach schedule. | 1B. ▶ | 00 |
| 1C. | Loss carryforward [$ ____ .00 less fed. tax refund applicable to loss [$ ____ .00] Attach schedule. | 1C. ▶ | 00 |
| 1D. | Loss carryback [$ ____ .00 less fed. tax refund applicable to loss [$ ____ .00] Attach schedule. | 1D. ▶ | 00 |
| 1E. | Federal income tax deduction (See instructions, page 16.) See Worksheet | 1E. ▶ | 0 00 |
| 1E1. | Federal Disaster Relief Credit(s) (See instructions, page 16.) | 1E1. ▶ | 00 |
| 1F. | Louisiana taxable income (Subtract Lines 1B, 1C, 1D, and 1E from Line 1A.) | 1F. ▶ | 0 00 |
| 2. | Louisiana income tax (Schedule E, Line 4) | 2. ▶ | 0 00 |
| 3. | Total nonrefundable income tax credits (From Schedule NRC, Line 10) | 3. ▶ | 00 |
| 4. | Income tax after nonrefundable credits (Subtract Line 3 from Line 2.) | 4. ▶ | 0 00 |
| 5. | Estimated tax payments (Schedule I, Line 7) | 5. ▶ | 00 |
| 6. | Amount of income tax due or overpayment (Subtract Line 5 from Line 4.) | 6. ▶ | 0 00 |

\* Complete the following page, sign and date return and remit any amount due shown on Line 25. Do not send cash.

SPEC CODE ☐☐☐☐☐

www.revenue.louisiana.gov

**EXHIBIT** "20"

29629 ____97 244 12312008 00000000 ____97 00000000000 7

2962

Jonesfilm DEFS 001226

LP104 11/03/2009 12:15 PM
**LEEWAY PROPERTIES, INC.**

Form CIFT-620 8D, page 2

Print your LA Revenue Account Number here. ▶ ========197

### Computation of Franchise Tax

| | | |
|---|---|---|
| 7A. Total capital stock, surplus, undivided profits, & borrowed capital (Schedule A-1, Line 25, Column 3) | 7A. ▶ | 0 00 |
| 7B. Franchise tax apportionment percentage (Schedule N, Line 1D or Line 4, of CIFT-620A) (Carry to 2 decimal places or 100.00%.) | 7B. ▶ | 100.00 % |
| 7C. Franchise taxable base (Multiply Line 7A by Line 7B.) | 7C. ▶ | 0 00 |
| 8. Amount of assessed value of real and personal property in Louisiana in 2008 | 8. ▶ | 242,600 00 |
| 9. Louisiana franchise tax (From Schedule F, Line 6) | 9. ▶ | 0 00 |
| 10. Total nonrefundable franchise tax credits (From Schedule-NRC, Line 11) | 10. ▶ | 00 |
| 11. Franchise tax after nonrefundable credits (Subtract Line 10 from Line 9.) | 11. ▶ | 0 00 |
| 12. Previous payments | 12. ▶ | 00 |
| 13. Amount of franchise tax due or overpayment (Subtract Line 12 from Line 11.) | 13. ▶ | 0 00 |

