# EXHIBIT 19B

LP104 11/23/2010 10:39 AM

CIFT-620-SD (1/10) 7322
Louisiana Department of Revenue
Post Office Box 91011
Baton Rouge, LA 70021-9011

Print your LA Revenue Account Number here (Not FEIN): ▶ ██████97

▶ For office use only.

| Louisiana Corporation Income Tax Return for 2009 or Fiscal Year | Louisiana Corporation Franchise Tax Return for 2010 or Fiscal Year |
|---|---|
| Begun _____ Ended _____ | Begun _____ Ended _____ |

Calendar year returns are due April 15. See instructions for fiscal years.

○ Final return
○ Short period return

Mark the appropriate circle for Short period or Final return.

▶ ○ For name change, mark circle.
▶ ○ For address change, mark circle.
▶ ○ For amended return, mark circle.
▶ ⊗ Entity is not required to file franchise tax

Legal Name: LEEWAY PROPERTIES, INC.
Trade Name:
Address: 900 ROYAL ST, 4th FLOOR
City: NEW ORLEANS   State: LA   ZIP: 70116

Print the corporation's name and complete mailing address above.

| | | |
|---|---|---|
| A. | Federal Employer Identification Number | A. ▶ ██-████47 |
| B. | Federal taxable income | B. ▶ -173,513 00 |
| C. | Federal income tax | C. ▶ 0 00 |
| D. | Income tax apportionment percentage (two decimal places) | D. ▶ 100.00 % |
| E. | Gross revenues | E. ▶ 0 00 |
| F. | Total assets | F. ▶ 2,150,185 00 |
| G. | NAICS code | 1. ▶ 531190 |
| H. | Was the income of this corporation included in a consolidated federal income tax return? | G. ▶ ☐ Yes ☒ No |
| I. | Is CIFT-620A, Apportionment and Allocation Schedules included with return? | H. ▶ ☐ Yes ☒ No |
| J. | Do the books of the corporation contain intercompany debt? | J. ▶ ☐ Yes ☒ No |
| K. | Is borrowed capital computed on a calendar or fiscal year closing immediately prior to August 28, 2005? | K. ▶ ☐ Yes ☒ No |

**Computation of Income Tax**

| | | |
|---|---|---|
| 1A. | Louisiana net income before loss adjustments and federal income tax deduction – From either CIFT-620 Schedule D, Line 13 OR from CIFT-620A Schedule P, Line 31 | 1A. ▶ -173,513 00 |
| 1B. | Subchapter S corporation exclusion – See instructions, page 16. Attach schedule. | 1B. ▶ 00 |
| 1C. | Loss carryforward [$ .00] less federal tax refund applicable to loss [$ .00] Attach schedule. | 1C. ▶ 00 |
| 1D. | Loss carryback [$ .00] less federal tax refund applicable to loss [$ .00] Attach schedule. | 1D. ▶ 00 |
| 1E. | Federal income tax deduction – See instructions, page 16. See Worksheet | 1E. ▶ 0 00 |
| 1E1. | Federal Disaster Relief Credits – See instructions, page 17. | 1E1. ▶ 00 |
| 1F. | Louisiana taxable income – Subtract Lines 1B, 1C, 1D, and 1E from Line 1A. | 1F. ▶ -173,513 00 |
| 2. | Louisiana income tax – From CIFT-620 Schedule E, Line 4 | 2. ▶ 0 00 |
| 3. | Total nonrefundable income tax credits – From CIFT-620 Schedule NRC, Line 10 | 3. ▶ 00 |
| 4. | Income tax after nonrefundable credits – Subtract Line 3 from Line 2. | 4. ▶ 0 00 |
| 5. | Estimated tax payments – From CIFT-620 Schedule I, Line 7 | 5. ▶ 00 |
| 6. | Amount of income tax due or overpayment – Subtract Line 5 from Line 4. | 6. ▶ 0 00 |

✶ Complete the following page, sign and date return and remit any amount due shown on Line 25. Do not send cash.

Vendor Code: 7322

EXHIBIT "21"

FOR OFFICE USE ONLY.
SPEC CODE ☐☐☐☐

www.revenue.louisiana.gov

20404  ██████97  244  12312009 00000000  ██████97  00000000000 6

2040

WAY PROPERTIES, INC.

