# EXHIBIT 19D

LPI04 08/07/2012 4:47 PM

CIFT-620-SD (1/12) 7322
Louisiana Department of Revenue
Post Office Box 91011
Baton Rouge, LA 70821-9011

Print your LA Revenue Account Number here (not FEIN): ▶ ████97

| Louisiana Corporation Income Tax Return for 2011 or Fiscal Year | Louisiana Corporation Franchise Tax Return for 2012 or Fiscal Year |
|---|---|
| Begun _____ | Begun _____ |
| Ended _____ | Ended _____ |

Calendar year returns are due April 15. See instructions for fiscal years.

Mark circle if:
- ○ Name change.
- ○ Amended return.
- ⊗ Entity is not required to file franchise tax.
- ○ First time filing of this form.
- ○ Final return
- ○ Short period return

Mark the appropriate circle for Short period or Final return.

Legal Name: **LEEWAY PROPERTIES, INC.**
Trade Name:
Address: **900 ROYAL ST. 4TH FLOOR**
City: **NEW ORLEANS**  State: **LA**  ZIP: **70116**

Print the corporation's name and complete mailing address above.

| | | | |
|---|---|---|---|
| A. | Federal Employer Identification Number | A. ▶ | 77-0614247 |
| B. | Federal taxable income | B. ▶ | 0 00 |
| C. | Federal income tax | C. ▶ | 0 00 |
| D. | Income tax apportionment percentage (two decimal places) | D. ▶ | 100.00 % |
| E. | Gross revenues | E. ▶ | 0 00 |
| F. | Total assets | F. ▶ | 4,719,493 00 |
| G. | NAICS code | G. ▶ | 531190 |
| H. | Was the income of this corporation included in a consolidated federal income tax return? | H. ▶ | Yes ☐ No ☒ |
| I. | Is CIFT-620A, Apportionment and Allocation Schedules included with this return? | I. ▶ | Yes ☐ No ☒ |
| J. | Do the books of the corporation contain intercompany debt? | J. ▶ | Yes ☐ No ☒ |

**Computation of Income Tax**

| | | | |
|---|---|---|---|
| 1A. | Louisiana net income before loss adjustments and federal income tax deduction – From either CIFT-620 Schedule D, Line 13 OR from CIFT-620A Schedule P, Line 31 | 1A. ▶ | 9,631 00 |
| 1B. | Subchapter S corporation exclusion – Attach schedule. | 1B. ▶ | 00 |
| 1C. | Loss carryforward [$ 9,631 .00] less federal tax refund applicable to loss [$ .00] Attach schedule. | 1C. ▶ | 9,631 00 |
| 1D. | Loss carryback [$ .00] less federal tax refund applicable to loss [$ .00] Attach schedule. | 1D. ▶ | 00 |
| 1E. | Federal income tax deduction | 1E. ▶ | 0 00 |
| 1E1. | Federal Disaster Relief Credits | 1E1. ▶ | 00 |
| 1F. | Louisiana taxable income – Subtract Lines 1B, 1C, 1D, and 1E from Line 1A. | 1F. ▶ | 0 00 |
| 2. | Louisiana income tax – From CIFT-620 Schedule E, Line 4 | 2. ▶ | 0 00 |
| 3. | Total nonrefundable income tax credits – From CIFT-620 Schedule NRC, Line 10 | 3. ▶ | 00 |
| 4. | Income tax after nonrefundable credits – Subtract Line 3 from Line 2. | 4. ▶ | 0 00 |
| 5. | Estimated tax payments – From CIFT-620 Schedule I, Line 7 | 5. ▶ | 00 |
| 6. | Amount of income tax due or overpayment – Subtract Line 5 from Line 4. | 6. ▶ | 0 00 |

Vendor Code: 7322

※ **Complete the following page, sign and date return and remit any amount due shown on Line 25. Do not send cash.**

SPEC CODE ☐☐☐☐

FOR OFFICE USE ONLY.

