# EXHIBIT 20

Case 2:09-mc-04814-JTM-DEK   Document 205-42   Filed 04/02/13   Page 1 of 4

EXHIBIT A-1

TRANSFERS FROM PMH TO LEEWAY
August 2008-December 2012

| Type | Date | Num | Name | Memo | Account | Class | Amount |
|---|---|---|---|---|---|---|---|
| **PMH TO LEEWAY 2008** | | | | | | | |
| Transfer | 09/17/2008 | | | Funds Transfer | 1101 City National Bank | | 10.00 |
| Transfer | 12/01/2008 | | | Funds Transfer | 1101 City National Bank | | 250.00 |
| Transfer | 10/01/2008 | | | Funds Transfer | 1101 City National Bank | | 425.00 |
| Transfer | 09/29/2008 | | | Funds Transfer | 1101 City National Bank | | 500.00 |
| Transfer | 08/11/2008 | | | Funds Transfer | 1101 City National Bank | | 800.00 |
| Transfer | 09/10/2008 | | | Funds Transfer | 1101 City National Bank | | 945.00 |
| Transfer | 10/16/2008 | | | Funds Transfer | 1101 City National Bank | | 2,000.00 |
| Transfer | 08/19/2008 | | | Funds Transfer | 1101 City National Bank | | 2,200.00 |
| Total | 2008 | | | INTER-COMPANY | Leeway | | 7,130.00 |
| **PMH TO LEEWAY 2009** | | | | | | | |
| Transfer | 01/07/2009 | | P&S Hoffman | Funds Transfer | 1101 City National Bank | | 250.00 |
| Deposit | 08/26/2009 | | P&S Hoffman | Deposit | 1101 City National Bank | | 6,016.00 |
| Transfer | 01/07/2009 | | P&S Hoffman | Funds Transfer | 1101 City National Bank | | 25,000.00 |
| Total | 2009 | | | INTER-COMPANY | Leeway | | 31,266.00 |
| **PMH TO LEEWAY 2010** | | | | | | | |
| Deposit | 07/27/2010 | | | Deposit | 1101 City National Bank | | 1,355.77 |
| Deposit | 12/02/2010 | | | Deposit | 1101 City National Bank | | 1,500.00 |
| Deposit | 07/20/2010 | | | Deposit | 1101 City National Bank | | 2,373.00 |
| Deposit | 10/20/2010 | | | Deposit | 1101 City National Bank | | 4,532.00 |
| Deposit | 06/22/2010 | | | Deposit | 1101 City National Bank | | 50,000.00 |
| Deposit | 08/02/2010 | | | Deposit | 1101 City National Bank | | 55,147.95 |
| Deposit | 05/14/2010 | | | Deposit | 1101 City National Bank | | 100,000.00 |
| Deposit | 08/08/2010 | | | Deposit | 1101 City National Bank | | 150,000.00 |
| Deposit | 07/14/2010 | | | Deposit | 1101 City National Bank | | 249,000.00 |
| Total | 2010 | | | INTER-COMPANY | Leeway | | 613,908.72 |
| Total | 2011 | | | INTER-COMPANY | Leeway | | |
| GRAND TOTAL | | | | | | | 652,304.72 |

EXHIBIT "35"

