# EXHIBIT 21

GUY W. SMITH
Ashbury Centre
1100 Poydras Street
New Orleans, LA
70163-3000

2019 JAN 10 P 1:16

CIVIL
DISTRICT COURT

## CONVEYANCE TO CORPORATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BE IT KNOWN, as of this 23rd day of November, 2011,

BEFORE ME, John F. Shreves, a Notary Public, duly commissioned and qualified, in and for the State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

PERSONALLY APPEARED:

LEEWAY PROPERTIES, INC.,

a Louisiana corporation, herein represented by its duly authorized president, Susan H. Hoffman; its mailing address is 900 Royal Street, New Orleans, Louisiana 70115 (hereinafter sometimes referred to as "vendor"),

who declared that Leeway Properties, Inc. does by these presents transfer, grant, bargain, sell, convey, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which it has or may have against all preceding owners and vendors, unto

ROYAL ALICE PROPERTIES, LLC,

a Louisiana limited liability company, herein represented by its initial manager Guy W. Smith; its mailing address is 900 Royal Street, New Orleans, Louisiana 70115 (hereinafter sometimes referred to as "purchaser")

being here present, accepting and purchasing for itself, its successors and assigns, and acknowledging due delivery and possession thereof, all of vendor's interest in and to the following described property (the "Property") to-wit:

1 - Units "D" and "E" of the Miltonberger House - A Condominium (the "Condominium"), created pursuant to a "Condominium Declaration, Creating and Establishing Miltonberger House - A Condominium," by act passed before Guy W. Smith, N.P., on May 9, 2001, filed in the Conveyance Office of Orleans Parish as CIN 220394 on July 12, 2001 (NA# 2001-30453), as amended by "Act of





EXHIBIT "25"

Case 19-12337 Doc 132-30 Filed 04/8/20 Entered 04/8/20 14:37:13 Exhibit 21 Deed of Conveyance Page 3 of 8

Case 19-12337   Claim 2-1 Part 4   Filed 12/02/19   Petition for Foreclosure by Executory Process with Order and Exhibits.part 2   Page 34 of 46

Amendment To Condominium Declaration," passed before Guy W. Smith, N.P., on August 9, 2001, filed as CIN 222071 on August 10, 2001 (NA# 2001-35723), together with undivided interests in the Common Elements of the Condominium of 17.86% and 8.93%, respectively; the Condominium relates to the following described property:

> ONE CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, in Square 48 thereof, which square is bounded by Royal, St. Philip, Chartres and Dumaine Streets, designated as Lot 2 on a survey by Gilbert & Kelly, Surveyors, dated August 24, 1944, recertified as of July 21, 1961, a print of which is attached to and made part of an act passed before J. D. Dresner, Notary Public, on July 21, 1961, and according thereto Lot 2 commences 30 feet 2 inches 4 lines from the corner of Dumaine and Royal Streets, and measures 27 feet 7 inches 2 lines front on Royal Street, the same in width in the rear, by a depth of 90 feet 1 inch 4 lines; between equal and parallel lines; together with a common alley of 4 feet 3 inches 2 lines in width for the use of said Lot 2 and Lots 1 and 3, which adjoin the aforesaid Lot 2; Lot 2 is designated as Lot 23 on the assessment roll.
>
> Said common alley also appears on a survey by J. A. D'Hemecourt, Surveyor, dated June 2, 1855, which is annexed to an act before Adolph Boudousquie, Notary Public, dated June 15, 1855.
>
> The improvements thereon bear municipal number 906 Royal Street, New Orleans, Louisiana 70116.
>
> Being the same property acquired by Susan Himmelstein Hoffman, as her separate and paraphernal property, from Floyd McLamb, by act passed before Michael E. Winters, N.P., on March 31, 2000 and filed as CIN 196459 on April 12, 2000.

