# EXHIBIT 23E

## STILLMAN & ASSOCIATES

3015 NORTH BAY ROAD, SUITE B
MIAMI BEACH, FL 33140

TELEPHONE (888) 235-4279
FACSIMILE (888) 235-4279
e-mail pstillman@stillmanassociates.com

PHILIP H. STILLMAN
ADMITTED IN MASSACHUSETTS

115 North Orange Drive
Los Angeles, California 90036

March 19, 2020

BARRY GOLDIN, ESQ.
3744 Barrington Dr.
Allentown, PA 18104

Re:  Seven Arts Entertainment/Picture Pro LLC

Mr. Goldin:

I am counsel to Picture Pro LLC ("PPL"). As counsel for PPL, I am conversant with the affairs of Seven Arts Entertainment Inc. ("SAE"). Peter Hoffman, a member of PPL, has advised me of the following. You apparently acting as counsel for Arrowhead Capital Finance Inc. ("Arrowhead") have (a) served a subpoena on a former licensee of SAE, Uncork'd Entertainment ("UCE"), (b) appear to have left a subpoena for PPL on the doorstep of Mr. Hoffman's home in heavy rain (we are guessing because it was soaked and unreadable) and (c) purported to serve further judgment debtor discovery on SAE by email on SAE's former counsel Mr. Markovich.

PPL on behalf of itself and SAE objects to any subpoenas issued by the United States District Court for the Southern District of New York ("SDNY") to PPL or UCE because the SDNY has no personal jurisdiction over PPL or UCE and because PPL was not properly served. PPL on behalf of itself and SAE objects to any purported judgment debtor discovery on SAE because it is duplicative of previously served discovery and because SAE is inactive with no bank account activity since later 2015. As you are well aware, SAE transferred all of its assets at various times in 2015 to satisfy its creditors, particularly Palm Finance. PPL confirms that SAE has kept and maintained no assets, bank accounts or any files or records for more than four years.

If you intend on behalf of Arrowhead to claim against any transferee of SAE, be advised that the applicable limitation period on all such claims has expired under California law. Further be advised that any efforts to harass transferees of SAE for

claims long since expired will subject you to substantial penalties and claims, all of which will be aggressively pursued. Be further advised that Mr. Markovich is not now and has not been counsel for SAE since issuance of the Court of Appeal opinion affirming the judgment you are seeking to enforce on behalf of Arrowhead. Cease all further communications with him.

The foregoing is not a complete statement of PPL's rights in the premises and all such rights are reserved.

Sincerely,

Philip H. Stillman

cc: Raymond Markovich
    Peter Hoffman

**Barry Goldin**

| | |
|---|---|
| From: | Philip H. Stillman, Esq. <pstillman@stillmanassociates.com> |
| Sent: | Friday, March 20, 2020 11:23 AM |
| To: | barrygoldin@earthlink.net |
| Subject: | Picture Pro LLC |
| Attachments: | PMHGoldLtrv.2.pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Please see the attached letter.

Philip H. Stillman | STILLMAN • ASSOCIATES
3015 North Bay Road | Suite B |
Miami Beach, FL 33140
V: 888.235.4279 | F: 888.235.4279
pstillman@stillmanassociates.com |
www.stillmanassociates.com

NOTICE: This electronic mail transmission may contain confidential information and is intended only for the person(s) named. Any use, copying or disclosure by any other person is strictly prohibited. If you have received this transmission in error, please delete this email and notify the sender via e-mail. Sender is an attorney licensed only in California and Massachusetts.

1