# EXHIBIT 23G

**STILLMAN & ASSOCIATES**

3015 NORTH BAY ROAD, SUITE B
MIAMI BEACH, FL 33140
TELEPHONE (888) 235-4279
FACSIMILE (888) 235-4279
e-mail pstillman@stillmanassociates.com

PHILIP H. STILLMAN
ADMITTED IN MASSACHUSETTS

115 North Orange Drive
Los Angeles, California 90036

April 9, 2020

BARRY GOLDIN, ESQ.
3744 Barrington Dr.
Allentown, PA 18104

Re: Seven Arts Entertainment/Picture Pro LLC

Mr. Goldin:

I am counsel to Picture Pro LLC ("PPL"). As counsel for PPL, I am conversant with the affairs of Seven Arts Entertainment Inc. ("SAE"). I am in receipt of your letter of March 25, 2020. PPL generally and specifically denies the many misstatements in your letter.

You appear to be operating under a misapprehension concerning the limitations on "nationwide" subpoenas in the federal system. It is "axiomatic that, before compelling a non-party to comply with a subpoena pursuant to [FRCP 45], a court must have personal jurisdiction over that non-party. Gucci America, Inc. v. Wexinghi, 768 F.3d 122, 141 (2d Cir. 2014) . . ." Nike, Inc. v. Wu, 2018 U.S. Dist. LEXIS 158174 (S.D.N.Y. Sep. 9, 2018) at *9. You appear to concede that there is no personal jurisdiction in New York over PPL or Uncork'd Entertainment. Neither have offices in that jurisdiction and neither have any contacts with that jurisdiction regarding the subject matter of the Arrowhead judgment.

Mr. Markovich has not been SAE's attorney since the case in New York was closed as shown on the docket. He has withdrawn to eliminate any further confusion on your part. He advises that he has previously advised you in writing that he has no further engagement from SAE and that you have acknowledged such. If you have any further questions on this issue, please direct them to Mr. Markovich.

The foregoing is not a complete statement of PPL's rights in the premises and all such rights are reserved.

Sincerely,

Philip H. Stillman

cc: Raymond Markovich
    Peter Hoffman

**Barry Goldin**

| | |
|---|---|
| **From:** | Philip H. Stillman, Esq. <pstillman@stillmanassociates.com> |
| **Sent:** | Thursday, April 09, 2020 7:15 PM |
| **To:** | Barry Goldin |
| **Subject:** | Picture Pro LLC |
| **Attachments:** | PMHGoldRepv.3.pdf |

Please see the attached letter.

Philip H. Stillman | STILLMAN • ASSOCIATES
3015 North Bay Road | Suite B |
Miami Beach, FL 33140
V: 888.235.4279 | F: 888.235.4279
pstillman@stillmanassociates.com |
www.stillmanassociates.com

NOTICE: This electronic mail transmission may contain confidential information and is intended only for the person(s) named. Any use, copying or disclosure by any other person is strictly prohibited. If you have received this transmission in error, please delete this email and notify the sender via e-mail. Sender is an attorney licensed only in California and Massachusetts.

1