UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 19-12337 |
| | * | |
| ROYAL ALICE PROPERTIES, LLC | * | SECTION "A" |
| | * | |
| Debtor | * | CHAPTER 11 |
| ****************************************** | | |
| ARROWHEAD CAPITAL FINANCE, LTD., | * | |
| | * | |
| Plaintiff | * | Adv. Proc. No. 20-01022 |
| v. | * | |
| | * | |
| ROYAL ALICE PROPERTIES, LLC, | * | |
| | * | |
| Defendant | * | |
| | * | |

**DEBTOR ROYAL ALICE PROPERTIES LLC REQUEST FOR JUDICIAL NOTICE**

NOW INTO COURT, through undersigned counsel, comes Debtor Royal Alice Properties LLC who moves the Court pursuant to FREvid. 201(b)(2) to take judicial notice of the records and documents described below by Exhibit number, true, correct and authentic copies being attached hereto. This Request For Judicial Notice is filed in support of Debtor's Motion To Dismiss Complaint [FRP 12(b)(6)] filed herewith.

This Court may take judicial notice of a "fact that is not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FREvid. 201(b)(2).

The Court specifically may take judicial notice of "official published records" of the State of Louisiana or of sister state court when these records are placed "on file with the Court." United States v. Hawkins, 566 F.2d 1006, 1008 n.2 (5th Cir. 1978). Accord NCNB Texas Nat'l Bank v. Johnson, 11 F.3d 1260, 1263 n.2 (5th Cir. 1994).

1

In addition, this Court may take judicial notice of "public records" directly relevant to a motion to dismiss pursuant to FRCP 12(b)(6). Frank v. Stryker Corp., 631 F.3d 777, 783 (5th Cir. 2011). In addition, this Court may take judicial notice of actions of incorporated bodies such as minutes of a meeting. Sisson v. Univ. of Texas High School, 927 F.3d 343, 348 n.2 (5th Cir. 2019).

This Court should therefore take judicial notice of the following documents and records:

Exhibit 1 is comprised of (A) the Marital Settlement Agreement dated July 7, 2003 and (B) Judgment of Legal Separation entered by the Superior Court of the State of California for the County of Los Angeles on July 16, 2007.

Exhibit 2 is comprised of (A) Donation Inter Vivos of 900 Royal dated February 2, 1997, (B) Conveyance To Corporation dated July 7, 2003 and (C) Conveyance To Corporation dated November 23, 2011, all as recorded in the Orleans Parish property records.

Exhibit 3 is Assignment of Motion Picture Assets dated August 28, 2014.

Exhibit 4 is comprised of (A) Articles of Leeway Properties Inc. ("Leeway") dated June 26, 2003, (B) By-Laws of Leeway dated June 26, 2003 and (C) Unanimous Written Consent of Leeway Board of Directors dated July 7, 2003.

Exhibit 5 is comprised of (A) the 2018 Federal joint tax return of Peter and Susan Hoffman; (redacted social security numbers) and (B) the 2017 Federal tax return of Seven Arts Entertainment Inc.

Exhibit 6 is comprised of (A) Loan Agreement dated July 31, 2013 among Debtor, Susan Hoffman and AMAG, Inc. and (B) the Note of the same date by Debtor and Mrs. Hoffman in favor of AMAG.

Exhibit 7 is comprised of (A) the Articles of Debtor dated November 21, 2011 and (B) the Operating Agreement of Debtor dated as of November 22, 2011.

Dated: April 22, 2020

_____
**STILLMAN & ASSOCIATES**
**PHILIP H. STILLMAN (Cal.152861)**
**3015 N. Bay Rd. Ste B**
**Miami Beach, FL 33140**
**Tel: (888) 235-4279**
**pstillman@stillmanassociates.com**

and

*/s/ Leo D. Congeni*

_____
**CONGENI LAW FIRM, LLC**
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA  70130
Telephone: 504-522-4848
Facsimile:  504-910-3055
Email:  leo@congenilawfirm.com

*Counsel for Royal Alice Properties, LLC*

3