# EXHIBIT 2(A) TO REQUEST FOR JUDICIAL NOTICE

# ADVERSARY PROCEEDING 20-01022

VERIFIED

DONATION INTER VIVOS : . _____ 3/5/97

BY ·.  PETER M. HOFFMAN, DONOR                    STATE OF LOUISIANA

TO:    SUSAN LEE HIMMELSTEIN SHAPIRO HOFFMAN,   PARISH OF ORLEANS
       DONEE

BE IT KNOWN, that on this 25th day of February, 1997,

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the parish and state aforesaid, therein residing, and in the presence of the two competent witnesses hereinafter named and undersigned:

PERSONALLY APPEARED:

SUSAN LEE HIMMELSTEIN,

of the full age of majority and a resident of and domiciled in the State of California, who declared that she has been married but twice, the first time to Joel Ivan Shapiro, from whom she was divorced by judgment entered on June 6, 1979, by judgment in proceedings numbered 35307/78 of the Supreme Court, State of New York, in and for the County of New York, and secondly to Peter M. Hoffman, from whom she has not been judicially separated nor divorced (whose mailing address is 650 Bronson, Chine Building, Hollywood, CA 70004),

wife of/and

PETER M. HOFFMAN,

of the full age of majority and a resident of and domiciled in the State of California, herein appearing by and through his agent and attorney-in-fact, empowered and authorized by an act of procuration passed before Virginia Dare Goble, a Notary Public, dated February 24, 1997, a copy of which is attached hereto, who stated that Peter M. Hoffman has been married but twice, the first time to Elizabeth L. Kroger, from whom he was divorced on June 6, 1980, by judgment in proceeding number D978-4196 of the Superior Court of California, County of Los Angeles, and secondly, to Susan Lee Himmelstein Shapiro, from whom he has not been judicially separated, nor divorced;

who further declared that:

The following property (hereinafter the "Property") is owned by Susan Lee Himmelstein, wife of/and Peter M. Hoffman, as community property forming part of the community of acquets and gains now existing between them:

03-03-97 0tCL764B     DONAT 125     40.00



THAT PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in SQUARE NO. 48 of the SECOND DISTRICT of the CITY OF NEW ORLEANS, STATE OF LOUISIANA, bounded by ROYAL, DUMAINE, ST. PHILIP and CHARTERS STREETS, designated as LOT NO. 1, forms the corner of Royal and Dumaine Streets, measures 30 feet, 2 inches, 4 lines front on Royal Street, by a depth between equal and parallel lines and front on Dumaine Street of 90 feet, 1 inch, 4 lines, the rear of said lot fronting on common alley measuring 4 feet, 3 inches, 4 lines in width and opening on Dumaine Street, which measurements were certified to be substantially in accord with sketch shown on letter of Gandolfo, Kuhn & Associates, dated March 18, 1967, attached to an authentic Act before Arthur L. Ballin, Notary Public, on March 28, 1967.

The above description is also in accordance with a survey by Harris & Various, Consulting Engineers, dated October 3rd, 1978, a copy of which survey is attached to the Mortgage dated 12/12/83, passed before Curtis Allen Hennesy, recorded in MOB 2437, folio 555.

Improvements thereon bear Municipal Nos. 900-02 Royal Street.

Being the same property acquired by Susan Lee Himmelstein, wife of and Peter M. Hoffman from Dryades Savings and Loan Association by act of credit sale passed before Patrick M. Gusman, Notary Public, on October 30, 1990, registered in Orleans Parish as _____ on October 31, 1990.

Peter M. Hoffman, in consideration of the love and affection that he has for his wife, Susan Lee Himmelstein, desires to and does hereby irrevocably donate, give and transfer his undivided one-half (1/2) interest in the Property to his wife, Susan Lee Himmelstein, as her separate property, so that the entire Property will be and become his wife's separate property in accordance with Louisiana Civil Code Article 2343, and other laws of the State of Louisiana, by virtue of which Peter M. Hoffman donates and transfers to the separate estate of Susan Lee Himmelstein, his undivided one-half (1/2) interest in the Property, and thereby also transforms Susan Lee Himmelstein's equal interest therein into her separate property, so that henceforth, the entire Property shall be the separate property of Susan Lee Himmelstein, under her separate administration and control.