### Refund Due

| | | |
|---|---|---|
| 14. Total income and franchise tax due or overpayment (Add Lines 6 and 13.) | 14. ▶ | 0 00 |
| 15. Louisiana Citizens Insurance Credit (See instructions, page 17.) | 15. ▶ | 00 |
| 15A. Other refundable credits (From Schedule RC, Line 6) | 15A. ▶ | 00 |
| 15B. Subtotal (Add Lines 15 and 15A and print the result here.) | 15B. ▶ | 00 |
| 16. Net Income and franchise taxes overpayment. If Line 14 is equal to Line 15B, print zero on Lines 16 through 23 and go to Line 24. If Line 14 is less than Line 15B, subtract Line 14 from Line 15B and print the result here. If Line 14 is greater than Line 15B, print zero on Lines 16 through 19. (See instructions, page 17.) | 16. ▶ | 0 00 |
| 17. Amount of overpayment you want to donate to The Military Family Assistance Fund | 17. ▶ | 0 00 |
| 18. Amount of overpayment you want Refunded | 18. ▶ | 0 00 |
| 19. Amount of overpayment you want Credited to 2009 | 19. ▶ | 0 00 |
| 20. Amount due (If Line 14 is greater than Line 15B, subtract Line 15B from Line 14 and print the result.) | 20. ▶ | 0 00 |
| 21. Delinquent filing penalty (See instructions, page 17.) | 21. ▶ | 00 |
| 22. Delinquent payment penalty (See instructions, page 17.) | 22. ▶ | 00 |
| 23. Interest (See instructions, page 17.) | 23. ▶ | 00 |
| 24. Additional donation to The Military Family Assistance Fund | 24. ▶ | 00 |
| 25. Total amount due (Add Lines 20 through 24.) Make payment to Louisiana Department of Revenue. Do not send cash. | 25. ▶ | 0 00 |

Under the penalties of perjury, I declare that I have examined this return, including all accompanying documents, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which he has any knowledge.

P. HOFFMAN
Print name of officer

Signature of officer

PRESIDENT
Title of officer

Telephone          Date

Signature of preparer

STANDARD ACCOUNTING SYSTEMS, INC.
Firm name

5850 CANOGA AVE STE 400
WOODLAND HILLS          CA 91367
805-552-0664            11/03/09
Telephone               Date

2963

Jonesfilm DEFS 001227

LP104 11/03/2009 12:15 PM
LEEWAY PROPERTIES, INC.

Form CIFT-620 6D, page 3
Print your LA Revenue Account Number here. ▶ 35501497

### Schedule RC – Nonrefundable Tax Credits, Exemptions and Rebates

| Description | Code | Corporation Income Tax (A) | Corporation Franchise Tax (B) |
|---|---|---|---|
| 1. | ▶ | 00 | 00 |
| 2. | ▶ | 00 | 00 |
| 3. | ▶ | 00 | 00 |
| 4. | ▶ | 00 | 00 |
| 5. | ▶ | 00 | 00 |
| 6. | ▶ | 00 | 00 |
| 7. | ▶ | 00 | 00 |
| 8. | ▶ | 00 | 00 |
| 9. | ▶ | 00 | 00 |
| 10. Total Income Tax Credits: Add amounts in Column A. Print here and on CIFT-620, Line 3. | ▶ | 00 | |
| 11. Total Franchise Tax Credits: Add amounts in Column B. Print here and on CIFT-620, Line 10. | ▶ | | 00 |

For further information about these credits, please see instructions beginning on page 18.

| Description | Code | Description | Code | Description | Code | Description | Code |
|---|---|---|---|---|---|---|---|
| Premium Tax | 100 | Donations of Materials, Equipment, Advisors, Instructors | 175 | Refunds by Utilities | 226 | Capital Company | 257 |
| Bone Marrow | 120 | | | Eligible Re-entrants | 228 | LCDFI Credit | 258 |
| Nonviolent Offenders | 140 | Other | 199 | Neighborhood Assistance | 230 | New Markets | 259 |
| Qualified Playgrounds | 150 | Atchafalaya Trace | 200 | Cane River Heritage Area | 232 | Brownfields Investor | 260 |
| | | Vehicle Alternative Fuel | 208 | LA Community Economic Dev | 234 | Motion Picture Infrastructure | 261 |
| Debt Issuance | 155 | Previously Unemployed | 208 | Apprenticeship | 236 | Other | 299 |
| | | Recycling Credit | 210 | Motion Picture Investment | 251 | Biomed/University Research | 300 |
| Contributions to Educational Institutions | 160 | Basic Skills Training | 212 | Research and Development | 252 | Tax Equalization | 305 |
| | | Dedicated Research | 220 | Historic Structures | 253 | Manufacturing Establishments | 310 |
| Donations to Public Schools | 170 | New Jobs Credit | 224 | Digital Interactive Media | 254 | Enterprise Zone | 315 |
| | | | | Motion Picture Resident | 256 | Other | 399 |