Print your LA Revenue Account Number here. ▶ ___97

Form CIFT-620 SD, page 2

### Computation of Franchise Tax

| Line | Description | Ref | Value | |
|---|---|---|---|---|
| 7A. | Total capital stock, surplus, undivided profits, & borrowed capital – From CIFT-620 Schedule A-1, Line 25, Column 3 | 7A. ▶ | 0 | 00 |
| 7B. | Franchise tax apportionment percentage – From CIFT-620A Schedule N, either Line 1D OR Line 4 – Percentage must be carried out to 2 decimal places. Do not exceed 100.00%. | 7B. ▶ | 100.00 | % |
| 7C. | Franchise taxable base – Multiply Line 7A by Line 7B. | 7C. ▶ | 0 | 00 |
| 8. | Amount of assessed value of real and personal property in Louisiana in 2009 | 8. ▶ | | 00 |
| 9. | Louisiana franchise tax – From CIFT-620 Schedule F, Line 6 | 9. ▶ | 0 | 00 |
| 10. | Total nonrefundable franchise tax credits – From CIFT-620 Schedule NRC, Line 11 | 10. ▶ | | 00 |
| 11. | Franchise tax after nonrefundable credits – Subtract Line 10 from Line 9. | 11. ▶ | 0 | 00 |
| 12. | Previous payments | 12. ▶ | | 00 |
| 13. | Amount of franchise tax due or overpayment – Subtract Line 12 from Line 11. | 13. ▶ | 0 | 00 |

### Total Amount Due

| Line | Description | Ref | Value | |
|---|---|---|---|---|
| 14. | Total income and franchise tax due or overpayment – Add Lines 6 and 13. | 14. ▶ | 0 | 00 |
| 15. | Louisiana Citizens Insurance Credit – See instructions, page 17. | 15. ▶ | | 00 |
| 15A. | Other refundable credits – From CIFT-620 Schedule RC, Line 6 | 15A. ▶ | | 00 |
| 15B. | Subtotal – Add Lines 15 and 15A and print the result. | 15B. ▶ | | 00 |
| 16. | Net income and franchise taxes overpayment. If Line 14 is equal to Line 15B, print zero on Lines 16 through 23 and go to Line 24. If Line 14 is less than Line 15B, subtract Line 14 from Line 15B and print the result here. If Line 14 is greater than Line 15B, print zero on Lines 16 through 19 and go to Line 20. – See instructions, page 17. | 16. ▶ | 0 | 00 |
| 17. | Amount of overpayment you want to donate to The Military Family Assistance Fund | 17. ▶ | 0 | 00 |
| 18. | Amount of overpayment you want Refunded | 18. ▶ | 0 | 00 |
| 19. | Amount of overpayment you want Credited to 2010 | 19. ▶ | 0 | 00 |
| 20. | Amount due – If Line 14 is greater than Line 15B, subtract Line 15B from Line 14 and print the result. | 20. ▶ | 0 | 00 |
| 21. | Delinquent filing penalty – See instructions, page 17. | 21. ▶ | | 00 |
| 22. | Delinquent payment penalty – See instructions, page 17. | 22. ▶ | | 00 |
| 23. | Interest – See instructions, page 17. | 23. ▶ | | 00 |
| 24. | Additional donation to The Military Family Assistance Fund | 24. ▶ | | 00 |
| 25. | Total amount due – Add Lines 20 through 24. Make payment to Louisiana Department of Revenue. Do not send cash. | 25. ▶ | 0 | 00 |

Under the penalties of perjury, I declare that I have examined this return, including all accompanying documents, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

P. HOFFMAN
Print name of officer

X [signature]
Signature of officer

PRESIDENT
Title of officer

12-7-10
Date

Signature of preparer
STANDARD ACCOUNTING SYSTEMS, INC.
Firm name

805-552-0664
Telephone

11/23/10
Date

2041

Jonesfilm DEFS 001190

LEEWAY PROPERTIES, INC.                                           Form CIFT-620 SD, page 2
Print your LA Revenue Account Number here. ▶ ___197

## Computation of Franchise Tax

| Line | Description | | Amount |
|---|---|---|---|
| 7A. | Total capital stock, surplus, undivided profits, & borrowed capital – From CIFT-620 Schedule A-1, Line 25, Column 3 | 7A. ▶ | 0 00 |
| 7B. | Franchise tax apportionment percentage – From CIFT-620A Schedule N, either Line 1D OR Line 4 – Percentage must be carried out to 2 decimal places. Do not exceed 100.00%. | 7B. ▶ | 100.00 % |
| 7C. | Franchise taxable base – Multiply Line 7A by Line 7B. | 7C. ▶ | 0 00 |
| 8. | Amount of assessed value of real and personal property in Louisiana in 2009 | 8. ▶ | 00 |
| 9. | Louisiana franchise tax – From CIFT-620 Schedule F, Line 6 | 9. ▶ | 0 00 |
| 10. | Total nonrefundable franchise tax credits – From CIFT-620 Schedule NRC, Line 11 | 10. ▶ | 00 |
| 11. | Franchise tax after nonrefundable credits – Subtract Line 10 from Line 9. | 11. ▶ | 0 00 |
| 12. | Previous payments | 12. ▶ | 00 |
| 13. | Amount of franchise tax due or overpayment – Subtract Line 12 from Line 11. | 13. ▶ | 0 00 |