2237

22376 ████97 244 12312011 00000000 ████97 000000

**EXHIBIT "23"**

Jonesfilm DEFS 001128

- LPI04 08/07/2012 4:47 PM

**LEEWAY PROPERTIES, INC.**

Print your LA Revenue Account Number here. ▶ 45501197

Form CIFT-620 SD, page 2

### Computation of Franchise Tax

| | | | |
|---|---|---|---|
| 7A. | Total capital stock, surplus, & undivided profits — From CIFT-620 Schedule A-1, Line 18. | 7A. ▶ | 0 00 |
| 7B. | Franchise tax apportionment percentage — From CIFT-620A Schedule N, either Line 1D OR Line 4 — Percentage must be carried out to 2 decimal places. Do not exceed 100.00%. | 7B. ▶ | 100.00 % |
| 7C. | Franchise taxable base — Multiply Line 7A by Line 7B. | 7C. ▶ | 0 00 |
| 8. | Amount of assessed value of real and personal property in Louisiana in 2011 | 8. ▶ | 3,300,000 00 |
| 9. | Louisiana franchise tax — From CIFT-620 Schedule F, Line 6 | 9. ▶ | 0 00 |
| 10. | Total nonrefundable franchise tax credits — From CIFT-620 Schedule NRC, Line 11 | 10. ▶ | 00 |
| 11. | Franchise tax after nonrefundable credits — Subtract Line 10 from Line 9. | 11. ▶ | 0 00 |
| 12. | Previous payments | 12. ▶ | 00 |
| 13. | Amount of franchise tax due or overpayment — Subtract Line 12 from Line 11. | 13. ▶ | 0 00 |

### Net Amount Due

| | | | |
|---|---|---|---|
| 14. | Total income and franchise tax due or overpayment — Add Lines 6 and 13. | 14. ▶ | 0 00 |
| 15. | Louisiana Citizens Insurance Credit | 15. ▶ | 00 |
| 15A. | Other refundable credits — From CIFT-620 Schedule RC, Line 6 | 15A. ▶ | 00 |
| 15B. | Subtotal — Add Lines 15 and 15A and print the result. | 15B. ▶ | 00 |
| 16. | Net income and franchise taxes overpayment. | 16. ▶ | 0 00 |
| 17. | Amount of overpayment you want to donate to The Military Family Assistance Fund | 17. ▶ | 0 00 |
| 18. | Amount of overpayment you want Refunded | 18. ▶ | 0 00 |
| 19. | Amount of overpayment you want Credited to 2012 | 19. ▶ | 0 00 |
| 20. | Amount due — If Line 14 is greater than Line 15B, subtract Line 15B from Line 14 and print the result. | 20. ▶ | 0 00 |
| 21. | Delinquent filing penalty | 21. ▶ | 00 |
| 22. | Delinquent payment penalty | 22. ▶ | 00 |
| 23. | Interest | 23. ▶ | 00 |
| 24. | Additional donation to The Military Family Assistance Fund | 24. ▶ | 00 |
| 25. | Total amount due — Add Lines 20 through 24. | 25. ▶ | 0 00 |

Make payment to Louisiana Department of Revenue. DO NOT SEND CASH.

Under the penalties of perjury, I declare that I have examined this return, including all accompanying documents, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which he has any knowledge.

| P. HOFFMAN | | 95-4080713 |
|---|---|---|
| Print name of officer | Signature of preparer | |
| | STANDARD ACCOUNTING SYSTEMS, INC. | |
| Signature of officer | Firm name | |
| SECRETARY | 805-552-0664 | 08/07/12 |
| Title of officer | Telephone | Date |
| Telephone | Date | |

2238

Jonesfilm DEFS 001129

LP104 04/07/2012 4:47 PU
LEEWAY PROPERTIES, INC.

Print your LA Revenue Account Number here. ▶ 3950■■97

Form CIFT-620 SD, page 3

## Schedule NRC – Nonrefundable Tax Credits, Exemptions and Rebates

| Description | Code | Corporation Income Tax (A) | Corporation Franchise Tax (B) |
|---|---|---|---|
| 1. | ▶ | 00 | 00 |
| 2. | ▶ | 00 | 00 |
| 3. | ▶ | 00 | 00 |
| 4. | ▶ | 00 | 00 |
| 5. | ▶ | 00 | 00 |
| 6. | ▶ | 00 | 00 |
| 7. | ▶ | 00 | 00 |
| 8. | ▶ | 00 | 00 |
| 9. | ▶ | 00 | 00 |
| 10. Total Income Tax Credits: Add credit amounts in Column A. Print here and on CIFT-620, Line 3. | ▶ | 00 | |
| 11. Total Franchise Tax Credits: Add credit amounts in Column B. Print here and on CIFT-620, Line 10. | ▶ | | 00 |