Page 1 of 1

Jonesfilm DEFS 000003

## TRANSFERS FROM SAFE to LEEWAY
### August 2008-December 2012

EXHIBIT A-1

| Date | Num | Name | Memo | Account | Class | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **SAFE to Leeway 2009** | | | | | | | | |
| 08/04/2009 | | Seven Arts Filmed Entertainment Limited | SAFE Wire from PLC fo 2200.04 SAFE | | | | 1101 City National Bank | 128,656.00 |
| 08/20/2009 | | Runway | Isaac Organization: 600 2200.04 SAFE | | | | 1101 City National Bank | 120,000.00 |
| 10/20/2009 | | Seven Arts Filmed Entertainment Limited | Transfer Balance of PLC 2200.04 SAFE | | | | Filmed Ente 1101 City National Bank | 101,964.00 |
| 11/16/2009 | | Seven Arts Filmed Entertainment Limited | Proceeds from Runway 2200.04 SAFE | | | | 1101 City National Bank | 100,000.00 |
| 11/23/2009 | | Seven Arts Filmed Entertainment Limited | NOTD Tax Credit Funds 2200.04 SAFE | | | | 1101 City National Bank | 100,000.00 |
| 12/08/2009 | | Seven Arts Filmed Entertainment Limited | Transfer Balance of SAI 2200.04 SAFE | | | | 1101 City National Bank | 100,000.00 |
| 12/10/2009 | | Seven Arts Filmed Entertainment Limited | 1/11/2011 SAFE-->Lee 2200.04 SAFE | | Fletcher | | 1101 City National Bank | 100,000.00 |
| 12/11/2009 | | Seven Arts Filmed Entertainment Limited | Transfer Balance - Loan 2200.04 SAFE | | | | 1101 City National Bank | 96,500.00 |
| 12/21/2009 | | Seven Arts Filmed Entertainment Limited | Balance of "Catwalk" S1 2200.04 SAFE | | | | 1101 City National Bank | 93,202.81 |
| 12/23/2009 | | Seven Arts Filmed Entertainment Limited | 1/12/2011 Correcting pr 2200.04 SAFE | | | | 1101 City National Bank | 77,980.00 |
| Total | 2,009.00 | | DEPOSIT - SAFE to Leeway | | | | | 1,018,302.81 |
| **SAFE to Leeway 2010** | | | | | | | | |
| 01/13/2010 | | Seven Arts Filmed Entertainment Limited | Funding from PLC - Tra 2200.04 SAFE | | | | 1101 City National Bank | 76,938.00 |
| 01/25/2010 | | Seven Arts Filmed Entertainment Limited | After Dark Films - "Auto 2200.04 SAFE | | Autopsy | | 1101 City National Bank | 70,000.00 |
| 02/17/2010 | | Seven Arts Filmed Entertainment Limited | "Autopsy" - After Dark P 2200.04 SAFE | | | | 1101 City National Bank | 70,000.00 |
| 02/22/2010 | | Seven Arts Filmed Entertainment Limited | Transfer from SAFE - Se 2200.04 SAFE | | | | 1101 City National Bank | 67,000.00 |
| 03/18/2010 | | Seven Arts Filmed Entertainment Limited | PNH Stock Wire - Comp 2200.04 SAFE | | | | 1101 City National Bank | 59,903.73 |
| 03/25/2010 | | Seven Arts Filmed Entertainment Limited | Scarborough / George S 2200.04 SAFE | | | | 1101 City National Bank | 50,000.00 |
| 04/09/2010 | | seven Arts Filmed Entertainment LOUISIANA | PLC Funding - Compan 2200.04 SAFE | | | | 1101 City National Bank | 49,968.00 |
| 04/15/2010 | | Seven Arts Filmed Entertainment Limited | Sony Pictures - Invoice . 2200.04 SAFE | | | | 1101 City National Bank | 40,970.00 |
| 04/22/2010 | | Seven Arts Filmed Entertainment Limited | Asher ENterprises $47,0 2200.04 SAFE | | | | 1101 City National Bank | 46,476.00 |
| 04/27/2010 | | Seven Arts Filmed Entertainment Limited | Need Detail - Transfer E 2200.04 SAFE | | | | 1101 City National Bank | 38,953.00 |
| 04/28/2010 | | Seven Arts Filmed Entertainment Limited | Transfer Balance of Alte 2200.04 SAFE | | | | 1101 City National Bank | 35,000.00 |
| 05/07/2010 | | Seven Arts Filmed Entertainment Limited | Transfer from SAFE - Ni 2200.04 SAFE | | | | Night of the 1101 City National Bank | 34,900.89 |
| 05/17/2010 | | Seven Arts Filmed Entertainment Limited | Transfer of Funds from 2200.04 SAFE | | | | 1101 City National Bank | 33,000.00 |
| 05/21/2010 | | Seven Arts Filmed Entertainment Limited | Transfer of Remaining S 2200.04 SAFE | | | | 1101 City National Bank | 30,350.81 |
| 05/28/2010 | | Seven Arts Filmed Entertainment Limited | PNH Stock Loan to SAF 2200.04 SAFE | | | | 1101 City National Bank | 30,000.00 |
| 06/02/2010 | | Seven Arts Filmed Entertainment Limited | Royalty Deposit from Eu 2200.04 SAFE | | | | 1101 City National Bank | 29,993.43 |
| 06/22/2010 | | Seven Arts Filmed Entertainment Limited | Transfer of Balance fron 2200.04 SAFE | | | | 1101 City National Bank | 27,968.50 |
| 06/23/2010 | | Seven Arts Filmed Entertainment Limited | PNH Loan Payable to S 2200.04 SAFE | | | | 1101 City National Bank | 25,000.00 |
| 07/07/2010 | | Seven Arts Filmed Entertainment Limited | Transfer Balance of PM 2200.04 SAFE | | | | 1101 City National Bank | 25,000.00 |
| 07/14/2010 | | Seven Arts Filmed Entertainment Limited | Transfer balance of PLC 2200.04 SAFE | | | | Filmed Ente 1101 City National Bank | 22,190.00 |
| 07/21/2010 | | Seven Arts Filmed Entertainment Limited | Advance rec'd from PLC 2200.04 SAFE | | | | 1101 City National Bank | 21,968.00 |
| 08/16/2010 | | Seven Arts Filmed Entertainment Limited | Transfer Balance Fire D 2200.04 SAFE | | | | 1101 City National Bank | 19,982.00 |
| 10/14/2010 | | Seven Arts Filmed Entertainment Limited | Transfer of PLC Compar 2200.04 SAFE | | | | 1101 City National Bank | 19,950.10 |
| 10/20/2010 | | Seven Arts Filmed Entertainment Limited | Transfer Balance of PLC 2200.04 SAFE | | | | 1101 City National Bank | 18,968.17 |
| 11/10/2010 | | Seven Arts Filmed Entertainment Ltd | Transfer Balance from E 2200.04 SAFE | | | | 1101 City National Bank | 17,764.07 |
| Total | 2010 | | DEPOSIT - SAFE to Leeway | | | | | 959,591.58 |
| **SAFE to Leeway 2011** | | | | | | | | |
| 01/07/2011 | | Seven Arts Filmed Entertainment Ltd | SAFE-->Leeway advan 2200.04 SAFE | | | | 1101 City National Bank | 16,460.00 |
| 01/11/2011 | | Seven Arts Filmed Entertainment Ltd | Transfer Balance of Dog 2200.04 SAFE | | | | 1101 City National Bank | 12,500.00 |
| 01/12/2011 | | Seven Arts Filmed Entertainment Ltd | Transfer Balance of Inco 2200.04 SAFE | | | | 1101 City National Bank | 7,169.85 |
| 01/21/2011 | | Seven Arts Filmed Entertainment Ltd | Cover Payroll Pt w/e 10/ 2200.04 SAFE | | | | 1101 City National Bank | 2,000.00 |
| Total | 2011 | | DEPOSIT - SAFE to Leeway | | | | | 38,129.85 |
| Grand Total | | | | | | | | 2,026,424.24 |