This Property is subject to the following:

(i) Covenants, conditions, restrictions, servitudes, liens for assessments, and limitations on title set forth in the Act of Declaration Creating and Establishing a Condominium Regime for the Miltonberger House - A Condominium, executed by Susan Himmelstein Hoffman, dated May 9, 2001, filed as Notarial Archives Instrument #2001-

2

Case 19-12337 Doc 13-30 Filed 04/3/20 Entered 04/3/20 14:39:13 Exhibit 21 Deed of Conveyance Page 4 of 8

Case 19-12337   Claim 2-1 Part 4   Filed 12/02/19   Petition for Foreclosure by Executory Process with Order and Exhibits.part 2   Page 35 of 46

30453, and Conveyance Instrument Number 220394.

(ii) Easements, rights of way, servitudes, encroachments, overlaps and other matters which would be shown on a current survey of the property and as shown on the survey made a part of the Condominium Declaration, including, but not limited to, the encroachment of the balcony onto right of way of Royal Street as shown on the survey of Gilbert, Kelly & Couturie, Inc., Surveying & Engineering dated January 11, 2001, annexed to an act at CIN 220394.

and

2 - Units "A", "B", "C" and "H" of The Princess of Monaco - A Condominium (the "Condominium"), created pursuant to a "Condominium Declaration, Creating and Establishing The Princess of Monaco - A Condominium," by an act passed before Guy W. Smith, N.P., on May 29, 2002, filed in the Conveyance Office of Orleans Parish as CIN 238695 on June 21, 2002 (NA# 2002-30820), together with undivided interests in and to the Common Elements of the Condominium of 10.33%, 6.44%, 23.84% and 14.95%, respectively; the Condominium relates to the following described property:

TWO CERTAIN LOTS OR PARCELS OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, in Square 48 thereof, which square is bounded by Royal, St. Philip, Chartres and Dumaine Streets, designated as Lots 3 and 4 on a survey by Gilbert & Kelly dated June 23, 1953, redated July 13, 1968, and according thereto Lots 3 and 4 adjoin each other and are described as follows:

Lot 3 lies nearer to and commences 57 feet 9 inches 6 lines from the corner or Royal and Dumaine Streets and measures 27 feet 9 inches 4 lines front on Royal Street, a width in the rear of 27 feet 9 inches 0 lines, by a depth of 94 feet 5 inches 0 lines between equal lines;

Lot 4 adjoins Lot 3, commences 85 feet 7 inches 2 lines from the corner of Royal and Dumaine Streets and measurers 44 feet 9 inches 1 line front on Royal Street, the same in width in the rear, by a depth of 127 feet 10 inches 5 lines between equal and parallel lines;

3

together with the use of the alley fronting on Dumaine Street common to Lots 1, 2 and 3; the improvements thereon bear municipal numbers 910 Royal Street.

According to surveys by Gilbert Kelly & Couterié dated July 16, 1977, redated November 1, 1978, and S.Z.S. Consultants dated June 3, 1997, the lots are as above described except that the improvements bear municipal numbers 910 and 912 Royal Street.

Being the same property acquired by Susan Lee Himmelstein, wife of/and Peter M. Hoffman from the 910 Royal Street Partnership by cash sale passed before Robert J. Bergeron, N. P., on June 10, 1997, registered in the Conveyance Office of Orleans Parish as CIN 141144 on June 11, 1997 (NA #97-27272)

This Property is subject to the following:

(i) Covenants, conditions, restrictions, servitudes, liens for assessments, and limitations on title set forth in the Act of Declaration Creating and Establishing a Condominium Regime for The Princess of Monaco - A Condominium, executed by Susan Lee Himmelstein, wife of/and Peter M. Hoffman, dated May 29, 2002, filed as Notarial Archives Instrument #2002-30820, and Conveyance Instrument Number 238695.

(ii) Easements, rights of way, servitudes, encroachments, overlaps and other matters which would be shown on a current survey of the property and as shown on the survey made a part of the Condominium Declaration, including, but not limited to, the encroachment of the balcony onto right of way of Royal Street as shown on the survey of Gilbert, Kelly & Couturie, Inc., Surveying & Engineering dated February 5, 2002, annexed to CIN 238695.