Susan Lee Himmelstein, individually, and for her separate estate, does hereby accept with gratitude the donation for herself, her heirs and assigns, and acknowledges due delivery and possession of all of her and of Peter M. Hoffman's right, title, and interest in and to said Property as her separate and paraphernal property.

2



### POWER OF ATTORNEY TO DONATE REAL ESTATE

BY:  Peter M. Hoffman (Principal)

TO:  Christina H. Belew, Esq. and/or Guy W. Smith, Esq. (Agents)

BE IT KNOW, that on this _____ day of February, 1997,

BEFORE ME, _____, a Notary Public, duly commissioned and qualified in and for the County of _____, State of California, therein residing, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY APPEARED:

PETER M. HOFFMAN,

of the full age of majority and a resident of and domiciled in the County of _____, State of California, who declared that he has been married but twice, the first time to Elizabeth L. Kreger, from whom he was divorced on June 6, 1980, by Judgment of the Superior Court of California, County of Los Angeles, Proceeding No. D978-4196, and secondly, to Susan Lee Himmelstein Hoffman, from whom he has not been judicially separated nor divorced. His mailing address is 650 Bronson, Clune Building, Hollywood, CA 90004 (hereinafter sometimes referred to as "Appearer").

who declared that he does by these presents name, constitute and appoint Christina H. Belew, Esq. and/or Guy W. Smith, Esq., or either of them, persons of the full age of majority and residents of and domiciled in the Parish of Orleans, State of Louisiana, to be his lawful agents and attorneys-in-fact, for and on his behalf, and in his name, place and stead, to irrevocably donate, give, grant and transfer all of his interest in the following described property, being an undivided one-half thereof, to his beloved wife, Susan Lee Himmelstein Hoffman, to execute a donation inter vivos, to appear before any Notary Public and execute an act of donation, conveying with full warranty all of Appearer's undivided interest in and to the following described property, to-wit:

THAT PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in SQUARE NO. 48 of the SECOND DISTRICT of the CITY OF NEW ORLEANS, STATE OF LOUISIANA, bounded by ROYAL, DUMAINE, ST. PHILIP and CHARTRES STREETS, designated as LOT NO. 1, forms the corner of Royal and Dumaine Streets, measures 30 feet, 2 inches, 4 lines front on Royal Street, by a depth between equal and parallel lines and front on Dumaine Street of 90 feet, 1 inch, 4 lines, the rear of said lot fronting on common alley measuring 4 feet, 3 inches, 4 lines in width and opening on Dumaine Street, which measurements were certified to be substantially in accord with sketch shown on letter of Gandolfo, Kuhn & Associates, dated March 18, 1967, attached to an authentic Act before Arthur L. Ballin, Notary Public, on March 28, 1967.



The above description is also in accordance with a survey by Harris & Varisco, Consulting Engineers, dated October 3rd, 1978, a copy of which survey is attached to the Mortgage dated 12/13/83, passed before Curtis Allen Hennesy, recorded in MOB 2437, folio 555.

Improvements thereon bear Municipal Nos. 900-02 Royal Street.

Being the same property acquired by Susan Lee Himmelstein, wife of/and Peter M. Hoffman from Dryades Savings and Loan Association by act of credit sale passed before Patrick M. Gusman on October 30, 1990, registered in Orleans Parish as _____ on October 31, 1990.

Appearer further declares that he does hereby authorize said agent and attorney-in-fact to incorporate in said donation such warranties, substitution and subrogation of warranties and other provision as said agents and attorneys-in-fact, or either of them, shall deem necessary and proper in said agents and attorneys-in-fact's sole and uncontrolled discretion, to sign all papers, documents and acts necessary in order to donate and convey Appearer's interest in the hereinabove described property, and to do any and all things said agents, in his or her sole and uncontrolled discretion, deem necessary or proper in connection therewith.

Said Appearer does further declare that he does hereby give and grant unto Appearer's agents and attorneys-in-fact, or either of them, full and complete power to perform any and all acts necessary and proper in the premises as fully as Appearer could do if Appearer was personally present and acting for himself.