### Schedule RC – Refundable Tax Credits and Rebates

| Description | Code | Amount of Credit Claimed |
|---|---|---|
| 1. | ▶ | 00 |
| 2. | ▶ | 00 |
| 3. | ▶ | 00 |
| 4. | ▶ | 00 |
| 5. | ▶ | 00 |
| 6. Total: Add lines 1 through 5. Print the result here and on Line 15A. | ▶ | 00 |

For further information about these credits, please see instructions beginning on page 20.

| Description | Code | Description | Code | Description | Code | Description | Code |
|---|---|---|---|---|---|---|---|
| Inventory Tax | 50F | Prison Industry Enhancement | 55F | Angel Investor | 61F | School Readiness Fees and Grants to Resource and Referral Agencies | 66F |
| Ad Valorem Natural Gas | 51F | Urban Revitalization | 56F | Musical and Theatrical Production | 62F | | |
| Ad Valorem Offshore Vessels | 52F | Mentor-Protégé | 57F | Wind and Solar Energy Systems | 64F | Other Refundable | 80F |
| Sound Recording Investment | 53F | Milk Producers | 58F | School Readiness Child Care Provider | 65F | | |
| Telephone Company Property | 54F | Technology Commercialization | 59F | School Readiness Business - Supported Child Care | 67F | | |

FOR OFFICE USE ONLY.



2966



Jonesfilm DEFS 001228

LP104 11/03/2009 12:15 PM
LEEWAY PROPERTIES, INC.

Form CIFT-620 SD, page 4

Print your LA Revenue Account Number here. ▶ 

All applicable schedules must be completed.

### Schedule L - Balance Sheet

| ASSETS | | 1. Beginning of year | 2. End of year |
|---|---|---:|---:|
| 1. | Cash | 44,532 | 45,193 |
| 2. | Trade notes and accounts receivable | | |
| 3. | Reserve for bad debts | ( | ( |
| 4. | Inventories | | |
| 5. | Investment in United States government obligations | | |
| 6. | Other current assets (Attach schedule.)  See Stmt 1 | 87,109 | 40,744 |
| 7. | Loans to stockholders | 799,021 | 518,813 |
| 8. | Stock and obligations of subsidiaries | | |
| 9. | Other investments (Attach schedule.) | | |
| 10. | Buildings and other fixed depreciable assets | | |
| 11. | Accumulated amortization and depreciation | ( | ( |
| 12. | Depletable assets | | |
| 13. | Accumulated depletion | | |
| 14. | Land | 242,600 | 242,600 |
| 15. | Intangible assets | | |
| 16. | Accumulated amortization | ( | ( |
| 17. | Other assets (Attach schedule.)  See Stmt 2 | 843,301 | 843,301 |
| 18. | Excessive reserves or undervalued assets (Attach schedule.) | | |
| 19. | Totals (Add Lines 1 through 18.) | 2,016,563 | 1,690,651 |
| 20. | Accounts payable | 1,005 | 35,313 |
| 21. | Mortgages, notes, and bonds payable (one year old or less at balance sheet date and having a maturity of one year or less from original date incurred) | | |
| 22. | Other current liabilities (Attach schedule.) | 0 | 0 |
| 23. | Loans from stockholders (Attach schedule.) | 0 | 0 |
| 24. | Due to subsidiaries and affiliates | | |
| 25. | Mortgages, notes, and bonds payable (more than one year old at balance sheet date or having a maturity of more than one year from original date incurred) | 2,050,294 | 1,902,953 |
| 26. | Other liabilities (Attach schedule.)  See Stmt 3 | 0 | 118,841 |
| 27. | Capital stock:  a. Preferred stock | | |
| | b. Common stock | | |
| 28. | Paid-in or capital surplus | | |
| 29. | Surplus reserves (Attach schedule.) | 0 | 0 |
| 30. | Earned surplus and undivided profits | -34,736 | -366,456 |
| 31. | Excessive reserves or undervalued assets | | |
| 32. | Totals (Add Lines 20 through 31.) | 2,016,563 | 1,690,651 |