## Net Amount Due

| Line | Description | | Amount |
|---|---|---|---|
| 14. | Total income and franchise tax due or overpayment – Add Lines 6 and 13. | 14. ▶ | 0 00 |
| 15. | Louisiana Citizens Insurance Credit – See Instructions, page 17. | 15. ▶ | 00 |
| 16A. | Other refundable credits – From CIFT-620 Schedule RC, Line 6 | 16A. ▶ | 00 |
| 15B. | Subtotal – Add Lines 15 and 15A and print the result. | 15B. ▶ | 00 |
| 16. | Net income and franchise taxes overpayment. If Line 14 is equal to Line 15B, print zero on Lines 16 through 23 and go to Line 24. If Line 14 is less than Line 15B, subtract Line 14 from Line 15B and print the result here. If Line 14 is greater than Line 15B, print zero on Lines 16 through 19 and go to Line 20. – See Instructions, page 17. | 16. ▶ | 0 00 |
| 17. | Amount of overpayment you want to donate to The Military Family Assistance Fund | 17. ▶ | 0 00 |
| 18. | Amount of overpayment you want Refunded | 18. ▶ | 0 00 |
| 19. | Amount of overpayment you want Credited to 2010 | 19. ▶ | 0 00 |
| 20. | Amount due – If Line 14 is greater than Line 15B, subtract Line 15B from Line 14 and print the result. | 20. ▶ | 0 00 |
| 21. | Delinquent filing penalty – See Instructions, page 17. | 21. ▶ | 00 |
| 22. | Delinquent payment penalty – See Instructions, page 17. | 22. ▶ | 00 |
| 23. | Interest – See Instructions, page 17. | 23. ▶ | 00 |
| 24. | Additional donation to The Military Family Assistance Fund | 24. ▶ | 00 |
| 25. | Total amount due – Add Lines 20 through 24. Make payment to Louisiana Department of Revenue. Do not send cash. | 25. ▶ | 0 00 |

Under the penalties of perjury, I declare that I have examined this return (including accompanying documents, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which he has any knowledge.

P. HOFFMAN
Print name of officer

Signature of preparer: STANDARD ACCOUNTING SYSTEMS, INC.
Firm name

Signature of officer
PRESIDENT
Title of officer

805-552-0664    11/23/10
Telephone       Date

Telephone    Date

2041

Jonesfilm DEFS 001191

LPI04 11/23/2010 10:39 AM
LEEWAY PROPERTIES, INC.

Form CIFT-620 SD, page 3

Print your LA Revenue Account Number here. ▸ ████97

### Schedule NRC – Nonrefundable Tax Credits, Exemptions, and Rebates

| Description | Code | Corporation Income Tax (A) | Corporation Franchise Tax (B) |
|---|---|---|---|
| 1. | ▸ | 00 | 00 |
| 2. | ▸ | 00 | 00 |
| 3. | ▸ | 00 | 00 |
| 4. | ▸ | 00 | 00 |
| 5. | ▸ | 00 | 00 |
| 6. | ▸ | 00 | 00 |
| 7. | ▸ | 00 | 00 |
| 8. | ▸ | 00 | 00 |
| 9. | ▸ | 00 | 00 |
| 10. Total Income Tax Credits: Add credit amounts in Column A. Print here and on CIFT-620, Line 3. | ▸ | 00 | |
| 11. Total Franchise Tax Credits: Add credit amounts in Column B. Print here and on CIFT-620, Line 10. | ▸ | | 00 |

For further information about these credits, please see instructions beginning on page 18.

| Description | Code | Description | Code | Description | Code | Description | Code |
|---|---|---|---|---|---|---|---|
| Premium Tax | 100 | Donations of Materials, Equipment, Advisors, Instructors | 175 | Eligible Re-entrants | 228 | Motion Picture Resident | 256 |
| Bone Marrow | 120 | | | Neighborhood Assistance | 230 | Capital Company | 257 |
| Nonviolent Offenders | 140 | Other | 199 | Cane River Heritage Area | 232 | LCDFI Credit | 258 |
| Qualified Playgrounds | 150 | Atchafalaya Trace | 200 | LA Community Economic Dev | 234 | New Markets | 259 |
| | | Previously Unemployed | 208 | Apprenticeship | 236 | Brownfields Investor | 260 |
| Debt Issuance | 155 | Recycling Credit | 210 | Ports of Louisiana Investor | 238 | Motion Picture Infrastructure | 261 |
| Contributions to Educational Institutions | 160 | Basic Skills Training | 212 | Ports of Louisiana Import Export Cargo | 240 | Other | 299 |
| | | Dedicated Research | 220 | Motion Picture Investment | 251 | Biomed/University Research | 300 |
| Donations to Public Schools | 170 | New Jobs Credit | 224 | Research and Development | 252 | Tax Equalization | 305 |
| | | Refunds by Utilities | 226 | Historic Structures | 253 | Manufacturing Establishments | 310 |
| | | | | Digital Interactive Media | 254 | Enterprise Zone | 315 |
| | | | | | | Other | 399 |