| Description | Code | Description | Code | Description | Code | Description | Code |
|---|---|---|---|---|---|---|---|
| Premium Tax | 100 | Other | 199 | LA Community Economic Dev | 234 | LCDFI Credit | 258 |
| Bone Marrow | 120 | Atchafalaya Trace | 200 | Apprenticeship | 236 | New Markets | 259 |
| Nonviolent Offenders | 140 | Previously Unemployed | 208 | Ports of Louisiana Investor | 238 | Brownfields Investor | 260 |
| Qualified Playgrounds | 150 | Recycling Credit | 210 | Ports of Louisiana Import Export Cargo | 240 | Motion Picture Infrastructure | 261 |
| Debt Issuance | 155 | Basic Skills Training | 212 | | | Angel Investor | 262 |
| Contributions to Educational Institutions | 160 | Dedicated Research | 220 | Motion Picture Investment | 251 | Other | 299 |
| | | New Jobs Credit | 224 | Research and Development | 252 | Bosed/University Research | 300 |
| Donations to Public Schools | 170 | Refunds by Utilities | 226 | Historic Structures | 253 | Tax Equalization | 305 |
| | | Eligible Re-entrants | 228 | Digital Interactive Media | 254 | Manufacturing Establishments | 310 |
| Donations of Materials, Equipment, Advisors, Instructors | 175 | Neighborhood Assistance | 230 | Motion Picture Resident | 256 | Enterprise Zone | 315 |
| | | Cane River Heritage Area | 232 | Capital Company | 257 | Other | 399 |

## Schedule RC – Refundable Tax Credits/Rebates

| Description | Code | Amount of Credit Claimed |
|---|---|---|
| 1. | ▶ | 00 |
| 2. | ▶ | 00 |
| 3. | ▶ | 00 |
| 4. | ▶ | 00 |
| 5. | ▶ | 00 |
| 6. Total: Add lines 1 through 5. Print the result here and on Line 15A. | ▶ | 00 |

| Description | Code | Description | Code | Description | Code | Description | Code |
|---|---|---|---|---|---|---|---|
| Inventory Tax | 50F | Mentor-Protégé | 57F | Wind and Solar Energy Systems | 64F | Sugarcane Trailer Conversion | 69F |
| Ad Valorem Natural Gas | 51F | Milk Producers | 58F | | | Retention and Modernization | 70F |
| Ad Valorem Offshore Vessels | 52F | Technology Commercialization | 59F | School Readiness Child Care Provider | 65F | Conversion of Vehicle to Alternative Fuel | 71F |
| Telephone Company Property | 54F | Angel Investor | 61F | | | | |
| Prison Industry Enhancement | 55F | Musical and Theatrical Production | 62F | School Readiness Business - Supported Child Care | 67F | Research and Development | 72F |
| Urban Revitalization | 56F | | | | | Other Refundable | 80F |
| | | | | School Readiness Fees and Grants to Resource and Referral Agencies | 68F | | |

2239

Jonesfilm DEFS 001130

LP104 08/07/2012 4:47 PM

**LEEWAY PROPERTIES, INC.**

All applicable schedules must be completed.