Page 1 of 1

Jonesfilm DEFS 000004

EXHIBIT A-1

## TRANSFERS FROM SAP INC TO LEEWAY
### August 2008-December 2012

| Type | Date | Num | Name | Memo | Account | Class | Amount |
|---|---|---|---|---|---|---|---|
| | | | **SAP Inc to Leeway 2009** | | | | |
| Transfer | 04/16/2009 | | Seven Arts Pictures | Funds Transfer | 1101 City National Bank | | 5.00 |
| Transfer | 03/05/2009 | | Seven Arts Pictures | Funds Transfer | 1101 City National Bank | | 50.00 |
| Transfer | 02/02/2009 | | Seven Arts Pictures | Funds Transfer | 1101 City National Bank | | 150.00 |
| Transfer | 08/24/2009 | | Seven Arts Pictures | Transfer from INC | 1101 City National Bank | | 14,790.00 |
| Transfer | 02/10/2009 | | Seven Arts Pictures | Funds Transfer - Dec | 1101 City National Bank | | 37,321.18 |
| Deposit | 03/17/2009 | | Seven Arts Pictures | Deposit | 1101 City National Bank | | 111,622.00 |
| Total | 2009 | | INTER-COMPANY | | DEPOSIT | - SAP to Leeway | 163,938.18 |
| | | | **SAP Inc to Leeway 2010** | | | | |
| Deposit | 12/16/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 1,000.00 |
| Deposit | 10/12/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 2,404.00 |
| Deposit | 12/17/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 11,087.30 |
| Deposit | 08/13/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 11,228.21 |
| Deposit | 05/19/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 16,822.00 |
| Deposit | 03/05/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 22,748.35 |
| Deposit | 09/08/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 25,345.86 |
| Deposit | 11/03/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 29,985.00 |
| Deposit | 08/11/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 30,000.00 |
| Deposit | 04/20/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 30,824.00 |
| Deposit | 01/14/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 36,000.00 |
| Deposit | 08/02/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 51,495.00 |
| Deposit | 03/03/2010 | | Seven Arts Pictures Inc | Deposit | 1101 City National Bank | | 70,029.34 |
| Total | 2010 | | INTER-COMPANY | | DEPOSIT | - SAP to Leeway | 338,949.06 |
| Total | 2011 | | INTER-COMPANY | | DEPOSIT | - SAP to Leeway | 0.00 |
| **GRAND TOTAL** | | | | | | | 502,887.24 |

Jonesfilm DEFS 000005