The above-described properties are subject to various leases, all of which purchaser acknowledges and agrees to take subject thereto.

TO HAVE AND TO HOLD the above described property unto purchaser, its successors and assigns forever.

THIS SALE IS MADE AND ACCEPTED for and in consideration of the purchaser conveying, issuing, transferring and delivering all of the membership interest of the purchaser to the owner and assignee of the stock of vendor, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

4

Vendor declares that all state, city and parish taxes up to and including the taxes due and exigible in 2011 are paid and have been pro rated between the parties this date. Any subsequent adjustment will be made between the vendor and purchaser itselves. Payment of all future taxes is assumed by the purchaser.

Vendor declares that said Property has not been heretofore alienated by the vendor, nor is it subject to any encumbrance whatsoever, except:

1. Mortgage in the principal sum of $850,000 in favor of Regions Bank, encumbering Lots 3 and 4 of Square 48 (910-12 Royal Street), dated June 10, 1997, filed as MIN 420873 (NA #97-27273);

2. Mortgage in the principal sum of $100,000 in favor of Regions Bank, encumbering Lots 3 and 4 of Square 48 (910-12 Royal Street), dated June 18, 1998, filed as MIN 470730 (NA #98-28848); and,

3. Mortgage in the principal sum of $800,000 in favor of Regions Bank, encumbering Lot 2 of Square 48 (906 Royal Street), dated August 17, 2001, filed as MIN 617310 (NA #2001-38042).

Purchaser acknowledges the encumbrances listed above and accepts this conveyance subject thereto, declared itself satisfied therewith, and relieves and releases me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.P., from any and all responsibility in connection therewith.

The parties to this act waive all certificates required by law or by custom, and relieve and release me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.P., from any and all responsibility or liability in connection with their non-production.

The parties hereto have waived an examination of the title of the above described Property in connection with this conveyance and acknowledge that the undersigned Notary Public has not been asked to examine title to the above described property, nor has he rendered an opinion on same, and relieve and release me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.L.P., and from any and all responsibility in connection therewith.

5

Case 19-01337 Doc 12-30 Filed 04/13/20 Entered 04/13/20 13:07:23 Exhibit 21 Deed of Conveyance Page 7 of 8

Case 19-12337 Claim 2-1 Part 4 Filed 12/02/19 Petition for Foreclosure by Executory Process with Order and Exhibits.part 2 Page 38 of 46

AND NOW TO THESE PRESENTS intervenes Susan H. Hoffman, the owner of all of the shares of stock of vendor Leeway Properties, Inc and in and for the consideration cited above, sells, conveys and delivers all of the right, title and interst she may own in the property above described.

THUS DONE AND PASSED at New Orleans, Louisiana, as of the day, month and year herein first above written, in the presence of the undersigned, competent witnesses, who hereunder sign their names with said appearers, and me, Notary Public, after reading of the whole.

WITNESSES:

*Beth M. Cable*
BETH M. CABLE

*Jude A. Jastram*
JUDE A. JASTRAM

VENDOR:

LEEWAY PROPERTIES, INC.

By: *Susan H. Hoffman*
Susan H. Hoffman
President

INTERVENOR:

*Susan H. Hoffman*
Susan H. Hoffman

PURCHASER:

ROYAL ALICE PROPERTIES, LLC

By: *[signature]*
Guy W. Smith
Initial Manager

*John F. Shreves*
John F. Shreves
Notary Public
JOHN F. SHREVES
Notary Public, State of Louisiana
La. Bar Roll No. 17139
My Commission is Issued For Life.

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

6

```
NA #: 11-44751
INST. #: 501837
TYPE: PRIVATE SALE
AMT: $90.00
DATE: 12/5/2011 12:33:35 PM
DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
```

(JRG)

Sybil Thomas, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court