Whenever used herein, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders. Where the Appearer herein is more than one person, the term "Appearer" as used herein shall be deemed to include the plural and to refer to each and every such person as the context may indicate.

THUS DONE AND PASSED in multiple originals in _____, California, on the day, month and year herein first above written, in the presence of the undersigned witnesses, who hereunto sign their names with said Appearer to me, Notary, after reading of the whole.

WITNESSES:

PETER M. HOFFMAN

S.S. # _____

NOTARY PUBLIC

2



Appearers further declare that the Property, which has heretofore been property forming part of the community of acquets and gains existing between Susan Lee Himmelstein, wife of/and Peter M. Hoffman, is now declared to be the separate property of Susan Lee Himmelstein Shapiro Hoffman, under her separate administration and control, the natural and civil fruits of said Property forming a part of Susan Lee Himmelstein Shapiro Hoffman's separate property.

TO HAVE AND TO HOLD said property unto Susan Lee Himmelstein Shapiro Hoffman, her heirs and assigns forever.

Appearers declare that said donation is valued at $500,000.

The parties hereto waive and dispense with the production of any mortgage, conveyance, tax or other certificates which are required by law or obtained by custom, and relieve and release me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn from any and all liability or responsibility in connection therewith.

THUS DONE AND PASSED, in my office in New Orleans, Louisiana, on the day, month, and year herein first above written, in multiple originals, in the presence of the undersigned competent witnesses, who hereunto sign their names and said Appearers and me, Notary, after due reading of the whole.

WITNESSES:                          DONOR

                                    PETER M. HOFFMAN

                                    By:
                                        His Agent and Attorney-In-Fact

                                    (S.S. # 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)

                                    DONEE

                                    Susan Lee Himmelstein Shapiro Hoffman

                                    (S.S. # 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)

                                    NOTARY PUBLIC

INSTR No. 136,017
CONVEYANCE OFFICE
PARISH OF ORLEANS

3

# EXHIBIT 2(B) TO REQUEST FOR JUDICIAL NOTICE

# ADVERSARY PROCEEDING 20-01022

CONVEYANCE OFFICE
GASPER J. SCHIRO

**GUY W. SMITH**
THIRTIETH FLOOR-ENERGY CENTRE
1100 POYDRAS ST.
NEW ORLEANS, LA 70163-3000
569-2030

### CONVEYANCE TO CORPORATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BE IT KNOWN, as of this 7th day of July, 2003,

BEFORE ME, Guy W. Smith, a Notary Public, duly commissioned and
qualified, in and for the State of Louisiana, therein residing, and in the presence of
the witnesses hereinafter named and undersigned,

PERSONALLY APPEARED:

SUSAN LEE HIMMELSTEIN,
wife of/and
PETER M. HOFFMAN,

of the full ages of majority and residents of and domiciled in the
State of California, who declared that Susan Lee Himmelstein has
been married but twice, first to Joel Ivan Shapiro, from whom she
was divorced on June 4, 1979, by judgment rendered in Index
Number 34307/78 of the Supreme Court, New York County, New
York, and secondly to Peter M. Hoffman, from whom she has not
been judicially separated nor divorced; and Peter M. Hoffman has
been married but twice, first to Elizabeth L. Kroger, from whom he
was divorced on June 6, 1980, by judgment rendered in proceedings
number D 978-4196 of the Superior Court of California, County of
Los Angeles, and secondly to Susan Lee Himmelstein, from whom
he has not been judicially separated nor divorced; their mailing
address is 9051 Oriole Way, Los Angeles, CA 90069 (hereinafter
sometimes referred to as "transferors"),

who declare that they do by these presents transfer, grant, bargain, sell, convey,
assign, set over, abandon and deliver, with all legal warranties and with full
substitution and subrogation in and to all the rights and actions of warranty which
they have or may have against all preceding owners and vendors, unto

LEEWAY PROPERTIES, INC.

a Louisiana corporation, herein represented by its duly authorized
president, Susan H. Hoffman; its mailing address is 900 Royal
Street, New Orleans, Louisiana   70115 (hereinafter sometimes
referred to as "transferee"),

being here present, accepting and purchasing for itself, its successors and assigns, and acknowledging due delivery and possession thereof, all of transferors' interest in and to the following described property, to-wit:

1 · Units "D", "E" and "G" of the Miltonberger House · A Condominium (the "Condominium"), created pursuant to a "Condominium Declaration, Creating and Establishing Miltonberger House · A Condominium," by act passed before Guy W. Smith, N.P., on May 9, 2001, filed in the Conveyance Office of Orleans Parish as CIN 220394 on July 12, 2001 (NA# 2001-30453), as amended by "Act of Amendment To Condominium Declaration," passed before Guy W. Smith, N.P., on August 9, 2001, filed as CIN 222071 on August 10, 2001 (NA# 2001-35723), together with undivided interests in the Common Elements of the Condominium of 17.86%, 8.93% and 3.59%, respectively; the Condominium relates to the following described property:

ONE CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, in Square 48 thereof, which square is bounded by Royal, St. Philip, Chartres and Dumaine Streets, designated as Lot 2 on a survey by Gilbert & Kelly, Surveyors, dated August 24, 1944, recertified as of July 21, 1961, a print of which is attached to and made part of an act passed before J. D. Dresner, Notary Public, on July 21, 1961, and according thereto Lot 2 commences 30 feet 2 inches 4 lines from the corner of Dumaine and Royal Streets, and measures 27 feet 7 inches 2 lines front on Royal Street, the same in width in the rear, by a depth of 90 feet 1 inch 4 lines; between equal and parallel lines; together with a common alley of 4 feet 3 inches 2 lines in width for the use of said Lot 2 and Lots 1 and 3, which adjoin the aforesaid Lot 2; Lot 2 is designated as Lot 23 on the assessment roll.



Said common alley also appears on a survey by J. A. D'Hemecourt, Surveyor, dated June 2, 1855, which is annexed to an act before Adolph Boudousquie, Notary Public, dated June 15, 1855.

The improvements thereon bear municipal number 906 Royal Street, New Orleans, Louisiana 70116.

2

Being the same property acquired by Susan Himmelstein Hoffman, as her separate and paraphernal property, from Floyd McLamb, by act passed before Michael E. Winters, N.P., on March 31, 2000 and filed as CIN 196459 on April 12, 2000.

This property is subject to the following:

(i)    Covenants, conditions, restrictions, servitudes, liens for assessments, and limitations on title set forth in the Act of Declaration Creating and Establishing a Condominium Regime for the Miltenberger House - A Condominium, executed by Susan Himmelstein Hoffman, dated May 9, 2001, filed as Notarial Archives Instrument #2001-30453, and Conveyance Instrument Number 220394.

(ii)   Easements, rights of way, servitudes, encroachments, overlaps and other matters which would be shown on a current survey of the property and as shown on the survey made a part of the Condominium Declaration, including, but not limited to, the encroachment of the balcony onto right of way of Royal Street as shown on the survey of Gilbert, Kelly & Couturie, Inc., Surveying & Engineering dated January 11, 2001, annexed to an act at CIN 220394.

and

2 - Units "A", "B", "C", "D", "E" and "H" of The Princess of Monaco - A Condominium (the "Condominium"), created pursuant to a "Condominium Declaration, Creating and Establishing The Princess of Monaco - A Condominium," by an act passed before Guy W. Smith, N.P., on May 29, 2002, filed in the Conveyance Office of Orleans Parish as CIN 238695 on June 21, 2002 (NA# 2002-30820), together with undivided interests in and to the Common Elements of the Condominium of 10.33%, 6.44%, 23.84%, 18.73%, 3.47%, and 14.95%, respectively; the Condominium relates to the following described property:



TWO CERTAIN LOTS OR PARCELS OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, in Square 48 thereof, which square is bounded by Royal, St. Philip, Chartres and Dumaine Streets, designated as Lots 3 and 4 on a survey by Gilbert & Kelly dated June 23, 1953, redated July 13, 1968, and according thereto Lots 3 and 4 adjoin each other and are described as follows:

3

Lot 3 lies nearer to and commences 57 feet 9 inches 6 lines from the corner or Royal and Dumaine Streets and measures 27 feet 9 inches 4 lines front on Royal Street, a width in the rear of 27 feet 9 inches 0 lines, by a depth of 94 feet 5 inches 0 lines between equal lines;

Lot 4 adjoins Lot 3, commences 85 feet 7 inches 2 lines from the corner of Royal and Dumaine Streets and measures 44 feet 9 inches 1 line front on Royal Street, the same in width in the rear, by a depth of 127 feet 10 inches 5 lines between equal and parallel lines;

together with the use of the alley fronting on Dumaine Street common to Lots 1, 2 and 3; the improvements thereon bear municipal numbers 910 Royal Street.