2971

Jonesfilm DEFS 001229

LP104 11/03/2009 12:15 PM
LEEWAY PROPERTIES, INC.  Print your LA Revenue Account Number here. ▶ 355073?97

For Schedule A-1 see Revenue Information Bulletins (RIB) 05-026 and 06-026. Also see Revenue Ruling (RR) 06-010.
All applicable schedules must be completed. Complete lines 1 through 11 only if there is an end of year balance in the "Due to Subsidiaries and Affiliates" account (or an equivalent account) on the books of the corporation.

Form CIFT-620 SD, page 5

Schedule A-1 – Computation of franchise tax base

| | | |
|---|---|---|
| 1. Capital Stock: | | |
| 1A. Common Stock (include paid-in or Capital Surplus) | | 00 |
| 1B. Preferred Stock (include paid-in or Capital Surplus) | | 00 |
| 2. Total Capital stock (Add Lines 1A and 1B.) | | 00 |
| 3. Surplus and undivided profits | | 00 |
| 4. Surplus reserves (include any excessive reserves or undervalued assets.) | | 00 |
| 5. Total – Add Lines 2, 3, and 4. | | 00 |
| 6. Due to subsidiaries and affiliates | | 00 |
| 7. Deposit liabilities to affiliates (included in the amount on Line 6) | | 00 |
| 8. Accounts payable less than 180 days old (included in the amount on Line 6) | | 00 |
| 9. Adjusted debt to affiliates (Subtract Lines 7 and 8 from Line 6.) | | 00 |
| 10A. If Line 9 above is greater than zero, AND Line 5 above is greater than or equal to zero, subtract Line 5 from Line 9. If both conditions of this line do not apply, skip to Line 10B. | | 00 |
| 10A1. If Line 10A is less than zero, print zero on Line 11 and Line 24, column 3. If Line 10A is greater than zero, multiply Line 10A by 50% and print this amount on Line 11 and Line 24, column 3. | | |
| 10B. If Line 9 is greater than zero, AND Line 5 is less than or equal to zero, subtract Line 5 from Line 9. Multiply the difference by 50% and print the result here. | | 00 |
| 10B1. Print the lesser of Line 9 or Line 10B on Line 11 and Line 24, column 3. If Line 9 equals Line 10B, print that amount on Line 11 and Line 24, column 3. | | |
| 11. Print the appropriate amount from either Line 10A1 or 10B1. | | 00 |

| | End of year | % reduction | Total for items of debt (See note below) |
|---|---|---|---|
| 12. Accounts payable | | | |
| 13. Mortgages, notes and bonds payable (one year old or less at balance sheet date and having a maturity of one year or less from original date incurred.) (Complete Schedule B.) Do Not Include Indebtedness from the Louisiana Infrastructure Bank. | | | |
| 14. Other current liabilities (Attach Schedule.) (Do Not include items of surplus.) See RIB 06-026. | | | |
| 15. Loans from stockholders (Attach Schedule.) | | | |
| 16. End of year balance due to subsidiaries and affiliates, less amount on Line 11. If less than zero, print zero. | | | |
| 17. Mortgages, notes and bonds payable (more than one year old at balance sheet date or having a maturity of more than one year from original date incurred.) Do Not include Indebtedness from the Louisiana Infrastructure Bank. | | | |
| 18. Other liabilities (Attach schedule.) (Do Not include items of surplus.) See RIB 06-026. See Stmt 4 | | | |
| 19. Capital Stock: Common Stock | | | |
| Preferred Stock | | | |
| 20. Paid-in or capital surplus (Include items of paid-in capital in excess of par value.) | | | |
| 21. Surplus reserves (Attach schedule.) | | | |
| 22. Earned surplus and undivided profits | | | |
| 23. Excess reserves or undervalued assets | | | |
| 24. Additional surplus and undivided profits, from Line 11 above | | | 0 |
| 25. Total (Add Lines 12 through 24. Print the Column 3 total on Page 2, Line 7A of CIFT-620.) Round to the nearest dollar. | | | |