### Schedule RC – Refundable Tax Credits and Rebates

| Description | Code | Amount of Credit Claimed |
|---|---|---|
| 1. | ▸ | 00 |
| 2. | ▸ | 00 |
| 3. | ▸ | 00 |
| 4. | ▸ | 00 |
| 5. | ▸ | 00 |
| 6. Total: Add lines 1 through 5. Print the result here and on Line 15A. | ▸ | 00 |

For further information about these credits, please see instructions beginning on page 20.

| Description | Code | Description | Code | Description | Code | Description | Code |
|---|---|---|---|---|---|---|---|
| Inventory Tax | 50F | Mentor-Protégé | 57F | Wind and Solar Energy Systems | 64F | Sugarcane Trailer Conversion | 69F |
| Ad Valorem Natural Gas | 51F | Milk Producers | 58F | School Readiness Child Care Provider | 65F | Retention and Modernization | 70F |
| Ad Valorem Offshore Vessels | 52F | Technology Commercialization | 59F | School Readiness Business - Supported Child Care | 67F | Conversion of Vehicle to Alternative Fuel | 71F |
| Telephone Company Property | 54F | Angel Investor | 61F | School Readiness Fees and Grants to Resource and Referral Agencies | 68F | Research and Development | 72F |
| Prison Industry Enhancement | 55F | Musical and Theatrical Production | 62F | | | Other Refundable | 80F |
| Urban Revitalization | 56F | | | | | | |

2042



Jonesfilm DEFS 001192

LP04 11/23/2010 10:09 AM
**LEEWAY PROPERTIES, INC.**

All applicable schedules must be completed.

Print your LA Revenue Account Number here. ▶ _____197

Form CIFT-620 SD, page 4

### Schedule A - Balance Sheet

| ASSETS | 1. Beginning of year | 2. End of year |
|---|---|---|
| 1. Cash | 45,193 | 60,882 |
| 2. Trade notes and accounts receivable | | 18 |
| 3. Reserve for bad debts | | |
| 4. Inventories | | |
| 5. Investment in United States government obligations | | |
| 6. Other current assets – Attach schedule.    See Stmt 1 | 40,744 | 278,475 |
| 7. Loans to stockholders | 518,813 | 671,994 |
| 8. Stock and obligations of subsidiaries | | |
| 9. Other investments – Attach schedule. | | |
| 10. Buildings and other fixed depreciable assets | | |
| 11. Accumulated amortization and depreciation | | |
| 12. Depletable assets | | |
| 13. Accumulated depletion | | |
| 14. Land | 242,600 | 242,600 |
| 15. Intangible assets | | |
| 16. Accumulated amortization | | |
| 17. Other assets – Attach schedule.    See Stmt 2 | 843,301 | 896,216 |
| 18. Excessive reserves or undervalued assets – Attach schedule. | | |
| 19. Totals – Add Lines 1 through 18. | 1,690,651 | 2,150,185 |

### Liabilities and Capital

| | 1. Beginning of year | 2. End of year |
|---|---|---|
| 20. Accounts payable | 35,313 | 53,337 |
| 21. Mortgages, notes, and bonds payable one year old or less at balance sheet date and having a maturity of one year or less from original date incurred | | |
| 22. Other current liabilities – Attach schedule. | | |
| 23. Loans from stockholders – Attach schedule. | | |
| 24. Due to subsidiaries and affiliates | | |
| 25. Mortgages, notes, and bonds payable more than one year old at balance sheet date or having a maturity of more than one year from original date incurred | 1,902,953 | 2,636,792 |
| 26. Other liabilities – Attach schedule.    See Stmt 3 | 118,841 | 289 |
| 27. Capital stock:  a. Preferred stock | | |
|                    b. Common stock | | |
| 28. Paid-in or capital surplus | | |
| 29. Surplus reserves – Attach schedule. | | |
| 30. Earned surplus and undivided profits | -366,456 | -540,233 |
| 31. Excessive reserves or undervalued assets | | |
| 32. Totals – Add Lines 20 through 31. | 1,690,651 | 2,150,185 |

2043



Jonesfilm DEFS 001193

LP104 11/23/2010 10:30 AM
LEEWAY PROPERTIES, INC.