Print your LA Revenue Account Number here. ▶ 

Form CIFT-620 SD, page 4

### Schedule A - Balance Sheet

| ASSETS | 1. Beginning of year | 2. End of year |
|---|---|---|
| 1. Cash | 54,811 | 54,586 |
| 2. Trade notes and accounts receivable | | |
| 3. Reserve for bad debts | ( ) | ( ) |
| 4. Inventories | | |
| 5. Investment in United States government obligations | | |
| 6. Other current assets – Attach schedule.   SEE STMT 1 | 811,641 | 912,470 |
| 7. Loans to stockholders | 647,002 | 652,879 |
| 8. Stock and obligations of subsidiaries | | |
| 9. Other investments – Attach schedule. | | |
| 10. Buildings and other fixed depreciable assets | | |
| 11. Accumulated amortization and depreciation | ( ) | ( ) |
| 12. Depletable assets | | |
| 13. Accumulated depletion | ( ) | ( ) |
| 14. Land | 242,600 | 242,600 |
| 15. Intangible assets | | |
| 16. Accumulated amortization | ( ) | ( ) |
| 17. Other assets – Attach schedule.   SEE STMT 2 | 2,856,958 | 2,856,958 |
| 18. Excessive reserves or undervalued assets – Attach schedule. | | |
| 19. Totals – Add Lines 1 through 18. | 4,613,012 | 4,719,493 |

### Liabilities and Capital

| | | |
|---|---|---|
| 20. Accounts payable | 46,959 | 46,957 |
| 21. Mortgages, notes, and bonds payable one year old or less at balance sheet date and having a maturity of one year or less from original date incurred | | |
| 22. Other current liabilities – Attach schedule. | | |
| 23. Loans from stockholders – Attach schedule. | | |
| 24. Due to subsidiaries and affiliates | | |
| 25. Mortgages, notes, and bonds payable more than one year old at balance sheet date or having a maturity of more than one year from original date incurred | 3,280,355 | 3,377,207 |
| 26. Other liabilities – Attach schedule. | | |
| 27. Capital stock:  a. Preferred stock | | |
|              b. Common stock | | |
| 28. Paid-in or capital surplus | 1,944,099 | 1,944,099 |
| 29. Surplus reserves – Attach schedule. | | |
| 30. Earned surplus and undivided profits | -658,401 | -648,770 |
| 31. Excessive reserves or undervalued assets | | |
| 32. Totals – Add Lines 20 through 31. | 4,613,012 | 4,719,493 |



2240

Jonesfilm DEFS 001131

LPID4 06/07/2012 4:47 PM
LEEWAY PROPERTIES, INC.

Form CIFT-620 SD, page 6

Print your LA Revenue Account Number here. ▶ 4550?197

For Schedule A-1 see Revenue Information Bulletin 05-028 and Revenue Ruling 06-010.
All applicable schedules must be completed. Complete Lines 1 through 11 only if there is an end of year balance in the "Due to Subsidiaries and Affiliates" account or an equivalent account on the books of the corporation. All corporations must complete Lines 12 through 18.

### Schedule A-1 Computation of Franchise Taxable Base

| | | |
|---|---|---|
| 1. | Capital Stock: | |
| | 1A. Common Stock – Include paid-in or Capital Surplus | 00 |
| | 1B. Preferred Stock – Include paid-in or Capital Surplus | 00 |
| 2. | Total Capital stock – Add Lines 1A and 1B. | 00 |
| 3. | Surplus and undivided profits | 00 |
| 4. | Surplus reserves – Include any excessive reserves or undervalued assets. | 00 |
| 5. | Total – Add Lines 2, 3, and 4. | 00 |
| 6. | Due to subsidiaries and affiliates (Do not net with receivables) | 00 |
| 7. | Deposit liabilities to affiliates – Included in the amount on Line 6 | 00 |
| 8. | Accounts payable less than 180 days old – Included in the amount on Line 6 | 00 |
| 9. | Adjusted debt to affiliates – Subtract Lines 7 and 8 from Line 6. | 00 |
| 10A. | If Line 9 is greater than zero, AND Line 5 is greater than or equal to zero, subtract Line 5 from Line 9. If both conditions of this line do not apply, skip to Line 10B. | 00 |
| 10A1. | If Line 10A is less than zero, print zero on Line 11 and Line 17. If Line 10A is greater than zero, multiply Line 10A by 50 percent and print this amount on Line 11 and Line 17. This amount must be included in the base. | |
| 10B. | If Line 9 is greater than zero, AND Line 5 is less than or equal to zero, subtract Line 5 from Line 9. Multiply the difference by 50 percent and print the result here. | 00 |
| 10B1. | Print the lesser of Line 9 or Line 10B on Line 11 and Line 17. If Line 9 equals Line 10B, print that amount on Line 11 and on Line 17. | |
| 11. | Additional Surplus and Undivided Profits from either Line 10A1 or 10B1. | 00 |
| | **Total Franchise Taxable Base** | |
| 12. | Capital Stock: Common Stock | |
| | Preferred Stock | |
| 13. | Paid-in or capital surplus – Include items of paid-in capital in excess of par value. | |
| 14. | Surplus reserves – Attach schedule. | |
| 15. | Earned surplus and undivided profits | |
| 16. | Excess reserves or undervalued assets | |
| 17. | Additional surplus and undivided profits – From Line 11 above | 0 |
| 18. | Total capital, surplus and undivided profits – Add Lines 12 through 17. Also print the total on CIFT-620, Line 7A. Round to the nearest dollar. | 0 |