According to surveys by Gilbert Kelly & Couterlé dated July 16, 1977, redated November 1, 1978, and S.Z.S. Consultants dated June 3, 1997, the lots are as above described except that the improvements bear municipal numbers 910 and 912 Royal Street.

Being the same property acquired by Susan Lee Himmelstein, wife of/and Peter M. Hoffman from the 910 Royal Street Partnership by cash sale passed before Robert J. Bergeron, N. P., on June 10, 1997, registered in the Conveyance Office of Orleans Parish as CIN 141144 on June 11, 1997 (NA #97-27272)

This property is subject to the following:

(i)    Covenants, conditions, restrictions, servitudes, liens for assessments, and limitations on title set forth in the Act of Declaration Creating and Establishing a Condominium Regime for The Princess of Monaco - A Condominium, executed by Susan Lee Himmelstein, wife of/and Peter M. Hoffman, dated May 29, 2002, filed as Notarial Archives Instrument #2002-30820, and Conveyance Instrument Number 238695.

(ii)   Easements, rights of way, servitudes, encroachments, overlaps and other matters which would be shown on a current survey of the property and as shown on the survey made a part of the Condominium Declaration, including, but not limited to, the encroachment of the balcony onto right of way of Royal Street as shown on the survey of Gilbert, Kelly & Couturie, Inc., Surveying & Engineering dated February 5, 2002, annexed to CIN 238695.



4

The above-described properties are subject to various leases, all of which transferee acknowledges and agrees to take subject thereto.

TO HAVE AND TO HOLD the above described property unto purchaser, its successors and assigns forever.

THIS SALE IS MADE AND ACCEPTED for and in consideration of the transferee conveying, issuing, transferring and delivering all of the common stock of Leeway Properties, Inc. to Susan H. Hoffman, who hereby acknowledges the receipt thereof and grant full acquittance and discharge therefor.

Transferors declare that all state, city and parish taxes up to and including the taxes due and exigible in 2003 are paid; 2004 taxes have been pro rated between the parties this date. Any subsequent adjustments will be made between the transferors and transferee themselves. Payment of all future taxes is assumed by the transferee.

Transferors declare that said property has not been heretofore alienated by the transferors, nor is it subject to any encumbrance whatsoever, except:

1.    Mortgage in the principal sum of $850,000 in favor of Regions Bank, encumbering Lots 3 and 4 of Square 48 (910-12 Royal Street), dated June 10, 1997, filed as MIN 420873 (NA #97-27273).

2.    Mortgage in the principal sum of $100,000 in favor of Regions Bank, encumbering Lots 3 and 4 of Square 48 (910-12 Royal Street), dated June 18, 1998, filed as MIN 470730 (NA #98-28848).

3.    Mortgage in the principal sum of $1,300,000 in favor of Regions Bank, encumbering Lot 1 of Square 48 (900-02 Royal Street), dated March 9, 1999, filed as MIN 505654 (NA #99-11374).

4.    Mortgage in the principal sum of $800,000 in favor of Regions Bank, encumbering Lot 2 of Square 48 (906 Royal Street), dated August 17, 2001, filed as MIN 617310 (NA #2001-38042).

Transferee acknowledges the encumbrances listed above and accepts this conveyance subject thereto, declared itself satisfied therewith, and relieves and

5

releases me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.P., from any and all responsibility in connection therewith.

The parties to this act waive all certificates, required by law or by custom, and relieve and release me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.P., from any and all responsibility or liability in connection with their non-production.