Note: Print in Column 1 those items that are included in the franchise taxable base. Multiply Lines 12 through 18 by the percentage of reduction in Column 2. Subtract the result from Column 1 and print the amount in Column 3.

2972



Jonesfilm DEFS 001230

LP104 11/03/2009 12:16 PM
**LEEWAY PROPERTIES, INC.**
All applicable schedules must be completed.

Form CIFT-620 SD, page 6
Print your LA Revenue Account Number here. ▶ ____97

### Schedule N - Analysis of Schedule A, Columns 10 and 13

| Original date of inception | Due date | Payee | Installment amount | Balance due | Taxable amount |
|---|---|---|---|---|---|
| | | DUE FROM MILTONBERGER HOUSE | | 3,000 | |
| | | DUE FROM T. KANAVKA | | 19,000 | |
| | | DUE FROM SEVEN ARTS PICTURE | | 96,841 | |
| | | | | | |
| | | | | | |

### Schedule C - Analysis of Unappropriated Retained Earnings per Books

| | | | | | |
|---|---|---|---|---|---|
| 1. Balance at beginning of year | -34,736 | 5. Distributions: | a. Cash | | 0 |
| 2. Net income per books | -331,720 | | b. Stock | | 0 |
| 3. Other increases (itemize.) | | | c. Property | | 0 |
| | | 6. Other decreases (itemize.) | | | |
| | | | | | |
| | | 7. Total (Add Lines 5 and 6.) | | | |
| 4. Total (Add Lines 1, 2, and 3.) | -366,456 | 8. Balance at end of year (Subtract Line 7 from Line 4.) | | | -366,456 |

### Schedule D - Computation of Louisiana Taxable Income

| | | |
|---|---|---|
| 1. Federal taxable income | 1. | -331,720 |
| **Additions to federal taxable income** | | |
| 2. Net operating loss deduction claimed on federal return | 2. | |
| 3. Dividends received deduction claimed on federal return | 3. | |
| 4. Louisiana income tax deducted on federal return | 4. | |
| 5. Other additions to federal taxable income (Attach schedule.) | 5. | |
| 6. Total additions (Add Lines 2 through 5.) | 6. | |
| **Subtractions from federal taxable income** | | |
| 7. Refunds of Louisiana income tax reported on federal return | 7. | |
| 8. Louisiana depletion in excess of federal depletion (Attach schedule.) | 8. | |
| 9. Expenses not deducted on the federal return due to Internal Revenue Code Section 280(C) | 9. | |
| 10. Road Home (This amount must be included in federal taxable income.) | 10. | |
| 11. Other subtractions (Attach schedule.) | 11. | |
| 12. Total subtractions (Add Lines 7 through 11.) | 12. | |
| 13. Louisiana net income before S corporation exclusion, loss adjustments, and federal income tax deduction (Line 1 plus Line 6, less Line 12. Print here and on Page 1, Line 1A of CIFT-620. Round to the nearest dollar.) | 13. | -331,720 |

2973



Jonesfilm DEFS 001231

LP104 11/03/2009 12:15 PM
LEEWAY PROPERTIES, INC.

All applicable schedules must be completed.