Form CIFT-620 SD, page 5

Print your LA Revenue Account Number here. ▶ ▩▩▩▩97

For Schedule A-1 see Revenue Information Bulletins (RIB) 05-026 and (RIB) 06-026. Also see Revenue Ruling (RR) 06-010.
All applicable schedules must be completed. Complete lines 1 through 11 only if there is an end of year balance in the "Due to Subsidiaries and Affiliates" account or an equivalent account on the books of the corporation.

### Schedule A-1 Computation of Franchise Tax Base

| | | | |
|---|---|---|---|
| 1. Capital Stock: | | | |
| 1A. Common Stock – include paid-in or Capital Surplus | | | 00 |
| 1B. Preferred Stock – Include paid-in or Capital Surplus | | | 00 |
| 2. Total Capital stock – Add Lines 1A and 1B. | | | 00 |
| 3. Surplus and undivided profits | | | 00 |
| 4. Surplus reserves – Include any excessive reserves or undervalued assets. | | | 00 |
| 5. Total – Add Lines 2, 3, and 4. | | | 00 |
| 6. Due to subsidiaries and affiliates | | | 00 |
| 7. Deposit liabilities to affiliates – Included in the amount on Line 6 | | | 00 |
| 8. Accounts payable less than 180 days old – Included in the amount on Line 6 | | | 00 |
| 9. Adjusted debt to affiliates – Subtract Lines 7 and 8 from Line 6. | | | 00 |
| 10A. If Line 9 above is greater than zero, AND Line 5 above is greater than or equal to zero, subtract Line 5 from Line 9. If both conditions of this line do not apply, skip to Line 10B. | | | 00 |
| 10A1. If Line 10A is less than zero, print zero on Line 11 and Line 24, column 3. If Line 10A is greater than zero, multiply Line 10A by 50% and print this amount on Line 11 and Line 24, column 3. | | | |
| 10B. If Line 9 is greater than zero, AND Line 5 is less than or equal to zero, subtract Line 5 from Line 9. Multiply the difference by 50% and print the result here. | | | 00 |
| 10B1. Print the lesser of Line 9 or Line 10B on Line 11 and Line 24, column 3. If Line 9 equals Line 10B, print that amount on Line 11 and on Line 24, column 3. | | | |
| 11. Print the amount from either Line 10A1 or 10B1. | | | 00 |

| | | 1. End of year | 2. 70% reduction for items of debt | 3. Total (See note below.) |
|---|---|---|---|---|
| 12. | Accounts payable | | | |
| 13. | Mortgages, notes and bonds payable one year old or less at balance sheet date and having a maturity of one year or less from original date incurred. – Complete Schedule B. Do Not include indebtedness from the Louisiana Infrastructure Bank. | | | |
| 14. | Other current liabilities – Attach Schedule. Do Not Include Items of surplus. See RIB 06-026. | | | |
| 15. | Loans from stockholders – Attach Schedule. | | | |
| 16. | End of year balance due to subsidiaries and affiliates, less amount on Line 11, if less than zero, print zero. | | | |
| 17. | Mortgages, notes and bonds payable more than one year old at balance sheet date or having a maturity of more than one year from original date incurred. – Do Not Include Indebtedness from the Louisiana Infrastructure Bank. | | | |
| 18. | Other liabilities – Attach schedule. Do Not Include items of surplus. See RIB 06-026. | | | |
| 19. | Capital Stock: Common Stock | | | |
| | Preferred Stock | | | |
| 20. | Paid-in or capital surplus – Include items of paid-in capital in excess of par value. | | | |
| 21. | Surplus reserves – Attach schedule. | | | |
| 22. | Earned surplus and undivided profits | | | |
| 23. | Excess reserves or undervalued assets | | | 0 |
| 24. | Additional surplus and undivided profits – From Line 11 above | | | |
| 25. | Total – Add the amounts in Column 3, Lines 12 through 24. Print the total in Column 3 and on CIFT-620 Page 2, Line 7A. Round to the nearest dollar. | | | |

Note: Print in Column 1 those items that are included in the franchise taxable base. Multiply Lines 12 through 18 by the percentage of reduction in Column 2. Subtract the result from Column 1 and print the amount in Column 3.

2044

Jonesfilm DEFS 001194

LP104 11/23/2010 10:39 AM
LEEWAY PROPERTIES, INC.

All applicable schedules must be completed.