Note: All accounts on the books of the corporation should be reviewed to determine if an account is an item of capital, surplus or undivided profits. All items of capital, surplus and undivided profits must be included in the franchise taxable base. See Revenue Information Bulletin 06-028.

2241



Jonesfilm DEFS 001132

LP04 08/07/2012 4:47 PM

**LEEWAY PROPERTIES, INC.**

All applicable schedules must be completed.

Print your LA Revenue Account Number here. ▶ 06507497

Form CIFT-620 SD, page 6

### Schedule C - Analysis of Schedule A, Column 2 - Earned Surplus and Undivided Profits per Book

| | | | | |
|---|---:|---|---|---:|
| 1. Balance at beginning of year | -658,401 | 5. Distributions: | a. Cash | 0 |
| 2. Net income per books | 9,631 | | b. Stock | 0 |
| 3. Other increases – Itemize. | | | c. Property | 0 |
| | | 6. Other decreases – Itemize. | | |
| | | | | |
| | | 7. Total – Add Lines 5 and 6. | | |
| 4. Total – Add Lines 1, 2, and 3. | -648,770 | 8. Balance at end of year – Subtract Line 7 from Line 4. | | -648,770 |

### Computation of Louisiana Taxable Income from Louisiana Form CIFT-620 Schedule E, Line 1A With Additions

| | |
|---|---:|
| 1. Federal taxable income | 0 |

### Additions to Federal Taxable Income

| | |
|---|---:|
| 2. Net operating loss deduction claimed on federal return | 9,631 |
| 3. Dividends received deduction claimed on federal return | |
| 4. Louisiana income tax deducted on federal return | |
| 5. Other additions to federal taxable income – Attach schedule. | |
| 6. Total additions – Add Lines 2 through 5. | 9,631 |

### Subtractions from Federal Taxable Income

| | |
|---|---:|
| 7. Refunds of Louisiana income tax reported on federal return | |
| 8. Louisiana depletion in excess of federal depletion – Attach schedule. | |
| 9. Expenses not deducted on the federal return due to Internal Revenue Code Section 280(C) | |
| 10. Road Home – The amount included in federal taxable income. | |
| 11. Other subtractions – Attach schedule. | |
| 12. Total subtractions – Add Lines 7 through 11. | |
| 13. Louisiana net income before S corporation exclusion, loss adjustments, and federal income tax deduction – Add the amount on Line 1 to the amount on Line 6, and subtract the amount on Line 12. Round to the nearest dollar. Print here and on CIFT-620, Line 1A. | 9,631 |

Schedule B omitted on purpose.

2242



Jonesfilm DEFS 001133

LP104 03/07/2012 4:47 PM
**LEEWAY PROPERTIES, INC.**

Print your LA Revenue Account Number here. ▶ ████97

Form CIFT-620 SD, page 7

All applicable schedules must be completed.

### Schedule E – Calculation of Income Tax

| | | | | |
|---|---|---|---|---|
| 1. Print the amount of net taxable income from CIFT-620, Line 1F. | | | | 0 |
| 2. Calculation of tax | Column 1 Net Income in each bracket | RATE | Column 2 TAX | |
| a. First $25,000 of net income | | x 4% = | | |
| b. Next $25,000 | | x 5% = | | |
| c. Next $50,000 | | x 6% = | | |
| d. Next $100,000 | | x 7% = | | |
| e. Over $200,000 | | x 8% = | | |
| 3. Add the amounts in Column 1, Lines 2a through 2e and print the result. | | | | |
| 4. Add the amounts in Column 2, Lines 2a through 2e. Round to the nearest dollar. Print in Column 2 and on CIFT-620, Line 2. | | | | 0 |