The parties hereto have waived an examination of the title of the above described Property in connection with this conveyance and acknowledge that the undersigned Notary Public has not been asked to examine title to the above described property, nor has he rendered an opinion on same, and relieve and release me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.L.P., and from any and all responsibility in connection therewith.

THUS DONE AND PASSED at New Orleans, Louisiana, as of the day, month and year herein first above written, in the presence of the undersigned, competent witnesses, who hereunder sign their names with said appearers, and me, Notary Public, after reading of the whole.

WITNESSES:

BETH MULLER                          Susan Lee Himmelstein Hoffman

                                     Peter M. Hoffman

LEBWAY PROPERTIES, INC.

By:
                                     Susan H. Hoffman
                                     President

                    Notary Public

                                     GUY W. SMITH
                                     Notary Public
                                     State of Louisiana
                                     La. Bar Roll No. 12176
                                     My Commission is issued for Life.

6

NA #: 06-33986 INST. #: 329225
TYPE: PRIVATE SALE
AMT: $72.00
DATE: 9/1/2006 9:07:46 AM
Hon. Gasper J. Schiro
Registrar of Conveyances

9.106

# EXHIBIT 2(C) TO REQUEST FOR JUDICIAL NOTICE

## ADVERSARY PROCEEDING 20-01022

23356-19
GUY W. SMITH
3000 Energy Centre
1100 Poydras Street
New Orleans, LA
70163-3000

## CONVEYANCE TO CORPORATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BE IT KNOWN**, as of this 23rd day of November, 2011,

**BEFORE ME**, John F. Shreves, a Notary Public, duly commissioned and qualified, in and for the State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

**PERSONALLY APPEARED:**

### LEEWAY PROPERTIES, INC.,

a Louisiana corporation, herein represented by its duly authorized president, Susan H. Hoffman; its mailing address is 900 Royal Street, New Orleans, Louisiana 70115 (hereinafter sometimes referred to as "vendor"),

who declared that Leeway Properties, Inc. does by these presents transfer, grant, bargain, sell, convey, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which it has or may have against all preceding owners and vendors, unto

### ROYAL ALICE PROPERTIES, LLC,

a Louisiana limited liability company, herein represented by its initial manager Guy W. Smith; its mailing address is 900 Royal Street, New Orleans, Louisiana 70115 (hereinafter sometimes referred to as "purchaser")

being here present, accepting and purchasing for itself, its successors and assigns, and acknowledging due delivery and possession thereof, all of vendor's interest in and to the following described property (the "Property") to-wit:

1 - Units "D" and "E" of the Miltonberger House - A Condominium (the "Condominium"), created pursuant to a "Condominium Declaration, Creating and Establishing Miltonberger House - A Condominium," by act passed before Guy W. Smith, N.P., on May 9, 2001, filed in the Conveyance Office of Orleans Parish as CIN 220394 on July 12, 2001 (NA# 2001-30453), as amended by "Act of



NOTORIAL ARCHIVES OF ORLEANS PARISH
NA # 2011-44756 OF 11/28/2011
TYPE: T FEE: $20.00 PG:16

Amendment To Condominium Declaration," passed before Guy W. Smith, N.P., on August 9, 2001, filed as CIN 222071 on August 10, 2001 (NA# 2001-35723), together with undivided interests in the Common Elements of the Condominium of 17.86% and 8.93%, respectively; the Condominium relates to the following described property:

ONE CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, in Square 48 thereof, which square is bounded by Royal, St. Philip, Chartres and Dumaine Streets, designated as Lot 2 on a survey by Gilbert & Kelly, Surveyors, dated August 24, 1944, recertified as of July 21, 1961, a print of which is attached to and made part of an act passed before J. D. Dresner, Notary Public, on July 21, 1961, and according thereto Lot 2 commences 30 feet 2 inches 4 lines from the corner of Dumaine and Royal Streets, and measures 27 feet 7 inches 2 lines front on Royal Street, the same in width in the rear, by a depth of 90 feet 1 inch 4 lines; between equal and parallel lines; together with a common alley of 4 feet 3 inches 2 lines in width for the use of said Lot 2 and Lots 1 and 3, which adjoin the aforesaid Lot 2; Lot 2 is designated as Lot 23 on the assessment roll.