Print your LA Revenue Account Number here. ▶ _____97

Form CIFT-620 SD, page 7

### Schedule E – Calculation of Income Tax

| | | Column 1 Net Income in each bracket | RATE | Column 2 TAX |
|---|---|---|---|---|
| 1. Print the amount of net taxable income from Page 1, Line 1F | | | | 0 |
| 2. Calculation of tax | | | | |
| a. First $25,000 of net income | | | x 4% = | |
| b. Next $25,000 | | | x 5% = | |
| c. Next $50,000 | | | x 6% = | |
| d. Next $100,000 | | | x 7% = | |
| e. Over $200,000 | | | x 8% = | |
| 3. Add Lines 2a through 2e of Column 1 and print here. | | | | |
| 4. Add Lines 2a through 2e of Column 2. Print here and on Page 1, Line 2 of CIFT-620. Round to the nearest dollar. | | | | 0 |

### Schedule F – Calculation of Franchise Tax

| | |
|---|---|
| 1. Print the amount from Page 2, Line 7C or 8 of CIFT-620, whichever is greater. | 242,600 |
| 2. Print the first $300,000 of Line 1 above. | 242,600 |
| 3. Multiply the amount on Line 2 by $1.50 for each $1,000 or major fraction thereof and print here. | 364 |
| 4. Subtract Line 2 from Line 1 and print here. | |
| 5. Multiply the amount on Line 4 by $3.00 for each $1,000 or major fraction thereof and print here. | |
| 6. Add Lines 3 and 5. Print the result or $10.00, whichever is greater, here and on Page 2, Line 8 CIFT-620. Round to the nearest dollar. | 0 |

### Schedule G – Reconciliation of Federal and Louisiana Net Income (Corporations filing separate returns or not filing a federal return in the U.S.)

| | |
|---|---|
| 1. Print the total net income calculated under federal law before special deductions. | |
| 2. Additions to federal net income: | |
| a. Louisiana income tax | |
| b. | |
| c. | |
| d. | |
| e. | |
| f. | |
| Subtractions from federal net income: | |
| a. Dividends | |
| b. Interest | |
| c. Road Home (This amount must be included in federal taxable income.) | |
| d. | |
| e. | |
| f. | |
| 3. Louisiana net income from all sources (same as Schedule P, Line 28, of CIFT-620A) | |

2974



Jonesfilm DEFS 001232

LPI04 11/03/2009 12:15 PM
**LEEWAY PROPERTIES, INC.**
Form CIFT-620 SD, page 8
Print your LA Revenue Account Number here. ▶ _____97

All applicable schedules must be completed.

### Schedule K - Reconciliation of Income per Books With Income per Return

| | | | | |
|---|---|---|---|---|
| 1. Net Income per books | -331,720 | 7. Income recorded on books this year, but not included in this return (Itemize.) | | |
| 2. Louisiana income tax | | | | |
| 3. Excess of capital loss over capital gains | | | | |
| 4. Taxable income not recorded on books this year (Itemize.) | | 8. Deductions in this tax return not charged against book income this year: | | |
| | | a. Depreciation | | |
| | | b. Depletion | | |
| 5. Expenses recorded on books this year, but not deducted in this return: | | c. Other | | |
| a. Depreciation | | | | |
| b. Depletion | | | | |
| c. Other | | | | |
| | | 9. Total (Add Lines 7 and 8.) | | |
| 6. Total (Add Lines 1 through 5.) | -331,720 | 10. Net income from all sources per return (Subtract Line 9 from Line 6.) | | -331,720 |

### Schedule L - Summary of Schedule K Payments

| | Check number | Date | Amount |
|---|---|---|---|
| 1. Credit from prior year return | | | |
| 2. First quarter estimated payment | | | |
| 3. Second quarter estimated payment | | | |
| 4. Third quarter estimated payment | | | |
| 5. Fourth quarter estimated payment | | | |
| 6. Payment made with extension request | | | |
| 7. Total | | | |

### Additional Information Required

1. Indicate principal place of business. **NEW ORLEANS LA**
2. Describe the nature of your business activity and specify your principal product or service, both in Louisiana and elsewhere.
Louisiana:
**REAL ESTATE**

Elsewhere:

3. Indicate the date and state of incorporation. **6/26/2003 LA**
4. Indicate parishes in which property is located.
**ORLEANS**

5. At the end of the tax year, did you directly or indirectly own 50% or more of the voting stock of any corporation or an interest of any partnership, including any entity treated as a corporation or partnership?
☐ Yes  ☒ No
If "yes," show name, address, and percentage owned.