Print your LA Revenue Account Number here. ▶ 35507197

Form CIFT-620 SD, page 6

### Schedule B – Analysis of Schedule A, Column 1, Lines 13, 16 and 18

| Original date of inception | Due date | Payee | Installment amount | Balance due | Taxable amount |
|---|---|---|---|---|---|
| | | DUE FROM MILTONBERGER HOUSE | | 289 | |
| | | DUE FROM T. KANAVKA | | | |
| | | DUE FROM SEVEN ARTS PICTURE | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Schedule C – Analysis of Schedule A, Line 30, Column 2 – Earned surplus and undivided profits per books

| | | | | | |
|---|---|---|---|---|---|
| 1. Balance at beginning of year | -366,456 | 5. Distributions: | a. Cash | | 0 |
| 2. Net income per books | -173,777 | | b. Stock | | 0 |
| 3. Other increases – Itemize. | | | c. Property | | 0 |
| | | 6. Other decreases – Itemize. | | | |
| | | | | | |
| | | 7. Total – Add Lines 5 and 6. | | | |
| 4. Total – Add Lines 1, 2, and 3. | -540,233 | 8. Balance at end of year – Subtract Line 7 from Line 4. | | | -540,233 |

### Schedule D – Computation of Louisiana Taxable Income
Schedule D need not be completed if Form CIFT-620A, Schedule P is filed with the return.

| | | |
|---|---|---|
| 1. Federal taxable income | 1. | -173,513 |

#### Additions to Federal Taxable Income

| | | |
|---|---|---|
| 2. Net operating loss deduction claimed on federal return | 2. | |
| 3. Dividends received deduction claimed on federal return | 3. | |
| 4. Louisiana income tax deducted on federal return | 4. | |
| 5. Other additions to federal taxable income – Attach schedule. | 5. | |
| 6. Total additions – Add Lines 2 through 5. | 6. | |

#### Subtractions from Federal Taxable Income

| | | |
|---|---|---|
| 7. Refunds of Louisiana income tax reported on federal return | 7. | |
| 8. Louisiana depletion in excess of federal depletion – Attach schedule. | 8. | |
| 9. Expenses not deducted on the federal return due to Internal Revenue Code Section 280(C) | 9. | |
| 10. Road Home – The amount included in federal taxable income. | 10. | |
| 11. Other subtractions – Attach schedule. | 11. | |
| 12. Total subtractions – Add Lines 7 through 11. | 12. | |
| 13. Louisiana net income before S corporation exclusion, loss adjustments, and federal income tax deduction – Add the amount on Line 1 to the amount on Line 6, and subtract the amount on Line 12. Round to the nearest dollar. Print here and on CIFT-620, Page 1, Line 1A. | 13. | -173,513 |

2045



Jonesfilm DEFS 001195

LP104 11/22/2010 10:30 AM
LEEWAY PROPERTIES, INC.

Form CIFT-620 SD, page 7

Print your LA Revenue Account Number here. ▶ ████97

All applicable schedules must be completed.

| Schedule E – Calculation of Income Tax | | | |
|---|---|---|---|
| 1. Print the amount of net taxable income from CIFT-620, Page 1, Line 1F. | | | -173,513 |
| 2. Calculation of tax | Column 1 Net income in each bracket | RATE | Column 2 TAX |
| a. First $25,000 of net income | | x 4% = | |
| b. Next $25,000 | | x 5% = | |
| c. Next $50,000 | | x 6% = | |
| d. Next $100,000 | | x 7% = | |
| e. Over $200,000 | | x 8% = | |
| 3. Add the amounts in Column 1, Lines 2a through 2e and print the result. | | | |
| 4. Add the amounts in Column 2, Lines 2a through 2e. Round to the nearest dollar. Print in Column 2 and on CIFT-620, Page 1, Line 2. | | | 0 |

| Schedule F – Calculation of Franchise Tax | |
|---|---|
| 1. Print the amount from CIFT-620, Page 2, Line 7 or Line 8, whichever is greater. | 0 |
| 2. Print the amount of Line 1 or $300,000, whichever is less. | |
| 3. Multiply the amount on Line 2 by $1.50 for each $1,000 or major fraction and print the result. | |
| 4. Subtract Line 2 from Line 1 and print the result. | |
| 5. Multiply the amount on Line 4 by $3.00 for each $1,000 or major fraction and print the result. | |
| 6. Add Lines 3 and 5. Round to the nearest dollar. Print the result here and on CIFT-620, Page 2, Line 9. | 0 |

| Schedule G – Reconciliation of Federal and Louisiana Net Income Schedule G is required if Form CIFT-620A Apportionment and Allocation Schedules are filed with this return. Important! See R.S. 47:207.7 and R.S. 47:207.73 for information. | |
|---|---|
| 1. Print the total net income calculated under federal law before special deductions. | |
| 2. Additions to federal net income: | |
| a. Louisiana income tax | |
| b. | |
| c. | |
| d. | |
| e. | |
| f. | |
| Subtractions from federal net income: | |
| a. Dividends | |
| b. Interest | |
| c. Road Home – This amount included in federal taxable income | |
| d. | |
| e. | |
| f. | |
| 3. Louisiana net income from all sources – The amount should agree with Form CIFT-620A, Schedule P, Line 26. | |

2046



Jonesfilm DEFS 001196

LPI04 11/23/2010 10:30 AM
LEEWAY PROPERTIES, INC.
Form CIFT-620 SD, page 6

All applicable schedules must be completed.