### Schedule F – Calculation of Franchise Tax

| | |
|---|---|
| 1. Print the amount from CIFT-620, Line 7C or Line 8, whichever is greater. | 3,300,000 |
| 2. Print the amount of Line 1 or $300,000, whichever is less. | 300,000 |
| 3. Multiply the amount on Line 2 by $1.50 for each $1,000 or major fraction and print the result. | 450 |
| 4. Subtract Line 2 from Line 1 and print the result. | 3,000,000 |
| 5. Multiply the amount on Line 4 by $3.00 for each $1,000 or major fraction and print the result. | 9,000 |
| 6. Add Lines 3 and 5. Round to the nearest dollar. Print the result here and on CIFT-620, Line 9. | 0 |

### Schedule G – Reconciliation of Federal and Louisiana Income

| | |
|---|---|
| 1. Print the total net income calculated under federal law before special deductions. | |
| 2. Additions to federal net income: | |
| a. Louisiana income tax | |
| b. | |
| c. | |
| d. | |
| e. | |
| f. | |
| Subtractions from federal net income: | |
| a. Dividends | |
| b. Interest | |
| c. Road Home – This amount included in federal taxable income | |
| d. | |
| e. | |
| f. | |
| 3. Louisiana net income from all sources – The amount should agree with Form CIFT-620A, Schedule P, Line 26. | |

2243



Jonesfilm DEFS 001134

Case 2:09-cv-07628 Doc 12-28 Filed 04/18/20 Entered 04/18/20 14:97:23 Exhibit 19 D Leeway's
2011 Tax Return Page 9 of 12
Case 2:09-mc-04814-JTM-DEK   Document 205-25   Filed 04/02/13   Page 8 of 11

LP104 08/07/2012 4:47 PM
**LEEWAY PROPERTIES, INC.**
All applicable schedules must be completed.

Print your LA Revenue Account Number here. ▶ _____97

Form CIFT-620 SD, page 8

### Schedule J - Reconciliation of Income Per Books With Income Per Return

| | | |
|---|---|---|
| 1. Net Income per books | 9,631 | 7. Income recorded on books this year, but not included in this return – Itemize. |
| 2. Louisiana Income tax | | |
| 3. Excess of capital loss over capital gains | | |
| 4. Taxable Income not recorded on books this year – Itemize. | | 8. Deductions in this tax return not charged against book income this year: |
| | | a. Depreciation |
| | | b. Depletion |
| 5. Expenses recorded on books this year, but not deducted in this return: | | c. Other |
| a. Depreciation | | |
| b. Depletion | | |
| c. Other | | |
| | | 9. Total – Add Lines 7 and 8. |
| 6. Total – Add Lines 1 through 5. | 9,631 | 10. Net Income from all sources per return – Subtract Line 9 from Line 6. | 9,631 |

### Schedule K - Summary of Estimated Tax Payments

| | Check number | Date | Amount |
|---|---|---|---|
| 1. Credit from prior year return | | | |
| 2. First quarter estimated payment | | | |
| 3. Second quarter estimated payment | | | |
| 4. Third quarter estimated payment | | | |
| 5. Fourth quarter estimated payment | | | |
| 6. Payment made with extension request | | | |
| 7. Total | | | |

### Additional Information Required

1. Indicate principal place of business. NEW ORLEANS LA
2. Describe the nature of your business activity and specify your principal product or service, both in Louisiana and elsewhere.
   Louisiana:
   REAL ESTATE

   Elsewhere:

3. Indicate the date and state of incorporation. 06/26/2003 LA
4. Indicate parishes in which property is located.

5. At the end of the tax year, did you directly or indirectly own 50% or more of the voting stock of any corporation or an interest of any partnership, including any entity treated as a corporation or partnership?
   ☐ Yes  ☒ No
   If "yes," show name, address, and percentage owned.