Said common alley also appears on a survey by J. A. D'Hemecourt, Surveyor, dated June 2, 1855, which is annexed to an act before Adolph Boudousquie, Notary Public, dated June 15, 1855.

The improvements thereon bear municipal number 906 Royal Street, New Orleans, Louisiana 70116.

Being the same property acquired by Susan Himmelstein Hoffman, as her separate and paraphernal property, from Floyd McLamb, by act passed before Michael E. Winters, N.P., on March 31, 2000 and filed as CIN 196459 on April 12, 2000.

This Property is subject to the following:

(i)    Covenants, conditions, restrictions, servitudes, liens for assessments, and limitations on title set forth in the Act of Declaration Creating and Establishing a Condominium Regime for the Miltonberger House - A Condominium, executed by Susan Himmelstein Hoffman, dated May 9, 2001, filed as Notarial Archives Instrument #2001-

2

30453, and Conveyance Instrument Number
220394.

(ii)   Easements, rights of way, servitudes,
encroachments, overlaps and other matters
which would be shown on a current survey of
the property and as shown on the survey
made a part of the Condominium
Declaration, including, but not limited to, the
encroachment of the balcony onto right of
way of Royal Street as shown on the survey
of Gilbert, Kelly & Couturie, Inc., Surveying
& Engineering dated January 11, 2001,
annexed to an act at CIN 220394.

and

2 - Units "A", "B", "C" and "H" of The Princess of Monaco - A
Condominium (the "Condominium"), created pursuant to a
"Condominium Declaration, Creating and Establishing The Princess
of Monaco - A Condominium," by an act passed before Guy W.
Smith, N.P., on May 29, 2002, filed in the Conveyance Office of
Orleans Parish as CIN 238695 on June 21, 2002 (NA# 2002-30820),
together with undivided interests in and to the Common Elements of
the Condominium of 10.33%, 6.44%, 23.84% and 14.95%,
respectively; the Condominium relates to the following described
property:

TWO CERTAIN LOTS OR PARCELS OF
GROUND, together with all the buildings and
improvements thereon, and all the rights, ways,
privileges, servitudes, appurtenances and advantages
thereunto belonging or in anywise appertaining,
situated in the Second District of the City of New
Orleans, in Square 48 thereof, which square is
bounded by Royal, St. Philip, Chartres and Dumaine
Streets, designated as Lots 3 and 4 on a survey by
Gilbert & Kelly dated June 23, 1953, redated July 13,
1968, and according thereto Lots 3 and 4 adjoin each
other and are described as follows:

Lot 3 lies nearer to and commences 57 feet 9 inches
6 lines from the corner or Royal and Dumaine Streets
and measures 27 feet 9 inches 4 lines front on Royal
Street, a width in the rear of 27 feet 9 inches 0 lines,
by a depth of 94 feet 5 inches 0 lines between equal
lines;

Lot 4 adjoins Lot 3, commences 85 feet 7 inches 2
lines from the corner of Royal and Dumaine Streets
and measurers 44 feet 9 inches 1 line front on Royal
Street, the same in width in the rear, by a depth of
127 feet 10 inches 5 lines between equal and parallel
lines;

3

together with the use of the alley fronting on Dumaine Street common to Lots 1, 2 and 3; the improvements thereon bear municipal numbers 910 Royal Street.

According to surveys by Gilbert Kelly & Couterié dated July 16, 1977, redated November 1, 1978, and S.Z.S. Consultants dated June 3, 1997, the lots are as above described except that the improvements bear municipal numbers 910 and 912 Royal Street.

Being the same property acquired by Susan Lee Himmelstein, wife of/and Peter M. Hoffman from the 910 Royal Street Partnership by cash sale passed before Robert J. Bergeron, N. P., on June 10, 1997, registered in the Conveyance Office of. Orleans Parish as CIN 141144 on June 11, 1997 (NA #97-27272)

This Property is subject to the following:

(i)   Covenants, conditions, restrictions, servitudes, liens for assessments, and limitations on title set forth in the Act of Declaration Creating and Establishing a Condominium Regime for The Princess of Monaco - A Condominium, executed by Susan Lee Himmelstein, wife of/and Peter M. Hoffman, dated May 29, 2002, filed as Notarial Archives Instrument #2002-30820, and Conveyance Instrument Number 238695.