6. At the end of the tax year, did any corporation, individual, partnership, trust, or association directly or indirectly own 50% or more of your voting stock? ☒ Yes ☐ No
If "yes," show name, address, and percentage owned.
**See Stmt 5**

2975

Jonesfilm DEFS 001233

LP104 11/03/2009 12:15 PM

**Form CIFT-620SD** — Louisiana Net Operating Loss Carryover Worksheet — 2008

For calendar year 2008, or taxable year beginning _____ ended _____

Name: LEEWAY PROPERTIES, INC.
Employer Identification Number: _____
Louisiana Account Number: _____97

| Preceding Taxable Year | Adjustment Incl/(Loss) After Adj. | Prior Year NOL Utilized (Income Offset) | Prior Year Carryovers | Current Year (Income Offset By NOL Carryback) Carryover NOL Utilized | Next Year Carryover |
|---|---|---|---|---|---|
| 15th 12/31/93 | | | | | |
| 14th 12/31/94 | | | | | |
| 13th 12/31/95 | | | | | |
| 12th 12/31/96 | | | | | |
| 11th 12/31/97 | | | | | |
| 10th 12/31/98 | | | | | |
| 9th 12/31/99 | | | | | |
| 8th 12/31/00 | | | | | |
| 7th 12/31/01 | | | | | |
| 6th 12/31/02 | | | | | |
| 5th 12/31/03 | | | | | |
| 4th 12/31/04 | -4,123 | 350 | 3,773 | | 3,773 |
| 3rd 12/31/05 | -8,068 | | 8,068 | | 8,068 |
| 2nd 12/31/06 | -20,729 | | 20,729 | | 20,729 |
| 1st 12/31/07 | 350 | -350 | | | |
| NOL Carryover Available To Current Year | | | 32,570 | | |
| Current Year | 0 / -331,720 | | | | 331,720 |
| NOL Carryover Available To Next Year | | | | | 364,290 |

Loss carryforward to Form CIFT-620, page 1, line 1c ........ 0
Less federal tax refund applicable to loss on Form CIFT-620, page 1, line 1c ........ 0
Loss deduction on Form CIFT-620, page 1, line 1c ........ 0

Jonesfilm DEFS 001234

LP104 11/03/2009 12:15 PM

**Form CIFT-620SD** — Louisiana Federal Income Tax Deduction Worksheet — **2008**

For calendar year 2008, or taxable year beginning _____ ended _____

Name: **LEEWAY PROPERTIES, INC.**
Employer Identification Number: _____
Louisiana Account Number: XX-XXX797

| Line | Description | Amount |
|---|---|---|
| 1A. | Louisiana net income (Line 1A Form CIFT-620SD) | -331,720 |
| 1B. | Loss carryforward (Line 1C Form CIFT-620SD) | |
| 1C. | Loss carryback (Line 1D Form CIFT-620SD) | |
| 1D. | Louisiana net income before federal income tax deduction (Subtract Lines 1B and 1C from Line 1A.) | -331,720 |
| 2. | Adjustments to convert Louisiana net income to a federal basis — Net adjustment | |
| 3. | Louisiana net income on a federal basis (Subtract Line 2 from Line 1D.) | -331,720 |
| 4. | Federal net income | -331,720 |
| 5. | Less creditable expenses | |
| 6. | Federal net income (Subtract Line 5 from Line 4.) | -331,720 |
| 7. | Ratio of Louisiana net income to federal net income (Divide Line 3 by Line 6.) | 100.00% |
| 8. | Federal income tax liability | 0 |
| 9. | Less alternative minimum tax | |
| 10. | Less environmental tax | |
| 11. | Federal income tax (Subtract Lines 9 and 10 from Line 8.) | |
| 12. | Federal income tax attributable to Louisiana income (Multiply Line 7 by Line 11.) | 0 |
| 13. | Federal income tax disaster relief credits | |
| 13a. | Federal income tax disaster relief credit attributable to Louisiana (Multiply Line 13 by Line 7.) (Enter on Line 1E1 of CIFT-620.) | |
| 14. | Add Lines 12 and 13a. (Enter on Line 1E of CIFT-620.) | 0 |

Jonesfilm DEFS 001235

LPI04 LEEWAY PROPERTIES, INC.  
**Louisiana Statements**  
FYE: 12/31/2008  
11/3/2009 12:15 PM

### Statement 1 - Form CIFT-620SD, Page 4, Schedule A, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| DUE TO/FROM CAFE AMELIE | $ 34,177 | $ 34,177 |
| DUE TO/FROM SAPLOU | | 6,567 |
| DUE TO/FROM SAP LA, LLC | 52,932 | |
| Total | $ 87,109 | $ 40,744 |

### Statement 2 - Form CIFT-620SD, Page 4, Schedule A, Line 17 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| INVESTMENT IN ROYAL | $ 843,301 | $ 843,301 |
| Total | $ 843,301 | $ 843,301 |

### Statement 3 - Form CIFT-620SD, Page 4, Schedule A, Line 26 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| DUE FROM MILTONBERGER HOUSE | $ | $ 3,000 |
| DUE FROM T. KANAVKA | | 19,000 |
| DUE FROM SEVEN ARTS PICTURES | | 96,841 |
| Total | $ 0 | $ 118,841 |

1-3

Jonesfilm DEFS 001236

LPI04 LEEWAY PROPERTIES, INC.     11/3/2009 12:15 PM
**Louisiana Statements**
FYE: 12/31/2008

### Statement 4 - Form CIFT-620SD, Page 5, Schedule A-1, Line 18 - Other Liabilities

| Description | Total |
|---|---:|
| DUE FROM MILTONBERGER HOUSE | $ 3,000 |
| DUE FROM T. KANAVKA | 19,000 |
| DUE FROM SEVEN ARTS PICTURES | 96,841 |
| Total | $ 118,841 |

4

Jonesfilm DEFS 001237

Case 2:01-cr-00327 Doc 12-25 Filed 04/18/12 Entered 04/18/12 14:07:23 Exhibit 19 A. Leeways 2008 Tax Return Page 14 of 15

Case 2:09-mc-04814-JTM-DEK   Document 205-22   Filed 04/02/13   Page 13 of 14

LP104 LEEWAY PROPERTIES, INC.                                    11/3/2009 12:15 PM

## Louisiana Statements

FYE: 12/31/2008

**Statement 5 - Form CIFT-620SD, Page 8, Line 6 - Did Entity Own 50% or More of Corp's Stock**

| Name of Entity | Address | City | State | Zip Code | EIN/SSN | Percent Owned |
|---|---|---|---|---|---|---|
| PETER HOFFMAN | 1643 N. QUEENS RD | LOS ANGELES | CA | 90069 | ###-##-##58 | 100.0000 |

Jonesfilm DEFS 001238

LPI04 LEEWAY PROPERTIES, INC.  11/3/2009 12:15 PM

FYE: 12/31/2008

## Louisiana Statements

### Statement 5 - Form CIFT-620SD, Page 8, Line 6 - Did Entity Own 50% or More of Corp's Stock

| Name of Entity | Address | City | State | Zip Code | EIN/SSN | Percent Owned |
|---|---|---|---|---|---|---|
| PETER HOFFMAN | 1643 N. QUEENS RD | LOS ANGELES | CA | 90069 | ###-##-##58 | 100.0000 |

5

Jonesfilm DEFS 001239