Print your LA Revenue Account Number here. ▶ ████97

### Schedule H – Reconciliation of Income Per Books With Income Per Return

| | | | | | |
|---|---|---|---|---|---|
| 1. | Net income per books | -173,777 | 7. | Income recorded on books this year, but not included in this return – itemize. | |
| 2. | Louisiana income tax | | | | |
| 3. | Excess of capital loss over capital gains | | | | |
| 4. | Taxable income not recorded on books this year – itemize. | | | | |
| | | | 8. | Deductions in this tax return not charged against book income this year: | |
| | | | | a. Depreciation | |
| | | | | b. Depletion | |
| 5. | Expenses recorded on books this year, but not deducted in this return: | | | c. Other | |
| | a. Depreciation | | | | |
| | b. Depletion | | | | |
| | c. Other See Stmt 4 | 264 | | | |
| | | | 9. | Total – Add Lines 7 and 8. | |
| 6. | Total – Add Lines 1 through 5. | -173,513 | 10. | Net income from all sources per return – Subtract Line 9 from Line 6. | -173,513 |

### Schedule I – Summary of Estimated Tax Payments

| | | Check number | Date | Amount |
|---|---|---|---|---|
| 1. | Credit from prior year return | | | |
| 2. | First quarter estimated payment | | | |
| 3. | Second quarter estimated payment | | | |
| 4. | Third quarter estimated payment | | | |
| 5. | Fourth quarter estimated payment | | | |
| 6. | Payment made with extension request | | | |
| 7. | Total | | | |

### Additional Information Required

1. Indicate principal place of business. **NEW ORLEANS LA**
2. Describe the nature of your business activity and specify your principal product or service, both in Louisiana and elsewhere.
   Louisiana: **REAL ESTATE**
   Elsewhere:

3. Indicate the date and state of incorporation. **06/26/2003 LA**
4. Indicate parishes in which property is located.

5. At the end of the tax year, did you directly or indirectly own 50% or more of the voting stock of any corporation or an interest of any partnership, including any entity treated as a corporation or partnership?
   ☐ Yes  ☒ No
   If "yes," show name, address, and percentage owned.

6. At the end of the tax year, did any corporation, individual, partnership, trust, or association directly or indirectly own 50% or more of your voting stock? ☒ Yes  ☐ No
   If "yes," show name, address, and percentage owned.
   **See Stmt 5**

2047

Jonesfilm DEFS 001197

LFID4 11/23/2010 10:39 AM

| Form CIFT-620SD | Louisiana Net Operating Loss Carryover Worksheet | | | | 2009 |
|---|---|---|---|---|---|
| | For calendar year 2009, or taxable year beginning _____ ended _____ | | | | |
| Name | | | Employer Identification Number | Louisiana Account Number | |
| LEEWAY PROPERTIES, INC. | | | | ▓▓▓▓97 | |

| Preceding Taxable Year | Adjustment Inc/(Loss) After Adj. | Prior Year NOL Utilized (Income Offset) | Prior Year Carryovers | Current Year (Income Offset By NOL Carryback) Carryover NOL Utilized/ | Next Year Carryover |
|---|---|---|---|---|---|
| 15th 12/31/94 | | | | | |
| 14th 12/31/95 | | | | | |
| 13th 12/31/96 | | | | | |
| 12th 12/31/97 | | | | | |
| 11th 12/31/98 | | | | | |
| 10th 12/31/99 | | | | | |
| 9th 12/31/00 | | | | | |
| 8th 12/31/01 | | | | | |
| 7th 12/31/02 | | | | | |
| 6th 12/31/03 | | | | | |
| 5th 12/31/04 | -4,123 | 350 | 3,773 | | 3,773 |
| 4th 12/31/05 | -8,068 | | 8,068 | | 8,068 |
| 3rd 12/31/06 | -20,729 | | 20,729 | | 20,729 |
| 2nd 12/31/07 | 350 | -350 | | | |
| 1st 12/31/08 | -331,720 | | 331,720 | | 331,720 |
| NOL Carryover Available To Current Year | | | 364,290 | | |
| Current Year | 0 -173,513 | | | | 173,513 |
| NOL Carryover Available To Next Year | | | | | 537,803 |

Loss carryforward to Form CIFT-620, page 1, line 1c ___ 0
Loss federal tax refund applicable to loss on Form CIFT-620, page 1, line 1c ___ 0
Loss deduction on Form CIFT-620, page 1, line 1c ___ 0

LP104 11/23/2010 10:39 AM

| Form CIFT-620SD | Louisiana Federal Income Tax Deduction Worksheet | | 2009 |
|---|---|---|---|
| | For calendar year 2009, or taxable year beginning ended | | |
| Name | | Employer Identification Number | Louisiana Account Number |
| LEEWAY PROPERTIES, INC. | | | 97 |

| | | |
|---|---|---|
| 1A. | Louisiana net income (Line 1A Form CIFT-620SD) | -173,513 |
| 1B. | Loss carryforward (Line 1C Form CIFT-620SD) | |
| 1C. | Loss carryback (Line 1D Form CIFT-620SD) | |
| 1D. | Louisiana net income before federal income tax deduction (Subtract Lines 1B and 1C from Line 1A.) | -173,513 |
| 2. | Adjustments to convert Louisiana net income to a federal basis | |
| | Net adjustment | |
| 3. | Louisiana net income on a federal basis (Subtract Line 2 from Line 1D.) | -173,513 |
| 4. | Federal net income | -173,513 |
| 5. | Less creditable expenses | 0 |
| 6. | Federal net income (Subtract Line 5 from Line 4.) | -173,513 |
| 7. | Ratio of Louisiana net income to federal net income (Divide Line 3 by Line 6.) | 100.00% |
| 8. | Federal income tax liability | 0 |
| 9. | Less alternative minimum tax | 0 |
| 10. | Less environmental tax | 0 |
| 11. | Federal income tax (Subtract Lines 9 and 10 from Line 8.) | 0 |
| 12. | Federal income tax attributable to Louisiana income (Multiply Line 7 by Line 11.) | 0 |
| 13. | Federal income tax disaster relief credits | |
| 13a. | Federal income tax disaster relief credit attributable to Louisiana (Multiply Line 13 by Line 7.) (Enter on Line 1E1 of CIFT-620.) | |
| 14. | Add Lines 12 and 13a. (Enter on Line 1E of CIFT-620.) | 0 |

Jonesfilm DEFS 001199

```
LPI04  LEEWAY PROPERTIES, INC.                                11/23/2010  10:39 AM
                           Louisiana Statements
FYE: 12/31/2009
```

### Statement 1 - Form CIFT-620SD, Page 4, Schedule A, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| DUE TO/FROM CAFE AMELIE | $ 34,177 | $ 34,177 |
| DUE TO/FROM SAPLOU | 6,567 | |
| DUE TO/FROM NEW MOON | | 20 |
| DUE TO/FROM PRINCESS OF MONAC | | 5,796 |
| DUE FROM A. HICKOX | | 1,000 |
| DUE TO/FROM SAP | | 237,482 |
| Total | $ 40,744 | $ 278,475 |

### Statement 2 - Form CIFT-620SD, Page 4, Schedule A, Line 17 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| INVESTMENT IN ROYAL | $ 843,301 | $ 843,301 |
| INVESTMENT IN FILM PROJECTS | | 52,915 |
| Total | $ 843,301 | $ 896,216 |

### Statement 3 - Form CIFT-620SD, Page 4, Schedule A, Line 26 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| DUE FROM MILTONBERGER HOUSE | $ 3,000 | $ 289 |
| DUE FROM T. KANAVKA | 19,000 | |
| DUE FROM SEVEN ARTS PICTURES | 96,841 | |
| Total | $ 118,841 | $ 289 |

1-3

Jonesfilm DEFS 001200

| LPI04 LEEWAY PROPERTIES, INC. | 11/23/2010 10:39 AM |
|---|---|
| Louisiana Statements | |
| FYE: 12/31/2009 | |

**Statement 4 - Form CIFT-620SD, Page 8, Sch H, Line 5(c) - Other Expenses on Books Not Deducted**

| Description | Amount |
|---|---|
| Travel and Entertainment | $ 264 |
| Total | $ 264 |

4

Jonesfilm DEFS 001201

LPI04 LEEWAY PROPERTIES, INC.    11/23/2010 10:39 AM
FYE: 12/31/2009

## Louisiana Statements

### Statement 5 - Form CIFT-620SD, Page 8, Line 6 - Did Entity Own 50% or More of Corp's Stock

| Name of Entity Address | City | State | Zip Code | Foreign Country | EIN/SSN | Percent Owned |
|---|---|---|---|---|---|---|
| PETER HOFFMAN 1643 N. QUEENS RD | LOS ANGELES | CA | 90069 | | | |

5

Jonesfilm DEFS 001202