6. At the end of the tax year, did any corporation, individual, partnership, trust, or association directly or indirectly own 50% or more of your voting stock?  ☒ Yes  ☐ No
   If "yes," show name, address, and percentage owned.
   SEE STMT 3

2244

Jonesfilm DEFS 001135

- LTI04 03/07/2012 4:47 PM

| Form CIFT-620SD | Louisiana Net Operating Loss Carryover Worksheet | | | | 2011 |
|---|---|---|---|---|---|
| | For calendar year 2011, or taxable year beginning ended | | | | |
| Name | | | Employer Identification Number | | Louisiana Account Number |
| LEEWAY PROPERTIES, INC. | | | | | 35***197 |

| Preceding Taxable Year | Adjustment Inc/(Loss) After Adj. | Prior Year | | Current Year Income Offset By NOL Carryback/ Carryover NOL Utilized | Next Year Carryover |
|---|---|---|---|---|---|
| | | NOL Utilized (Income Offset) | Carryovers | | |
| 15th 12/31/96 | | | | | |
| 14th 12/31/97 | | | | | |
| 13th 12/31/98 | | | | | |
| 12th 12/31/99 | | | | | |
| 11th 12/31/00 | | | | | |
| 10th 12/31/01 | | | | | |
| 9th 12/31/02 | | | | | |
| 8th 12/31/03 | | | | | |
| 7th 12/31/04 | -4,123 | 350 | 3,773 | 3,773 | 0 |
| 6th 12/31/05 | -8,068 | | 8,068 | 5,858 | 2,210 |
| 5th 12/31/06 | -20,729 | | 20,729 | | 20,729 |
| 4th 12/31/07 | 350 | -350 | | | |
| 3rd 12/31/08 | -331,720 | | 331,720 | | 331,720 |
| 2nd 12/31/09 | -173,513 | | 173,513 | | 173,513 |
| 1st 12/31/10 | -129,865 | | 129,865 | | 129,865 |
| NOL Carryover Available To Current Year | | | 667,668 | | |
| Current Year | 0 9,631 | | | 9,631 | 0 |
| NOL Carryover Available To Next Year | | | | | 658,037 |

Loss carryforward to Form CIFT-620, page 1, line 1c        9,631
Less federal tax refund applicable to loss on Form CIFT-620, page 1, line 1c   0
Loss deduction on Form CIFT-620, page 1, line 1c       9,631

Jonesfilm DEFS 001136

```
LPI04  LEEWAY PROPERTIES, INC.                                    8/7/2012  4:46 PM
                            Louisiana Statements
FYE: 12/31/2011
```

### Statement 1 - Form CIFT-620SD, Page 4, Schedule A, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| DUE TO/FROM CAFE AMELIE | $ 34,177 | $ 34,177 |
| DUE TO/FROM NEW MOON | 9 | 9 |
| DUE TO/FROM PRINCESS OF MONAC | 11,824 | 11,824 |
| DUE FROM A. HICKOX | 1,000 | 1,000 |
| DUE TO/FROM SAP | 762,470 | 863,299 |
| DUE TO/FROM MILTONBERGER | 2,161 | 2,161 |
| TOTAL | $ 811,641 | $ 912,470 |

### Statement 2 - Form CIFT-620SD, Page 4, Schedule A, Line 17 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| INVESTMENT IN ROYAL | $ | $ |
| INVESTMENT IN FILM PROJECTS | 69,558 | 69,558 |
| INVESTMENT IN MILTONBERGER | 468,000 | 468,000 |
| INVESTMENT IN PRINCESS OF MON | 2,319,400 | 2,319,400 |
| TOTAL | $ 2,856,958 | $ 2,856,958 |

1-2

Jonesfilm DEFS 001137

| | | 8/7/2012 4:46 PM |
|---|---|---|
| LPI04 LEEWAY PROPERTIES, INC. | Louisiana Statements | |
| FYE: 12/31/2011 | | |

Statement 3 - Form CIFT-620SD, Page 8, Additional Information Required, Line 6 - Entity Owned 50% or More of Corp's Stock

| Name of Entity Address | City | State | Zip Code | Foreign Country | EIN/SSN | Percent Owned |
|---|---|---|---|---|---|---|
| PETER HOFFMAN 1643 N. QUEENS RD | LOS ANGELES | CA | 90069 | | | 3 |

Jonesfilm DEFS 001138