(ii)  Easements, rights of way, servitudes, encroachments, overlaps and other matters which would be shown on a current survey of the property and as shown on the survey made a part of the Condominium Declaration, including, but not limited to, the encroachment of the balcony onto right of way of Royal Street as shown on the survey of Gilbert, Kelly & Couturie, Inc., Surveying & Engineering dated February 5, 2002, annexed to CIN 238695.

The above-described properties are subject to various leases, all of which purchaser acknowledges and agrees to take subject thereto.

**TO HAVE AND TO HOLD** the above described property unto purchaser, its successors and assigns forever.

**THIS SALE IS MADE AND ACCEPTED** for and in consideration of the purchaser conveying, issuing, transferring and delivering all of the membership interest of the purchaser to the owner and assignee of the stock of vendor, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

4

Vendor declares that all state, city and parish taxes up to and including the taxes due and exigible in 2011 are paid and have been pro rated between the parties this date.  Any subsequent adjustment will be made between the vendor and purchaser itselves.  Payment of all future taxes is assumed by the purchaser.

Vendor declares that said Property has not been heretofore alienated by the vendor, nor is it subject to any encumbrance whatsoever, except:

1.    Mortgage in the principal sum of $850,000 in favor of Regions Bank, encumbering Lots 3 and 4 of Square 48 (910-12 Royal Street), dated June 10, 1997, filed as MIN 420873 (NA #97-27273);

2.    Mortgage in the principal sum of $100,000 in favor of Regions Bank, encumbering Lots 3 and 4 of Square 48 (910-12 Royal Street), dated June 18, 1998, filed as MIN 470730 (NA #98-28848); and,

3.    Mortgage in the principal sum of $800,000 in favor of Regions Bank, encumbering Lot 2 of Square 48 (906 Royal Street), dated August 17, 2001, filed as MIN 617310 (NA #2001-38042).

Purchaser acknowledges the encumbrances listed above and accepts this conveyance subject thereto, declared itself satisfied therewith, and relieves and releases me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.P., from any and all responsibility in connection therewith.

The parties to this act waive all certificates required by law or by custom, and relieve and release me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.P., from any and all responsibility or liability in connection with their non-production.

The parties hereto have waived an examination of the title of the above described Property in connection with this conveyance and acknowledge that the undersigned Notary Public has not been asked to examine title to the above described property, nor has he rendered an opinion on same, and relieve and release me, Notary Public, my surety and Simon, Peragine, Smith & Redfearn, L.L.P., and from any and all responsibility in connection therewith.

5

AND NOW TO THESE PRESENTS intervenes Susan H. Hoffman, the owner of all of the shares of stock of vendor Leeway Properties, Inc and in and for the consideration cited above, sells, conveys and delivers all of the right, title and interst she may own in the property above described.

**THUS DONE AND PASSED** at New Orleans, Louisiana, as of the day, month and year herein first above written, in the presence of the undersigned, competent witnesses, who hereunder sign their names with said appearers, and me, Notary Public, after reading of the whole.

WITNESSES:                          VENDOR:

*Beth M. Cable*                     LEEWAY PROPERTIES, INC.
**BETH M. CABLE**
*Jude A. Jastram*                   By: *Susan N Hoffman*
**JUDE A. JASTRAM**                      Susan H. Hoffman
                                         President

                                    INTERVENOR:

                                    *Susan H Hoffman*
                                    Susan H. Hoffman


                                    PURCHASER:

                                    ROYAL ALICE PROPERTIES, LLC

                                    By: _____
                                         Guy W. Smith
                                         Initial Manager



                        *John F. Shreves*
                        John F. Shreves
                        Notary Public
                        **JOHN F. SHREVES**
                        Notary Public, State of Louisiana
                        La. Bar Roll No. 17139
                        My Commission is Issued For Life.

N:\DATA\0623356017\Documents\Alice Properties.wpd

6

NA #: 11-44751
INST. #: 501837
TYPE: PRIVATE SALE
AMT: $90.00
DATE: 12/5/2011 12:33:35 PM
DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT

